The NorthWest Amexem, Fez Province, §
Delilah Passé El,
R.Lynn Hatshepsut Ma'atKare El      §    No.: **15     3606**
Nanya Amir El
Heru Atum Ra El                     §

                                    §    CONSTITUTION LAW,
                                         INTERNATIONAL LAW,
            Plaintiff,              §    INDIGINEOUS and HUMAN
                                         RIGHTS VIOLATIONS

            vs.                     §
Tom Wolf, d/b/a Commonwealth
Of Pennsylvania, Governor, Heirs, Assigns   §
and Minions; Kathleen Kane, d/b/a
Pennsylvania Attorney General, Heirs,       §
Assigns and Minions; Michael Nutter,
d/b/a Mayor For The For Profit City         §
Of Philadelphia, Heirs, Assigns and Minions;
Seth Williams, d/b/a District Attorney for  §
 The For Profit City Of Philadelphia Heirs,
Assigns and Minions; Charles Ramsey d/b/a   §
Commissioner of the For Profit City Of
Philadelphia "Police" Department Heirs,     §
Assigns and Minions; *allative* John Does
d/b/a Policy Enforcers aka "Police Officers"  §
of The City Of Philadelphia 6th District
Precinct Agents, Employees, and Policy      §
Enforcers, Heirs, Assigns and Minions;
Brian Korn, d/b/a Captain of the Policy     §
Enforcers aka "Police Officers" of the
For Profit City of Philadelphia, Corporation,  §
6th District, Heirs, Assigns and Minions;
Michael Haas, d/b/a/ Policy Enforcer, aka   §
"Police Officers" of the For Profit City of
Philadelphia, Corporation, 6th District, Heirs,  §
Assigns and Minions; T. Sweeney d/b/a Policy
Enforcer, aka "Police Officers" of the For  §
Profit City of Philadelphia, Corporation,
6th District, Heirs, Assigns and Minions;   §
*Allative* John Does d/b/a Policy Enforcers
aka "Police Officers" of The For Profit City Of  §
 Philadelphia 9th District Precinct, Heirs,
 Assigns and Minions; Raymond Covery,       §
d/b/a Captain and Commanding Enforcer aka
"Police Officers" of the For Profit City of  §
Philadelphia, corporation, 9th District, Heirs,

Assigns and Minions; Marty Best; d/b/a §
Lieutenant, aka "Police Officer" of the For
Profit City of Philadelphia, corporation, §
9th District, Heirs, Assigns and Minions;
Thomas Tamulis, d/b/a Sergeant of the §
Policy Enforcers aka "Police Officer"
of the For Profit City of Philadelphia, §
Corporation, 9th District, Heirs, Assigns
and Minions; Paula Robinson, §
d/b/a Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia, §
Corporation, 9th District,
Heirs, Assigns and Minions; §
Tracy Lewis, d/b/a Policy
Enforcer aka "Police Officer" of the §
For Profit City of Philadelphia, Corporation,
9th District, Heirs, Assigns and Minions; §
Steven Kiefer, d/b/a Policy Enforcer aka
"Police Officer" of the For Profit City §
of Philadelphia, corporation, 9th District,
Heirs, Assigns and Minions; James Quick, §
d/b/a Policy Enforcer aka "Police Officer"
of the For Profit City of Philadelphia, §
Corporation, 9th District, Heirs, Assigns
and Minions; Jewell Williams, d/b/a §
Sheriff of The For Profit City Of Philadelphia,
Heirs, Assigns and Minions; Francine Beyer, §
d/b/a Landlord, Heirs, Assigns and Minions;
Aaron Beyer, Heirs, Assigns and Minions; §
Sirlin, Lesser & Benson, P.C.
Jon Sirlin, d/b/a Managing Partner, §
Heirs, Assigns and Minions; Peter A. Lesser
d/b/a Partner, Heirs, Assigns and Minions; §
Jon D. Benson d/b/a Partner, Heirs, Assigns
and Minions; Susan J. Kupersmith d/b/a §
Counsel, Heirs, Assigns and Minions;
Dana S. Plon, d/b/a Associate, Heirs, Assigns §
and Minions; Dorothy A. Hamill,
d/b/a Associate, Heirs, Assigns and Minions; §
Lisa M. Rutenberg, d/b/a/ Associate, Heirs,
Assigns and Minions; Kierston M. Lange, §
d/b/a Associate, Heirs, Assigns and Minions;
Adam Natchmani, d/b/a Associate, §
Heirs, Assigns and Minions; Patrick M. Troy,
d/b/a Associate, Heirs, Assigns and Minions; §
429 N. 13th Development Corporation;
Heirs, Assigns and Minions; §
Alex Generalis, d/b/a President/CEO,

Heirs, Assigns and Minions; Thomas Miles, §
   d/b/a Vice President and Treasurer,
Heirs, Assigns and Minions; Robert H. Wise, §
   d/b/a Robert H. Wise Management Company Inc.,
   & President/CEO, Heirs, Assigns and Minions; §
   Donna M. Wise, d/b/a Vice President, Heirs,
   Assigns and Minions; Judith A. Owens, §
   d/b/a Secretary, Heirs, Assigns and Minions;
Robert M. Stango d/b/a Treasurer, §
Heirs, Assigns and Minions; Todd R. Valleau,
   Christa Valleau, Heirs, Assigns and Minions; §
   Lynn Shiflet Sony, Heirs, Assigns and Minions;
   Robert Doe, Heirs, Assigns and Minions; §
Jane Doe, Heirs, Assigns and Minions; John
Featherman, d/b/a agent of Daily News, §
Heirs, Assigns and Minions; and Dana Defilippo,
d/b/a agent for Philadelphia Daily News, and §
Charles Hayden d/b/a Judge.

Defendants.

---

## CLAIM

**NOW COMES**, Demandants, The North West Amexem Embassy, Fez Province, Noble Delilah Passé El, Noble R.Lynn Hatshepsut Ma'atKare El, Noble Naya Amir El, and Noble Heru Atum Ra El   (hereinafter individually known as "Demandant and collectively known as "Demandants") and files this Federal Claim against *allative* Respondents(s), and assert and aver the following:

1) Demandant, **Noble Delilah Passé El**, is a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

2) Demandant, **Noble Delilah Passé El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America

'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

3) Demandant, **Noble Delilah Passé El,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, North West Amexem Embassy, Fez Province, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

4) Demandant, **North West Amexem Embassy, Fez Province,** is a foreign Embassy, established for the upliftment of fallen humanity, with its principal place of business located in Philadelphus, C/O 7128 Chew Avenue, Fez Province, [Philadelphia Territory], Pennsylvania Commonwealth, Zip Exempt [19], **Phone: 215.247.9413**.

5) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by the unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Freehold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the **Zodiac Constitution © AA222141**, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

6) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between

Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

7) Demandant**, Noble R.Lynn Hatshepsut Ma'atKare El,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 429 N. 13th Street, Unit 2A, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [23].

8) Demandant**, Noble Nanya Amir El,** a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

9) Demandant**, Noble Nanya Amir El,** a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI of the Constitution for the United States of America (Republic)**.

10) Demandant**, Noble Nanya Amir El,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

11) Demandant**, Noble Heru Atum Ra El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

12) Demandant**, Noble Heru Atum Ra El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

13) Demandant**, Noble Heru Atum Ra El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 1101 Elsnore Place, Chester, Pennsylvania Commonwealth, Zip Exempt [13].

14) **Respondent, Tom Wolf, d/b/a Governor of the For Profit Commonwealth of Pennsylvania, conducts** business with its principal place of business (PPB) headquartered at Main Capital Building, Room 225, Harrisburg, Pennsylvania Commonwealth, (17120) *de facto*, in the Commonwealth of Pennsylvania.

15) **Respondent, Kathleen Kane, d/b/a Attorney General of the For Profit Commonwealth of Pennsylvania,** conducts business with its principal place of business (PPB) headquartered at Strawberry Square, 16th Floor, Harrisburg, Pennsylvania Commonwealth, (17102) *de facto*, in the Commonwealth of Pennsylvania.

16) **Respondent, Michael Nutter, d/b/a Mayor of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1515 Arch Street, #15 Philadelphus, Hikuptah,

[Philadelphia]. Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

17) **Respondent, Seth Williams, d/b/a District Attorney of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], Three (3)South Penn Square, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

18) **Respondent, Charles Ramsey, d/b/a Commissioner of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], One Franklin Square, 750 Race Street, Room 314 Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

19) **Respondent, Michael Haas, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

20) **Respondent, Brian Korn, d/b/a Captain of the Policy Enforcers [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

21) **Respondent, T. Sweeney, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

22) **Respondents, *Allative* John Does, involved in the incident on May 18, 2015 d/b/a Policy Enforcers [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

23) **Respondent, Ray Convery, d/b/a Captain of the Policy Enforcers [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District,** conducts business with its principal

place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

24) **Respondents, *Allative* John Does, involved in the incident on May 18, 2015  d/b/a Policy Enforcers [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

25) **Respondent, Marty Best, d/b/a Lieutenant Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

26) **Respondent, Thomas Tamulis, d/b/a Sergeant, Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

27) **Respondent, Paula Robinson, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

28) **Respondent, Tracy Lewis, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

29) **Respondent, Steven Kiefer, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

**30) Respondent, James Quick, d/b/a Policy Enforcer [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

**31) Respondent, Jewell Williams, d/b/a Sheriff of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

**32) Respondent, Frank Staub, d/b/a Deputy of the For Profit City of Philadelphia, Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

**33) Respondent, Calvin Headmen, d/b/a Sergeant of the Sheriffs of the For Profit City of Philadelphia, Corporation, Criminal Justice Center and Sheriff's Office** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

**34) Respondent, David Shuter, d/b/a "Judge "of the For Profit City of Philadelphia, Corporation, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

**35) Respondent, Charles Hayden, d/b/a "Municipal Judge" of the For Profit City of Philadelphia, Corporation, Land Lord Tenant Tribunal,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], **1318 Criminal Justice Center,** 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

**36) Respondent, Richard Brandt, d/b/a Supervisor of Court Criers, of the For Profit City of Philadelphia, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert

Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

37) **Respondent, Rich Doe, d/b/a Court Crier on June 2, 2015 of the For Profit City of Philadelphia, Corporation, Criminal Justice Center,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

38) **Respondent, Jon Sirlin, d/b/a Managing Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

39) **Respondent, Peter Lesser, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

40) **Respondent, Jon D. Benson, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

41) **Respondent, Susan J. Kupersmith, d/b/a Counsel of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

42) **Respondent, Dana S. Plon, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

43) **Respondent, Dorothy A. Hamill, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

44) **Respondent, Lisa M. Rutenberg, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street,

Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

45) **Respondent, Kierston M. Lange, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

46) **Respondent, Adam Natchmani, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

47) **Respondent, Patrick M. Troy, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

48) **Respondent, Francine Beyer, d/b/a Unlicensed Land Lord** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

49) **Respondent, Aaron Beyer, d/b/a unknown,** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

50) **Respondent, Mary Colvin, d/b/a Real-estate Brokers for Keller Williams,** conducting business in the For Profit City of Philadelphia, domiciled at 1818 Rittenhouse Square, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19103) *de facto*, in the Commonwealth of Pennsylvania.

51) **Respondent, Alex Generalis, d/b/a President/CEO of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

52) **Respondent, Thomas Miles, d/b/a Vice President and Treasurer of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

53) **Respondents, Francine Beyer, Meredith Schecter, August Ankum, Deborah Gorth, Sonya Lynn Shiflet, Todd R. Valleau, Christa Valleau, Steve Kleinedler, Leah Strenger, Brian O'Keefe, Arne Joensson, Jen Blazna, Thomas R. Brummett, Dynise Balcavage, Stephen M. Rotman, Alexander L. Generalis, Lee, Pak Kin, Ann J. Duffield, Timothy Duffield, Jerrold Adler, Avram J. Steinhardt, Sigita Stravinskaite, Anthony C. Dimarco, Elzbieta Jablonska, Dallas R. Taylor, Vincent Dimaria, Kyle Gibbs, Stephanie Carlisle, Didler Vinamont, Brian Hertzog, Peter Lobl, Larry S. Gold, Victoria J. Gold,** *allative* **d/b/a Four Twenty Nine N. Thirteenth Street Condominium Association,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 429 N. 13th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the For Profit Commonwealth of Pennsylvania.

54) **Respondent, Robert H. Wise, d/b/a President/CEO Robert Wise H. Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the For Profit Commonwealth of Pennsylvania.

55) **Respondent, Donna M. Wise, d/b/a Vice President of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

56) **Respondent, Judith A. Owens, d/b/a Secretary of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

57) **Respondent, Robert M. Stango, d/b/a Treasurer of Robert H. Wise Management Company Inc., ,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

58) **Respondent, Robert Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and 3B Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

59) **Respondent, Jane Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and

3B Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

60) **Respondent, John Featherman, d/b/a Unknown for the Philadelphia Daily News,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

61) **Respondent, Dana DiFilippo, d/b/a Daily News Staff Writer,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

## VENUE and JURISDICTION

Jurisdiction and Venue is appropriate in the Eastern District of Pennsylvania, Republic as per:

1) **Title 28 U.S.C. §1332, §1357, §1343, §1406, §1603, §1604**
2) **THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.** between Morocco and the united States Corporation (u.S. Corporation)
   **Article 21**

   "If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## BACKGROUND

In support of this Claim, Demandants, Assert and Affirm for the record, on the record and let the record reflect that:

1. On May 18, 2105, a 911 call was placed at 9:40 p.m. regarding an unlawful lockout at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine Thirteenth Street, Philadelphus [Philadelphia Territory], zip exempt [23].

2. On May 18, 2015, during the 911 call, R.Lynn Hatshepsut Ma'atKare El informed the dispatcher John Doe, that an illegal lockout had occurred.

3. On May 18, 2015, **R.Lynn Hatshepsut Ma'atKare El** was informed by the 911, John Doe, dispatcher "someone will call you back".

4. On May 18, 2015, at approximately 10:10 p.m., numerous, approximately seven (7) policy enforcers arrived from the 6th District Policy Enforcement Department at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street unlawfully entered and trespassed upon Demandant, R.Lynn Hatsheptsut Ma'atKare El's private premises.

5.  On May 18, 2015, *allative* policy enforcers entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, without a warrant.

6.  On May 18, 2015, *allative* policy enforcers entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, armed with deadly guns and weapons.

7.  On May 18, 2015, *allative* policy enforcers entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, trespassing said premises.

8.  Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia, entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, and demanded identification from *allative* Moors/Mu'urs.

9.  Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia,   was provided an **ALLODIAL TITLE PORT** evidencing **LAWFUL OWNERSHIP AND POSSESSORY** RIGHTS to Four Hundred Twenty Nine (429) North Thirteenth Street, Unit 2A; Four Hundred Twenty Nine, Thirteenth Street Building; and Four Hundred Twenty Eight (428) North Thirteenth Street Building in their entirety.

10. Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia, after reading the front page of the **ALLODIAL TITLE PORT** announced to the *allative* policy enforcers: "THEY ARE MOORS/MU'URS".

11. Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia, next turned to the MOORS/MU'URS and stated: "so you think you can do whatever you want?"

12. At some undetermined time, shortly after the statement, Respondent, Robert Doe, an Albion Tenant and Occupying Foreign European (non-American), appeared outside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A yelling and screaming from the hall stating "you were evicted".

13. Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia, turned to *allative* Moors (inside and outside Demandant, R.Lynn Hatshepsut Ma'atKare El's Domicile), and commanded for Noble David Prosser El and Demandant, Ra El to "get inside" and for *allative* Demandants to "stay here" and "not move", while he exited Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, to have a discussion with Respondent Robert Doe, an Albion Tenant and Colonial Occupying Foreign (non-American).

14. At *allative* times, and while Respondent, Michael Haas, d/b/a Policy Enforcer for the For Profit City of Philadelphia, was arresting and spewing threats, the MOOR/MU'UR National Flag was displayed for clear/unambiguous STATUS and JURISDICTION of the Demandants and property.

15. At *allative* times during the trespass and capture, *allative* John Does, d/b/a policy enforcers for the For Profit City of Philadelphia, Company, refused to acknowledge *allative* Moor/Mu'ur Nationality and Status.

16. Demandants, upon realizing that they had been seized and were not free to leave or continue their business at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A demanded that a CAPTAIN, A "WHITE SHIRT", be summoned upon the scene.

17.  At approximately 11:00 p.m. an unidentified, Respondent, John Doe wearing a "WHITE SHIRT" arrived, stormed inside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A without permission, without identifying himself, and yelled Demandant, R.Lynn Hatshepsut Ma'atKare El's face, stating: "you were evicted and taken out personally this afternoon at 12:30 p.m.".

18.  Demandant, R.Lynn Hatshepsut Ma'atKare El, shocked by such an approach, immediately responded that she had been out of town, in the District of Columbia the entire Day, visiting the Federal Claims Court (FCC) and taking care of Business and that she had NOT been served personally by anyone or personally escorted from her domicile by anyone".

19.  At this time, it was apparent, that *allative* Respondents were acting in collusion with each other on various unlawful and fraudulent levels.

20.  Shortly, thereafter, Respondent, Michael Haas, d/b/a Policy enforcer for the For Profit City of Philadelphia, returned and reentered the domicile of Demandant, R.Lynn Hatshepsut Ma'atKare El, (without permission) and announced "you are under arrest" and asked "do you need to get anything"?

21.  Respondent, unidentified, John Doe, wearing a "White Shirt" failed to enforce the **Zodiac Constitution, The Treaty of Peace and Friendship, The Constitution for the united States, International law** and control his agents, employees, underlings and instead encouraged them to trespass and violate Treaty, Constitution, and their own united States Corporate Statutes, and international laws protecting Indigenous Peoples.

22.  *Allative* Respondent, Moors/Mu'urs were captured, shackled and forced into human trafficking.

23.  *Allative* Respondent, Moors/Mu'urs, under threat, duress and coercion were forced under the jurisdiction of the For Profit City of Philadelphia, for Profit Pennsylvania Commonwealth, its employees, agents, contractors, independent contractors, assigns, *Papal Legates, et cetera*, herein referred to as Respondents.

24.  At approximately 11:00 p.m. *allative* Moors/Mu'urs were captured by the 6th District Policy Enforcement Department aka "Police Department", for booty and prize, (on land pirating) and human trafficking on behalf of and for the *de facto* and *colorable* "government" for whom they are Agents, Employees, Assigns, Contractors, Independent Contractors, *Papal Legates*, Highway men, Mobsters, Gangsters *et cetera*.

25.  *Allative* Moors/Mu'urs were captured, kidnapped, falsely arrested and placed under Threat, Duress and Coercion to accept Forced Servitude, accept Intentional Acts of Denationalization, and accept the intentional commands for them to become the slaves and property of the For Profit City of Philadelphia, by and through the intentional and direct acts of *allative* Respondents.

26.  *Allative* Moors/Mu'urs were sold into bondage and forcefully transported from Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street.

27.  At *allative* times, Respondent Moors/Mu'urs were forced into involuntary servitude.

28. At *allative* times, Respondent Moors/Mu'urs were sold into human trafficking.

29. At *allative* times, *allative* John Does, policy enforcers from the 6th Precinct District Policy Enforcement Department, knowingly and intentionally refused to acknowledge Respondents' STATUS, and engaged and conspired in continuous and ongoing DENATIONALIZING tactics through use of highway men (pirating tactics).

30. At *allative* times, the Muur's Status, Treaty rights, human rights, and Constitutional unalienable/inalienable rights were intentionally ignored and intentionally rejected.

31. At *allative* times, Respondent, Michael Haas, d/b/a policy enforcer for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a policy enforcers from the sixth (6th) District Precinct Policy Enforcement Department, engaged in colorable Feudal law operations, acted under 'color of law', and applied *allative* means of the Inquisition act:

   a. The Secret Treaty of Verona;
   b. The Christian Black Codes of 1724;
   c. The Buck Act;
   d. The King Alfred Plan-Executive Order No. 11490; and
   e. Executive Order No. 12803 of April 30, 1992; 57 FR 19063/May 4th 1992.

32. At *allative* times, Respondent, Michael Haas, d/b/a policy enforcer for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a policy enforcers from the sixth (6th) District Precinct Policy Enforcement Department, engaged and conspired in colorable Feudal law operations, acted under 'color of law', and ignored the abolishment of the DOCTRINE OF DISCOVERY 'GENOCIDE' PRACTICES.

33. On December 2, 2014, Pope Francis abolished the Christian, Doctrine of Discovery 'Genocide' Practices, and issued a *Motu Proprio* COMMANDING that all Foreign Occupying Colonial Europeans, *Papal Legates*, including *allative* agents, *et cetera,* Cease the Inquisition 'Genocidal' Acts carried out through the Doctrine of Discovery.

34. At *allative* times, *allative* John Does, policy enforcers from the 6th District Precinct Policy Enforcement Department, engaged in 'colorable' Feudal law operations, acted under 'color of law' in violation of International Treaties and established Constitutions for the protection of "We The People", and *allative* 'colorable' laws established by their very own 'colorable' *de facto* united States Corporation Government.

35. At approximately 11:20 p.m., the captured Moors/Mu'urs were transported to the 9th District Precinct Policy Enforcement "Police" Department.

36. At *allative* times, *allative* John Does, d/b/a Policy Enforcers for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators in furtherance of the kidnapping of *allative* Demandants.

37. At *allative* times, *allative* John Does, d/b/a Policy Enforcers for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-

conspirators intentionally continued the ongoing trespass to Demandants' person, private property and right to life, liberty and the pursuit of happiness.

38. At *allative* times, *allative* John Does, d/b/a Policy Enforcers for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators and intentionally continued the ongoing denationalization tactics and unlawful pattern and practice of violating constitutionally secured rights, initiated by *allative* John Does, d/b/a Policy Enforcers from the 6th District, Precinct Policy Enforcement Department.

39. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transferred/transported and under threat, duress, and coercion and forced to participate in human trafficking as the property (booty and prize) of *allative* John Does, d/b/a Policy Enforcers of the For Profit City of Philadelphia, "Police" Department.

40. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

41. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcers for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant R.Lynn Hatshepsut Ma'atKare El.

42. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe d/b/a Policy Enforcer for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and proceeded take her hands and run her hands up Demandant's skirt until she reached Demandant's vagina.

43. On May 19, 2015, Demandant, R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe, d/b/a Policy Enforcer for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and "spread your legs" and proceeded take her hands and fingers and run her hands up Demandant's blouse, entering Demandant's bra and running her fingers inside Demandant's bra.

44. On May 19, 2015, Demandant R.Lynn Hatshesut Ma'atKare El while captured and being processed for human trafficking was assaulted, battered, molested, and indecently fondled and mistreated by Jane Doe, d/b/a policy enforcer for the For Profit City of Philadelphia, at the 6th District "Round House".

45. On May 19, 2015, while Demandant R.Lynn Hatshepsut Ma'atKare El was being assaulted, battered, molested, and indecently fondled and mistreated by Jane Doe, d/b/a policy enforcer for the For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a policy enforcers for the For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed and aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

46. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and

unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a policy enforcer for the For Profit City of Philadelphia, at the 6th District "Round House".

47. On May 19, 2015, *allative* John Does and Jane Does, d/b/a policy enforcers continued to engage and conspire in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, "Rebecca Lyn Harmon".

48. On May 19, 2015, *allative* John Does and Jane Does, d/b/a policy enforcers intentionally engaged and conspired in the perversion of truth (Fraud) by intentionally misidentifying and intentionally misclassifying R.Lynn Hatshepsut Ma'atKare El as "Rebecca Lyn Harmon" in a vicious and unlawful effort to force Demandant to surrender her rights as a Moor/Mu'ur National.

49. On May 19, 2015, *allative* John Does and Jane Does, d/b/a policy enforcers continued to engage in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, a Moabitess Moor National as "Black Female".

50. On May 19, 2015, protesting, Demandant informed John Does and Jane Does, d/b/a policy enforcers that she was not "Rebecca Lyn Harmon" and was specifically, knowingly and intentionally informed by John Doe(s), d/b/a policy enforcer(s) for the For Profit City of Philadelphia, 6th District Precinct, at the "Round House", "that is the name they have on here, so that is the name you must respond to", "we can't change it".

51. On May 19, 2015, *allative* John Does and Jane Does, d/b/a policy enforcers continued to engage and conspire in denationalizing and discriminatory tactics, refusing to accept Demandant's nationalized appellation and refusing to provide Demandant with her constitutionally secured unalienable/inalienable right to her phone call.

52. On May 19, 2015, while *allative* John Does and Jane Does, d/b/a policy enforcers escorted Demandant to a pay phone, when Demandant requested change to make a phone call, *allative* John Does informed Demandant, "we do not have any change and we do not give out any change".

53. On May 19, 2015, while being held captive, falsely imprisoned, Demandant sat and waited in an approximately 4 foot by 5 foot cage and observed and heard numerous people enter the "cell block" and make phone calls using change provided by John Does and Jane Does, d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct at the "Round House".

54. Demandant, R.Lynn Hatshepsut Ma'atKare El, since July 13, 1976 has never been Rebecca Lyn Harmon intentionally and unintentionally.

55. On May 19, 2015, Demandant, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

56. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcers for the For Profit City of Philadelphia, conspired to Assault,

Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El.

57. On May 19, 2015, while Demandant Delilah Passé El, was being assaulted, battered, molested, and indecently fondled and mistreated by Jane Doe, d/b/a policy enforcer for the  For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a policy enforcers for the  For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed, aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

58. On May 19, 2015, Demandant Delilah Passé El, was forced to pull her jeans down revealing her underclothing in front of *allative* John Does (at least seven (7), d/b/a policy enforcers for the  For Profit City of Philadelphia, at the 6th District "Round House"

59. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcers for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage and conspire in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El. The exposure was bereft of any common decency in front of males.

60. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcers for the For Profit City of Philadelphia, preceded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El and when she requested for some common courtesy she was informed by a Jane Doe d/b/a policy enforcer for the For Profit City of Philadelphia, " you would not be in this position if you had not done the things that you did".

61. On May 19, 2015, Demandant Delilah Passé El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a policy enforcer for the For Profit City of Philadelphia, at the 6th District "Round House".

62. From May 18, 2015, 10:00  p.m. until May 19, 2015 4:00 p.m. Nanye Alim El remained with his kidnappers, *allative* John Does, d/b/a policy enforcers for the For Profit City of Philadelphia, 9th District Precinct Policy "Police" Department, under threat, duress, and coercion.

63. At *allative* times, John Does, d/b/a policy enforcers for the For Profit City of Philadelphia, from the 6th District Precinct Policy Enforcement "Police" Department, from**10:00 p.m. May 18, 2015** until **4:00 p.m. May 19, 2015**, engaged and conspired in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

64. At *allative* times *allative* John Does, policy enforcers for the For Profit City of Philadelphia, from the 9th District Precinct Policy Enforcement "Police" Department, from **11:20 p.m**. **May 18, 2015,** until **4:00 p.m. May 19, 2015,** , engaged in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous

Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

65. *Allaltive* confiscation of intellectual property of Demandants' fingerprints, handprints, and pictures are intentional violations of Treaties, Constitutions, and the *de facto* u.S "government" Corporation's very own 'colorable laws'.

66. At *allative* times, Demandants were under threat, duress and coercion.

67. At *allative* times, Demandants were denied due process.

68. At *allative* times, Demandants were conspired against.

69. At allative times, Demandants were denied the protections afforded them by Treaties, Constitution and International Law.

70. At *allative* times, Demandants were deprived of their Rights as Indigenous Peoples and Heirs to the Estate upon which the *de facto* "government" united States Corporation, operates and engages and conducts commerce.

71. Allative Demandants intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were trespassed upon, misappropriated, and stolen.

72. Allative Demandants intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were taken without just compensation.

73. At *allative* times, Defendants engaged and conspired in intentional tortious acts, including but not limited to: Kidnapping, Assault, Battery, Trespass, Conversion, Fraud, Collusion, Pirating, Human Trafficking, War Crimes, Treason, Arbitrariness and Vile Capricious acts.

74. Demandants constitutionally secured inalienable/unalienable rights as indigenous peoples of the United States of America Estate in its entirety were violated as they were constantly and persistently told by *allative* Respondent, John Does d/b/a policy enforcers for the For Profit City of Philadelphia, "**your nationality is not recognized here**."

75. On May 19, 2015, at approximately 6:00 p.m. The North West Amexem Embassy Fez Province was contacted and consultation with the Consular Officer, and other officials of Al Morocco/Mu Amexem/Fez Province Government "For the Upliftment of Fallen Humanity" was made.

76. Demandants were advised to immediately contact the International Criminal Courts, INTERPOL, and the United Nations to inform them of the situation and the blatant criminal acts of war committed.

77. Upon contacting the International Criminal Court, Demandants were advised to provide NOTICE and allow an opportunity for the infractions, violations, and inhumane acts to be righted and addressed.

78. Since May 19, 2015 Demandants have communicated with the violators to no avail.

## COUNT I

**Breach and Violation Of Article I Section 10, Article III Section 2, Article III Section 3,
Article IV Section 3, Article IV Section 4, Article V, and Article VI
Of The Constitution for The United States Of America-Republic
*En Allative* Respondents**

79. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 78 as if more fully set-forth herein.

80. *Allative* Demandants are Moor/Mu'ur Nationals, the aboriginal and indigenous peoples to Al Morocco/ Mu Amexem/ America 'The North Gate'.

81. On May 18, 2015 a dispute arose regarding an Estate located at 429 N. 13th Street, Philadelphus, Pennsylvania Commonwealth.

82. *Allative* Demandants identified themselves to John Does d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct who arrived on the scene and premises.

83. Respondent Michael Haas, d/b/a policy enforcer for the For Profit City of Philadelphia, 6th District Precinct, entered the private property and domicile of Demandant R.Lynn Hatshepsut Ma'atKare El without permission.

84. Upon entering the premises, Respondent, Michael Haas was provided with an Allodial Title Port evidencing *Allodial* Title the said Estate.

85. Respondent, Michael Haas, d/b/a policy enforcer for the For Profit City of Philadelphia, 6th District Precinct, accepted the *Allodial* Title Port in his hand, read the heading and several paragraphs and turned to the other five (5) or six (6) policy enforcers in the Hall, and announced "They are Moors/Mu'urs".

86. Further, Demandant, R.Lynn Hatshepsut Ma'atKare El exhibited the Al Morocco/Mu Amexem/America Flag to Respondent, Michael Haas d/b/a policy enforcer for the For Profit City of Philadelphia, 6th District Precinct.

87. Respondent, Michael Haas, d/b/a policy enforcer for the For Profit City of Philadelphia, 6th District Precinct, placed the *Allodial* Title Port on the counter and stated: "so you Moors/Mu'urs" think you can do whatever you want?"

88. *Allative* Moors/Mu'urs ordered to be arrested by Respondent, Michael Haas d/b/a policy enforcer for the For Profit City of Philadelphia, 6th District Precinct, and a John Doe 'Captain' in a White Shirt.

89. At *allative* times, *allative* policy enforcer, Respondents was aware of the Status and Nationality of Demandant Moors/Mu'urs.

90. At *allative* times, *allative* policy enforcer, Respondents, had a duty to uphold and defend the Constitution for the United States Republic.

91. At *allative* times *allative* policy enforcer, Respondents, Failed to enforce and uphold the Constitution for the United States Republic, being The Supreme Law of the Land.

92. At *allative* times *allative* policy enforcer, Respondents, colluded to enforce the Democracy Order of 1933, which is a direct violation of the Organic Constitution for the Republic.

93. Further, such Democracy Order of 1933 is unconstitutional, and consists of artificial entity constructs founded and incorporated to support corruption, bureaucratized forced servitude, unjust wars, Peonage, License, Mobocracy, and Anarchy within the ranks of government.

94. On May 18, 2015, allative Respondents d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct intentionally refused to recognize the National Status, National Flag, Birth Right and *Allodial* Title to the Estate.

95. On May 18, 2015, *allative* Respondents d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct conspired, kidnapped and captured Moor/Mu'ur Nationals, knowingly and intentionally failing to acknowledge and recognize their lack of jurisdiction.

96. At *allative* times, *allative* Respondents, d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct intentionally violated *allative* Demandant Moor/Mu'ur Nationals' Constitutional inalienable/unalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered against *allative* Respondent policy enforcers for engaging in conspiratory acts and knowingly and intentionally violating Demandants' Constitutional inalienable/unalienable rights, for committing Treason and failing to present their delegation of authority and failing to present their bonds.

## COUNT II
### Breach and Violation of the Constitution for the United States Republic
### Bill of Rights (Amendments I, II, IV, V, VI, VII, and VIII)
### *en* Kathleen Kane, Michael Nutter, Seth Williams, Jewell Williams, John Doe d/b/a Prosecutor, David Shuter, Michael Haas, *Allative* John Does d/b/a Policy Enforcers from the 6th and 9th District Precinct, John Doe d/b/a Charge Magistrate, *et cetera*

97. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 97 as if more fully set-forth herein.

98. Allative Demandants were arrested, captured and kidnapped, without a warrant.

99. Allative Demandants were arrested, captured and kidnapped, without being read their rights (No Miranda Warnings).

100. Allative Demandants' person was seized, arrested and placed in bondage, without probable cause.

101. Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile was unlawfully invaded.

102. Demandant, R.Lynn Hatshepsut Ma'atKare El's person was assaulted and battered by Respondent Michael Haas.

103. Demandant, R.Lynn Hatshepsut Ma'atKare El's cell phone was confiscated by Respondent Michael Haas and intentionally smashed.

104. Demandant, R.Lynn Hatshepsut Ma'atKare El was unlawfully searched without a warrant.

105. Demandant, Nanya Amir El's confidential government documents held within his personal and private possession were trespassed upon and compromised.

106. Demandant, Nanya Amir El's was unlawfully interrogated.

107. Demandant, Nanya Amir El's person was unlawfully seized and searched.

108. Demandant, Delilah Passé El person was unlawfully searched, and seized.

109. Respondents, d/b/a policy enforcers for the For Profit City of Philadelphia, failed to read Demandant, Delilah Passé El her Miranda Rights.

110. Demandant, Delilah Passé El person was unlawfully interrogated.

111. Demandant, Heru Atum Ra El, was unlawfully interrogated and his arms were forcefully confiscated and remain in the possession of Respondents, d/b/a policy enforcers for the For Profit City of Philadelphia.

112. Demandant, Heru Atum Ra El, was threatened that he would "not get it back...hahaha" by Respondents, d/b/a policy enforcers for the For Profit City of Philadelphia, 6th District Precinct, Policy Enforcement "Police" Department.

113. At allative times, Demandants were denied due process.

114. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to acknowledge Status and establish Jurisdiction.

115. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to enforce permit the prosecutor to identify himself for the record.

116. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office refused to identify himself for the record and for Demandants.

117. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Robert Doe (the Witness).

118. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Competent Witnesses with First- hand knowledge.

119. At *allative* times, Demandants organic Constitutional unalienable/inalienable rights were violated by *allative* Respondents.

120. At *allative* times, *allative* Respondents conspired to engage and corrosively erode, violate and reduce Demandants' unalienable/inalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' Constitutionally secured inalienable/unalienable rights, and failing to uphold their constitutional oaths and affirmations to serve and defend the Republic, and failing to present their delegation of authority and failing to present their bonds.

Treaties-the Supreme Law of the Land and failing to present their delegation of authority and present their bonds.


<u>COUNT IV</u>
<u>CONSPIRATORS, PRINCIPALS, ACCESSORIES, ACCOMPLICES, AIDERS AND ABETTORS</u>
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcers from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer,** *et allative* **Respondents,** *et cetera*

129. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 128 as if more fully and specifically set-forth herein.

130. At *allative* times, *allative* Albion Respondents possessed actual and /or constructive knowledge that they were Foreign Colonial occupying 'Non-Americans'.

131. At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'ur Nationals.

132. At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'urs, aboriginal and indigenous to the Al Morocco/Mu Amexem/America 'The North Gate' Estate.

133. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in violating *allative* secured rights of Demandants.

134. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in denationalizing *allative* Demandants.

135. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in dispossessing *allative* Demandants of their lawful *Allodial* Title Estate.

136. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing fraud upon *allative* Demandants.

137. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing human trafficking upon *allative* Demandants.

138. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing slander against *allative* Demandants.

139. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis distributed to the *Moto Proprio* and the abolishment of the Doctrine of Discovery, to further help, assist, aid, and abet *allative* Principals in refusing to enforce the Zodiac Constitution.

140.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme Mobacracy towards *allative* Demandants.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for conspiring, aiding, abetting, and assisting in *allative* forms (before, during after and constructively) and corrosively violating Demandants' secured international and constitutional inalienable/unalienable rights and failing to present their delegation of authority and present their bonds.

### COUNT V
**VIOLATIONS OF POSITIVE LAW JURISPRUDENCE- TITLE 5 U.S.C.; TITLE 3 U.S.C. § 301; TITLE 8 U.S.C. § 1503; §1481; TITLE 9 U.S.C. §13; TITLE 15 §1312; TITLE 18 U.S.C. §241, §242, §249; §302, §876, §912; §1001, §1201 §1203; §1341, §1510; §1512; §1621; §1581, §1584; §2332(a)2; §3161; TITLE 28 U.S.C. 1332; 1335; §1357; §1407; §1604; §1343; TITLE 31 U.S.C. §5118 and**
**Racketeer Influenced and Corrupt Organizations Act (RICO)**
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcers from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer, Susan Kupersmith *et allative* Respondents, *et cetera***

141.    Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 140 as if more fully and specifically set-forth herein.

142.    At *allative* times allative Respondents engaged and conspired in intentional acts, knowingly and with complete disregard for the rights of *allative* Demandants.
As of June 26, 2015, *allative* Respondents continue to engage in:  Terroristic Acts/Threats; Misprision; Theft; Extortion; Denationalization; Seizing and Seizure of Private Personal Property; Unlawful Seizure and Arrests; Occupying Private Personal Real Property; Fraudulent Misrepresentation; Abuse of Position/Power; Phone and Mail Fraud; Harassment; Obstructing the Duties And Responsibilities Of The Natural People Of The Land (Moors/Mu'urs), Including Citizens Of The United States Of America-Naturalized and/or Juristic/Statutory (Allative Europeans In Treaty-Naturalized); Human Rights Abridgments; Human Rights Trespasses; Genocidal Acts;  Human Trafficking; Fraud; Racketeering; and Unlimited and Pervasive and Systemic Governmental Oppressive, Abusive and Unlawful Practices throughout the Complete "Judicial System" in the For Profit City of Philadelphia, Pennsylvania Commonwealth.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties, International Law and the Constitution for the United States Republic and failing to present their delegation of authority and present their bonds.

## DEMAND FOR RELIEF

**The Enforcement of the following**: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as **Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.**

1)      Demandants demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2)      Demandants demand Defendants, *de facto* State Courts and *allative* employees, agents, contractors, papal legates and individuals; cease their rogue, unlawful and vile abuses imposed under 'colorable' authority.

3)      Demandants demand that when found in violation and in breach that any and all criminal charges be filed and that *allative* Respondents be brought to justice..

4)      Demandants demand that this United States Federal court accept Demandants (*in propria persona* Proper Person) as Moorish American Nationals (Natural Born Citizen of the Land/Estate) and not as a (brand) **NEGRO, BLACK, COLORED, AFRICAN AMERICAN, INDIAN, HISPANIC, ETHIOPIAN** or any other **SLAVE TITLE** or *'nom de guerre'* imposed upon Moors/Mu'urs for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5)      Demandants do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable/Unalienable or Secured by the Constitution, Treaty or International Law, and, hereby Demand that the United States Supreme Court and Circuit and District Courts fulfill their obligation to preserve the rights of these Demandants, (National Moors/Mu'urs) and carry out their Judicial Duty in administering Jurisprudence **'Good Faith'** by **ORDERING** Respondents to be brought before the Law to answer for their civil violations, criminal violations and natural and divine violations.

6)      All **UNCONSTITUTIONAL 'ORDERS'** or 'Actions' associated with it / them, **SHALL** be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent *de jure* 'Court of Law' of International jurisdiction / venue.

7)      All Agents, State and Federal Officials, Contractors are informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action, and particularly on the part of the Sheriff as a knowing and willing participant in and for violating the same; and to be made cognizant of the recompense of 'colorable' actions on their part, by not adhering to the Law.

8) Any Respondent, Corporate (CORPS) or Natural, Party-Claimants, involvements to be found guilty in violation of TREATY, the Organic Constitution, United States Code of 'Positive Law', in accord with the Divine Law is required by Law to **IMMEDIATE** recusal of his or her office and

9) *Allative* Respondents, individually and collectively are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

10) Respondents, *allative* Jane/John Does, d/b/a policy enforcers are individually being sued for 1, 000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

11) Respondent, Michael Haas, d/b/a policy enforcer is individually being sued for 1, 000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

12) Respondents, *allative* Jane/John Does, policy enforcers in their official capacity are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

13) *Allative* Jane/John Doe Policy Enforcers from 6th District, Policy Enforcement Department are jointly and separately liable for 1,000,000 units for compensatory damages and $50, 000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

  **WHERE AS**, Demandants, having submitted to this court on May 29, 2015 a Writ to Sue and having failed to file and docket said Writ of Suit, *allative* rights are herein reserved and by filing within this herein United States District Court for the Eastern District of Pennsylvania, Demandants do not waive any Constitutional, Treaty, or International Rights, that would include Denationalizing and subjecting Demandants to the Jurisdiction and therefore *de facto* and 'colorable' Laws of the u.S. Corporation. *All Rights Reserved.*

Submitted by:

I Am: _Delilah Lamed Passe El_____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
**Delilah Lamed Passé El.**

I Am: _____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
**R.Lynn Hatshepsut Ma'atKare El.**

**I Am:** _Nanya_ _[signature]_ _____ . **Phone: 215.247.9413**

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio.* **Signature – All Rights Reserved** *U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **Nanya Amir El.**

**I Am:** _Heru Amun ra El_ _____ . **Phone: 215.247.9413**

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio.* **Signature – All Rights Reserved** *U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **Heru Amun Ra El.**

## VERIFICATION

I, _Delilah Lrandi Pierce El_ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _Sh. Ilana Hotshepsut El_ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _Nanya Amin i El_ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _Heru Amun Ra El_ hereby verify under penalty of perjury that the foregoing are true and correct.

Date: June 26, 2015

## CERTIFICATE OF FILING/SERVICE

I, _Lana Hatshepsut Maat_ hereby certify that I caused a true and correct copy of **Demandants' Claim** to be filed June 26, 2015 and served on June 29th, 2015 upon the following:

**Tom Wolf, d/b/a Pennsylvania Governor**
**Main Capital Building**
**Room 225**
**Harrisburg, Pennsylvania (17120)**

**Jewell Williams, d/b/a Philadelphia Sheriff**
**100 S. Broad Street, 5th Floor**
**Philadelphia, Pennsylvania (19110)**

**Kathleen Kane, d/b/a**
**Pennsylvania Attorney General**
**Strawberry Square, 16th Floor**
**Harrisburg, Pennsylvania (17102)**

**Susan J. Kupersmith d/b/a Counsel**
**c/o Sirlin, Lesser, and Benson, P.C.**
**123 South Broad Street, Suite 2100**
**Philadelphia, Pennsylvania (19109)**

**Craig Straw d/b/a Chief Deputy Solicitor**
**City of Philadelphia Law Department**
**1515 Arch Street, #15**
**Philadelphia, PA (19102)**
**Craig.straw@phila.gov**

**Charles Ramsey d/b/a Commissioner**
**One Franklin Square**
**750 Race Street, Room 314**
**Philadelphia, Pennsylvania 19106**

**Charles J. Chaput, d/b/a Arch Bishop**
**Office of the Bishop**
**Archdiocesan Pastoral Center**
**Attn: Office for General Counsel**
**222 North 17th Street**
**Philadelphia, Pennsylvania (19103)**
**Email: shepherd@chs-adphila.org**

**Francine Beyer and Aaron Beyer**
**632 Spruce Streets**
**Philadelphia, Pennsylvania 19106**

**David C. Shuter, d/b/a "Judge"**
**1301 Filbert Street**
**Criminal Justice Center , Room 1315**
**Philadelphia, PA. (19107)**

**429 N. 13th Street Condominium Association**
**Attn: All Members**
**Philadelphia, PA 19123**

Service was effectuated on June 29th, 2015 as stated above.

R/Lynn Hatshepsut Ma'atKare El
Seyaraha
North West Amexem Embassy, Fez
Province,
C/O 7128 Chew Avenue
Philadelphus [Philadelphia Territory]
Pennsylvania Commonwealth
Zip Exempt [19]
Phone: 215.247.9413

EXHIBIT "A"

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
### (Exercise of Constitution – Secured Rights)

**Date:** June 26, 2015
Docket No:

**Delilah Passé El**, Authorized Representative, Natural Person, *In Propria Persona*:
*Ex Relatione* ™Delilah Passé©: [Droit, Droit] All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS and The CORPS created Birth Certificate
Fez Province Territory
C/o 7128 Chew Avenue, North West Amexem Embassy Consulate
Philadelphus, (Philadelphia), Pennsylvania Commonwealth [Zip Exempt]
Non-Domestic, Non-Resident, Non-Commercial, Non-Subject

**R.Lynn Hatshepsut Ma'atKare El**, Authorized Representative, Natural Person, *In Propria Persona*:
*Ex Relatione* ™Rhashea Lynn Harmon©: [Droit, Droit] All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS and The CORPS created Birth Certificate
Fez Province Territory
C/o 7128 Chew Avenue, North West Amexem Embassy Consulate
Philadelphus, (Philadelphia), Pennsylvania Commonwealth [Zip Exempt]
Non-Domestic, Non-Resident, Non-Commercial, Non-Subject

**Heru Atum Ra El**, Authorized Representative, Natural Person, *In Propria Persona*:
*Ex Relatione* ™George Dill©: [Droit, Droit] All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS and The CORPS created Birth Certificate
Fez Province Territory
C/o 7128 Chew Avenue, North West Amexem Embassy Consulate
Philadelphus, (Philadelphia), Pennsylvania Commonwealth [Zip Exempt]
Non-Domestic, Non-Resident, Non-Commercial, Non-Subject

**Nanya Amir El**, Authorized Representative, Natural Person, *In Propria Persona*:
*Ex Relatione* ™Duane Morris©: [Droit, Droit] All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS and The CORPS created Birth Certificate
Fez Province Territory
C/o 7128 Chew Avenue, North West Amexem Embassy Consulate
Philadelphus, (Philadelphia), Pennsylvania Commonwealth [Zip Exempt]
Non-Domestic, Non-Resident, Non-Commercial, Non-Subject

To:

UNITED STATES District Court Eastern District of Pennsylvania
Office of the Clerk:
Attention Michael E. Kunz

FAX: (215) 597.6390
Email: PAED_clerksoffice@paed.uscourts.gov
601 Market Street, Suite 2609
Philadelphia Territory, Pennsylvania Republic
[19106] uSA

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

### Article 1, Section X

"All debts shall be payable in gold or silver coin"

### Article VI

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which **shall** be made in pursuance thereof; and all **treaties** made, or which shall be made, under the authority of the United States, **shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.** The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the united States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

### Amendment V

"No Person shall be deprived of due process of law"

**CLEARFIELD DOCTRINE:** *"STARE DECISIS AND RES JUDICATA"(1942)*
Further **The Clearfield Doctrine** (Clearfield Trust Company vs. United States 318 U.S. 363-371 (1942))

**"Governments descend to the level of mere private corporations, and take on the Characteristics of a mere private citizen...where private commercial paper [Federal Reserve Notes (FRNs)] and 'Securities' [Checks' is concerned. ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** *Id.*

### Amendment IX

"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:**

As an Officer(s) of the Court, you, **Michael E. Kunz** and your assigns are bound and have taken a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and denial is a 'Colorable Act' violating the constitutionally secured rights and unlawfully preventing the exercise of such Rights. Such an act and imposition is a violation of your, Michael E. Kunz, Official Oath of office. This will result in additional lawful criminal and civil remedy actions filed against those violating Officers of the Court, Under USC Title 18 in their official and private capacities, from which there is no immunity. *Ignorance of the law is no excuse.*

Per the December 2, 2014 and the abolishment of the Christian Doctrine of Discovery, all *de facto* governments possess no immunity, therefore liability is unlimited against individuals functioning in their official and personal/private capacity. Further, The Law always provides a remedy for the people against "color of law" actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens. *Ignorance of the law is no excuse.*

Per House Joint Resolution (HJR), 73rd Congress in Session June 5th 1933 A.D. and Article I section 10 of the Constitution, gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees, Agents and Contractors of

the Court have been suspended. The said restrictions (unconstitutional) arbitrarily (impede Due Process) imposed for recording and processing these lawful Documents presented by Moors, the sole and rightful heirs to the Estate is a violation of Treaty and a violation of the Constitution Law. Due to the Breach of the **TRUST** this herein Affidavit of Financial Statement along with the attached Affidavit of Suit against *allative* Defendants is filed. The documents herein, have been filed with the Moorish National Court on May 29, 2015

**Being an enjoyment and exercise of the constitutionally inalienable and unalienable- Secured Rights (and not a feudal - fee - burdened privilege or eleemosynary charity from your institution) timely and speedily enforce Due Process of Law, as noted above and file the within.**

Your demand for a "Financial Statement" is used as an instrument to deny due process of law and the right to free access to the courts on the Ancestral Estate.

The lawful instruments are being introduced in the form of Affidavits and marked as Evidence. They have been timely stamped by our jurisdiction's Consul. No one in the courts is to tamper with that evidence, which is a Federal Violation, and misrepresent it as a Motion which is discretionary and an assumption that permission must be requested to exercise the Constitutionally Secured, Protected and Preserved Rights. The exercise of a right is a Constitutionally Secured, Protected and Preserved Right, not a Request and this office knows that. *Ignorance is no excuse.*

The requirement of a fee to file and/or record the lawful instruments is a direct violation of unalienable and inalienable "Secured Constitutional / Treaty Rights, which is the Supreme Law of the Land". Furthermore, it is a violation of "*Stare Decisis*" and of your "Oath of Office".

Furthermore, as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise any Secured, Protected and Preserved Constitutional Rights. your demand as an agent/employee/ contractor et cetera for the *de facto* Court is a violation of Amendment IX of the United States Constitution and a violation of your, Michael E. Kunz, fiduciary duties. Continued violation will result in another Complaint to the United States Department of Justice.

Respectfully, and with 'Good Faith' and with Honor, and by right to unhindered Due – Process, please find the time stamped and dated 'Affidavit of Financial Statement' and 'Affidavit of Suit' and record the within 'Affidavit of Financial Statement' and the 'Affidavit of Suit' against all Defendants.

**STATUS**,

I Am _____

**Delilah Passé El**, Authorized Representative
Natural Person, *In Propria Persona:*
*Ex Relatione* ™Delilah Passe© [Droit, Droit]
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Fez Province Territory
C/o 7128 Chew Avenue, Morocco North-West Amexem
Embassy Consulate Fez Province
Philadelphus (Philadelphia), Pennsylvania [Zip Exempt]
Non-Domestic, Non-Resident, Don-Commercial, Non-Subject

I Am _____

**R Lynn Hatshepsut Ma'atKare El**, Authorized
Representative
Natural Person, *In Propria Persona:*
*Ex Relatione* ™Rhashea Lynn Harmon© [Droit, Droit]
All Rights Reserved:
**U.C.C. 1-207/ 1-308; U.C.C. 1-103**

3

Fez Province Territory
C/o 7128 Chew Avenue, Morocco North-West Amexem
Embassy Consulate Fez Province
Philadelphus (Philadelphia), Pennsylvania [Zip Exempt]
Non-Domestic, Non-Resident, Don-Commercial, Non-Subject

I Am: *Heru Atum Ra El*

**Heru Atum RA El**, Authorized Representative
Natural Person, *In Propria Persona*:
***Ex Relatione*** ™George Dill© [Droit, Droit]
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103

Fez Province Territory
C/o 7128 Chew Avenue, Morocco North-West Amexem
Embassy Consulate Fez Province
Philadelphus (Philadelphia), Pennsylvania [Zip Exempt]
Non-Domestic, Non-Resident, Don-Commercial, Non-Subject

I Am: *Nanya El*

**Nanya Amir El**, Authorized Representative
Natural Person, *In Propria Persona*:
***Ex Relatione*** ™Duane Morris© [Droit, Droit]
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103

Fez Province Territory
C/o 7128 Chew Avenue, Morocco North-West Amexem
Embassy Consulate Fez Province
Philadelphus (Philadelphia), Pennsylvania [Zip Exempt]
Non-Domestic, Non-Resident, Don-Commercial, Non-Subject

Witness: *Noble Olmie Moon El*

In Propria Persona, In Full Life, All Rights Reserved

C.C.

John Koskinen d/b/a Commissioner of Internal Revenue Service
Loretta Lynch d/b/a Attorney General
John G. Roberts, d/b/a Chief Justice of Supreme   Court
Barack H. Obama, d/b/a President of the *de facto* united States

4

EXHIBIT "B"

# United States Supreme Court
# Clearfield Trust Company vs. United States 318 U. S. 363 – 371 (1942)
## "The Clearfield Doctrine"

---

**Clearfield Trust Company vs. United States 318 U. S. 363 – 371 (1942):** "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen ... where private corporate commercial paper [Federal Reserve Notes (FRNs)] and 'Securities' [Checks] is concerned. ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." –

---

**Clearfield Trust Company vs. United States 318 U. S. 363 – 371 (1942):**
What *"The Clearfield Doctrine"* is saying and establishing in law is that when *"private commercial paper"* is used by corporate government, then *'Government'* loses its *'Sovereignty Status'* and becomes no different than any other mere *'private corporation'*.

As such, *'Government'* then becomes bound by the rules and the laws that govern *'private corporations'* which means that if they (Government Officials, Government Agency Contractors; Employees, or Personnel) intend to *'compel'* an individual to some specific performance based upon its 'Corporate Statutes' or upon *'Corporation Rules'* then the *'Government'* like any other *'private corporation'* must a *'Holder - in - due - Course'* of a valid and verifiable *'Contract'* or other evidentiary proof of a *'Commercial Agreement'* between it (the Government or Agency) and the one (individual or natural person, et cetera) upon whom *'demands'* for *'specific performance'* are made.

And further, the *'Government'* must be willing to enter the *'Contract'* or *'Commercial Agreement'* into *'Evidence'* before trying to get to the court to *'enforce'* its demands, called *'Statutes'*.

The **"Clearfield Trust vs. United States"** case is extremely important because it is a 1942 case litigated after the **Erie Railroad vs. Tompkins 304 U. S. 64, (1938)** case in which the *Legislatures* and the *Judiciary* **changed** from legislating under *"Public Law"*, which is in consonance with the American Constitution, and, to the contrary, became foreign Entities and Actors doing foreign business and doing foreign activities and *'legislating'* under *"Public Policy"* according to, and accommodating to, generating profits for, and catering to the desires and wishes of, the private, foreign *"Creditors of the U. S. Corporation"* .

**NOTE:** *Commercial Paper* and *Securities, The privately - owned Federal Reserve Notes (FRNs)*, and the corporate – States' - created *'Birth Certificates'*, as constructed by, used by, and sold by, the private, foreign owners, officers, employees, beneficiaries, profiteers, agents, and agencies, doing business as the *'United States of America Corporation Company'* and their chartered and licensed *Franchisees,* et cetera, have been, and are, deceptively traded as *'Fungible Instruments'*. Such practices have been, and are, declared by the United States Supreme Court as being criminal and felonious violations of the Law. *Securitization*, which is the process and practice of *homogenizing financial instruments* into *'Fungible Securities'* and selling such felonious instruments on the *'Securities Market'*, is unlawful and illegal for private corporations.