Office use only Communications and Transmissions are

----------------------------------------------------

Protected via Article 27 23 ust ᴾ 441 Vienna Convention on

Diplomatic Relations ----------------------------------------

**Diplomatic privileges and immunities act 1967**

2015 JUL -6 P 5: 16

USDC-EDPA
RECD CLERK

FILED

JUL - 6 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk



**Writ of Quo Warranto:** Is a Writ, in the nature of *"A Writ of Right"* for the king or sovereign, or against he or she who would act or exercise the authority of an office, or franchise, or liberty; and to inquire by what authority he or she acts, and for the assumer of any said authority or jurisdiction, to produce the *'documented instrument'* upon which he or she was granted or delegated that authority.

## DISTRICT COURT FOR THE UNITED STATES
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The North West Amexem Embassy | § | |
| Fez Province, ©AA222141 Library of Congress | | |
| Delilah Passé El, | § | |
| R.Lynn Hatshepsut Ma'atKare El | | |
| Nanya Amir El | § | No.:15-CV-3606 |
| Heru Atum Ra El | | |
| | § | CONSTITUTION LAW, |
| | | INTERNATIONAL LAW, |
| | | INDIGENOUS and HUMAN |
| Demandants, | § | RIGHTS VIOLATIONS |
| | | |
| vs. | § | |
| Tom Wolf, d/b/a Commonwealth | | AMENDED CLAIM |
| Of Pennsylvania, Governor, Heirs, Assigns | § | |
| and Minions; Kathleen Kane, d/b/a | | |
| Pennsylvania Attorney General, Heirs, | § | |
| Assigns and Minions; Michael Nutter, | | |
| d/b/a Mayor For The For Profit City | § | |
| Of Philadelphia, Heirs, Assigns and Minions; | | |
| Seth Williams, d/b/a District Attorney for | § | |
| The For Profit City Of Philadelphia Heirs, | | |
| Assigns and Minions; Charles Ramsey d/b/a | § | |
| Commissioner of the For Profit City Of | | |
| Philadelphia "Police" Department Heirs, | § | |
| Assigns and Minions; *allative* John Does | | |
| d/b/a Policy Enforcer, aka "Police Officers" | § | |
| of The City Of Philadelphia 6th District | | |
| Precinct Agents, Employees, and Policy | § | |
| Enforcers, Heirs, Assigns and Minions; | | |
| Brian Korn, d/b/a Captain of the Policy | § | |
| Enforcers aka "Police Officers" of the | | |
| For Profit City of Philadelphia, Corporation, | § | |
| 6th District, Heirs, Assigns and Minions; | | |
| Michael Haas, d/b/a/ Policy Enforcer, aka | § | |
| "Police Officers" of the For Profit City of | | |
| Philadelphia, Corporation, 6th District, Heirs, | § | |
| Assigns and Minions; T. Sweeney d/b/a Policy | | |
| Enforcer, aka "Police Officers" of the For | § | |
| Profit City of Philadelphia, Corporation, | | |
| 6th District, Heirs, Assigns and Minions; | § | |
| *Allative* John Does d/b/a Policy Enforcer, | | |
| aka "Police Officers" of The For Profit City Of | § | |
| Philadelphia 9th District Precinct, Heirs, | | |
| Assigns and Minions; *Raymond Covery,* | § | |
| d/b/a Captain and Commanding Enforcer aka | | |
| "Police Officers" of the For Profit City of | § | |

Philadelphia, corporation, 9th District, Heirs,
Assigns and Minions; Marty Best; d/b/a                                    §
Lieutenant, aka "Police Officer" of the For
Profit City of Philadelphia, corporation,                                 §
9th District, Heirs, Assigns and Minions;
Thomas Tamulis, d/b/a Sergeant of the                                     §
Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,                                   §
Corporation, 9th District, Heirs, Assigns
and Minions; Paula Robinson,                                              §
d/b/a Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,                                   §
 Corporation, 9th District,
Heirs, Assigns and Minions;                                               §
Tracy Lewis, d/b/a Policy
Enforcer aka "Police Officer" of the                                      §
For Profit City of Philadelphia, Corporation,
9th District, Heirs, Assigns and Minions;                                 §
 Steven Kiefer, d/b/a Policy Enforcer, aka
"Police Officer" of the For Profit City                                   §
of Philadelphia, corporation, 9th District,
Heirs, Assigns and Minions; James Quick,                                  §
d/b/a Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,                                   §
Corporation, 9th District, Heirs, Assigns
and Minions; Jewell Williams, d/b/a                                       §
Sheriff of The For Profit City Of Philadelphia,
Heirs, Assigns and Minions; Francine Beyer,                               §
d/b/a Landlord, Heirs, Assigns and Minions;
Aaron Beyer, Heirs, Assigns and Minions;                                  §
Sirlin, Lesser & Benson, P.C.
 Jon Sirlin, d/b/a Managing Partner,                                      §
Heirs, Assigns and Minions; Peter A. Lesser
d/b/a Partner, Heirs, Assigns and Minions;                                §
Jon D. Benson d/b/a Partner, Heirs, Assigns
and Minions; Susan J. Kupersmith d/b/a                                    §
Counsel, Heirs, Assigns and Minions;
Dana S. Plon, d/b/a Associate, Heirs, Assigns                             §
and Minions; Dorothy A. Hamill,
d/b/a Associate, Heirs, Assigns and Minions;                              §
Lisa M. Rutenberg, d/b/a/ Associate, Heirs,
Assigns and Minions; Kierston M. Lange,                                   §
d/b/a Associate, Heirs, Assigns and Minions;
Adam Natchmani, d/b/a Associate,                                          §
Heirs, Assigns and Minions; Patrick M. Troy,
d/b/a Associate, Heirs, Assigns and Minions;                              §
429 N. 13th Development Corporation;
Heirs, Assigns and Minions;                                               §
Alex Generalis, d/b/a President/CEO,

Heirs, Assigns and Minions; Thomas Miles, §
d/b/a Vice President and Treasurer,
Heirs, Assigns and Minions; Robert H. Wise, §
d/b/a Robert H. Wise Management Company Inc.,
& President/CEO, Heirs, Assigns and Minions; §
Donna M. Wise, d/b/a Vice President, Heirs,
Assigns and Minions; Judith A. Owens, §
d/b/a Secretary, Heirs, Assigns and Minions;
Robert M. Stango d/b/a Treasurer, §
Heirs, Assigns and Minions; Todd R.Valleau,
Christa Valleau, Heirs, Assigns and Minions; §
Lynn Shiflet Sony, Heirs, Assigns and Minions;
Robert Doe, Heirs, Assigns and Minions; §
Jane Doe, Heirs, Assigns and Minions; John
Featherman, d/b/a agent of Daily News, §
Heirs, Assigns and Minions; and Dana Defilippo,
d/b/a agent for Philadelphia Daily News, Heirs, §
Assigns and Minions; Charles Hayden d/b/a
"Judge" Heirs, Assigns and Minions, §
Michael Days d/b/a Managing Editor of
Philadelphia Daily News, Heirs, Assigns and §
Minions; Gar Joseph d/b/a News Editor, and
Michael Mercanti, d/b/a §
Photo Editor of the Philadelphia Daily News,
Heirs Assigns, and Minions; §
and Philadelphia Media Network, L.L.C., Heirs,
Assigns, and Minions. §

Respondents.

## AMENDED CLAIM
## INJURY IN FACT PERSONAL STAKE IN THE OUTCOME

**NOW COMES**, Demandants, The North West Amexem Embassy, Fez Province, "For the Upliftment of Fallen Humanity", Noble Delilah Passé El, Noble R.Lynn Hatshepsut Ma'atKare El, Noble Nanya Amir El, and Noble Heru Atum Ra El (hereinafter individually known as "Demandant and collectively known as "Demandants") and files this Federal Amended Claim against *allative* Respondents(s), and assert and aver the following:

1) Demandant, **Noble Delilah Passé El**, is a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due

respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

2) Demandant, **Noble Delilah Passé El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI of the Constitution for the United States of America (Republic).**

3) Demandant, **Noble Delilah Passé El,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, North West Amexem Embassy, Fez Province, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

4) Demandant, **North West Amexem Embassy, Fez Province,** is a foreign Embassy, established for the Upliftment of Fallen Humanity, with its principal place of business located in Philadelphus, C/O 7128 Chew Avenue, Fez Province, [Philadelphia Territory], Pennsylvania Commonwealth, Zip Exempt [19], **Phone: 215.247.9413**.

5) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by the unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the **Zodiac Constitution © AA222141**, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

6) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu

Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States

(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

7) Demandant**, Noble R.Lynn Hatshepsut Ma'atKare El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 429 N. 13th Street, Unit 2A, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [23].

8) Demandant**, Noble Nanya Amir El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

9) Demandant**, Noble Nanya Amir El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VIof the Constitution for the United States of America (Republic)**.

10) Demandant, **Noble Nanya Amir El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

11) Demandant, **Noble Heru Atum Ra El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

12) Demandant, **Noble Heru Atum Ra El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

13) Demandant, **Noble Heru Atum Ra El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 1101 Elsnore Place, Chester, Pennsylvania Commonwealth, Zip Exempt [13].

14) **Respondent, Tom Wolf, d/b/a Governor of the For Profit Commonwealth of Pennsylvania, conducts** business with its principal place of business (PPB) headquartered at Main Capital Building, Room 225, Harrisburg, Pennsylvania Commonwealth, (17120) *de facto*, in the Commonwealth of Pennsylvania.

15) **Respondent, Kathleen Kane, d/b/a Attorney General of the For Profit Commonwealth of Pennsylvania,** conducts business with its principal place of business (PPB) headquartered at

Strawberry Square, 16th Floor, Harrisburg, Pennsylvania Commonwealth, (17102) *de facto*, in the Commonwealth of Pennsylvania.

16) **Respondent, Michael Nutter, d/b/a Mayor of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1515 Arch Street, #15 Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

17) **Respondent, Seth Williams, d/b/a District Attorney of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], Three (3)South Penn Square, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

18) **Respondent, Charles Ramsey, d/b/a Commissioner of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], One Franklin Square, 750 Race Street, Room 314Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

19) **Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

20) **Respondent, Brian Korn, d/b/a Captain of the Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

21) **Respondent, T. Sweeney, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

22) **Respondents, *Allative* John Does, involved in the incident on May 18, 2015 d/b/a Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducting business with its principal place of business (PPB)

headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

23) **Respondent, Ray Convery, d/b/a Captain of the Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21$^{st}$Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

24) **Respondents, *Allative* John Does, involved in the incident on May 18, 2015 d/b/a Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

25) **Respondent, Marty Best, d/b/a Lieutenant Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

26) **Respondent, Thomas Tamulis, d/b/a Sergeant, Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

27) **Respondent, Paula Robinson, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

28) **Respondent, Tracy Lewis, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

29) **Respondent, Steven Kiefer, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

30) **Respondent, James Quick, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

31) **Respondent, Jewell Williams, d/b/a Sheriff of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

32) **Respondent, Frank Staub, d/b/a Deputy of the For Profit City of Philadelphia, Corporation,** conductingbusiness with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

33) **Respondent, Calvin Headmen, d/b/a Sergeant of the Sheriffs of the For Profit City of Philadelphia, Corporation, Criminal Justice Center and Sheriff's Office** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

34) **Respondent, David Shuter, d/b/a "Judge "of the For Profit City of Philadelphia, Corporation, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

35) **Respondent, Charles Hayden, d/b/a "Municipal Judge" of the For Profit City of Philadelphia, Corporation, Land Lord Tenant Tribunal,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], **1318 Criminal Justice Center,** 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

36) **Respondent, Richard Brandt, d/b/a Supervisor of Court Criers, of the For Profit City of Philadelphia, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

37) **Respondent, Rich Doe, d/b/a Court Crier on June 2, 2015 of the For Profit City of Philadelphia, Corporation, Criminal Justice Center,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

38) **Respondent, Jon Sirlin, d/b/a Managing Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

39) **Respondent, Peter Lesser, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

40) **Respondent, Jon D. Benson, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

41) **Respondent, Susan J. Kupersmith, d/b/a Counsel of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

42) **Respondent, Dana S. Plon, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

43) **Respondent, Dorothy A. Hamill, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

44) **Respondent, Lisa M. Rutenberg, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

45) **Respondent, Kierston M. Lange, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

46) **Respondent, Adam Natchmani, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

47) **Respondent, Patrick M. Troy, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

48) **Respondent, Francine Beyer, d/b/a Unlicensed Land Lord** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

49) **Respondent, Aaron Beyer, d/b/a unknown,** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

50) **Respondent, Mary Colvin, d/b/a Real-estate Brokers for Keller Williams,** conducting business in the For Profit City of Philadelphia, domiciled at 1818 Rittenhouse Square, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19103) *de facto*, in the Commonwealth of Pennsylvania.

51) **Respondent, Alex Generalis, d/b/a President/CEO of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

52) **Respondent, Thomas Miles, d/b/a Vice President and Treasurer of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street Philadelphus, Hikuptah,

[Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

53) **Respondents, Francine Beyer, Meredith Schecter, August Ankum, Deborah Gorth, Sonya Lynn Shiflet, Todd R. Valleau, Christa Valleau, Steve Kleinedler, Leah Strenger, Brian O'Keefe, Arne Joensson, Jen Blazna, Thomas R. Brummett, Dynise Balcavage, Stephen M. Rotman, Alexander L. Generalis, Lee, Pak Kin, Ann J. Duffield, Timothy Duffield, Jerrold Adler, Avram J. Steinhardt, Sigita Stravinskaite, Anthony C. Dimarco, Elzbieta Jablonska, Dallas R. Taylor, Vincent Dimaria, Kyle Gibbs, Stephanie Carlisle, Didler Vinamont, Brian Hertzog, Peter Lobl, Larry S. Gold, Victoria J. Gold, *allative* d/b/a Four Twenty Nine N. Thirteenth Street Condominium Association,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 429 N. 13th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the For Profit Commonwealth of Pennsylvania.

54) **Respondent, Robert H. Wise, d/b/a President/CEO Robert Wise H. Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the For Profit Commonwealth of Pennsylvania.

55) **Respondent, Donna M. Wise, d/b/a Vice President of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

56) **Respondent, Judith A. Owens, d/b/a Secretary of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

57) **Respondent, Robert M. Stango, d/b/a Treasurer of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

58) **Respondent, Robert Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and 3BHikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

**59) Respondent, Jane Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and 3B Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

**60) Respondent, John Featherman, d/b/a Unknown for the Philadelphia Daily News,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

**61) Respondent, Dana DiFilippo, d/b/a Daily News Staff Writer,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

**62) Respondent, Michael Days d/b/a Managing Editor of the Philadelphia Daily News, a Tabloid News Paper, and subsidiary of Philadelphia Media Network, L.L.C.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, P.O. Box 8263 Philadelphus [Philadelphia], Commonwealth of Pennsylvania, 19101, Incorporated in the For Profit State Delaware.

**63) Respondent, Michael Days, d/b/a Managing Editor of the Daily News,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 801 Market Street, Suite 300 Philadelphus [Philadelphia], Commonwealth of Pennsylvania, (19107).

## VENUE and JURISDICTION

Jurisdiction and Venue is appropriate in the Eastern District of Pennsylvania, Republic per:

Concurrent with the united States Court of International Trade and the Shaykamexem North West Aboriginal Consular Court Public Law 96-417 Oct 10, 1980 96th Congress Customs Act 1980 Section 102 (a) and Section 293(b) of Title 28 "need arise"

1) **Title 28 U.S.C. §1332, §1357, §1343, 1350 §1406, §1603, §1604**
2) **THE TREATY OF PEACE AND FRIENDSHIP OF1787- 1836 A.D.** between Morocco and the united States Corporation (u.S. Corporation)
   **Article 21**

   "If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

3) **Title 22  Chapter 2 Sections 141, 142 and 143**
4) **General International Law  and The Act of State Doctrine**

## BACKGROUND

In support of this Claim, Demandants Assert and Affirm for the record, on the record and let the record reflect that:

1.  On May 18, 2105, a 911 call was placed at 9:40 p.m. regarding an unlawful lockout at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine Thirteenth Street, Philadelphus [Philadelphia Territory], zip exempt [23].

2.  On May 18, 2015, during the 911 call, R.Lynn Hatshepsut Ma'atKare El informed the dispatcher John Doe that an illegal lockout had occurred.

3.  On May 18, 2015, **R.Lynn Hatshepsut Ma'atKare El** was informed by the 911, John Doe, dispatcher "someone will call you back".

4.  On May 18, 2015, at approximately 10:10 p.m., numerous, approximately seven (7) Policy Enforcer, Uniformed Employees arrived from the 6th District Policy Enforcement Department at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429)North Thirteenth (13th) Street and unlawfully entered and trespassed upon Demandant, R.Lynn Hatsheptsut Ma'atKare El's private premises.

5.  On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, without a warrant.

6.  On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, armed with deadly guns and weapons.

7.  On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, trespassing said premises.

8.  Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, and demanded identification from *allative* Moors/Mu'urs.

9.  Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, was provided an **ALLODIAL TITLE PORT** evidencing **SUPERIOR LAWFUL OWNERSHIP AND POSSESSORY RIGHTS** to Four Hundred Twenty Nine (429) North Thirteenth Street, Unit 2A; Four Hundred Twenty Nine, Thirteenth Street Building; and Four Hundred Twenty Eight (428) North Thirteenth Street Building in their entirety.

10. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, after reading the front page of the **ALLODIAL TITLE PORT** announced to the *allative* Policy Enforcer, Uniformed Employees: "THEY ARE MOORS/MU'URS".

11. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, next turned to the MOORS/MU'URS and stated: "so you think you can do whatever you want?"

12. At some undetermined time, shortly after the statement, Respondent, Robert Doe, an Albion Tenant and Occupying Foreign European (non-American), appeared outside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A yelling and screaming from the hall stating "you were evicted".

13. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, turned to *allative* Moors (inside and outside Demandant, R.Lynn Hatshepsut Ma'atKareEl's Domicile), and commanded for Noble David Prosser El and Demandant, Heru Atum Ra El to "get inside" and for *allative* Demandants to "stay here" and "not move", while he exited Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, to have a discussion with Respondent Robert Doe, an Albion Tenant and Colonial Occupying Foreign (non-American).

14. At *allative* times and while Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, was arresting and spewing threats, the MOOR/MU'UR National Flag was displayed for clear/unambiguous STATUS and JURISDICTION of the Demandants' and property.

15. At *allative* times during the trespass and capture, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, Company, refused to acknowledge *allative* Moors'/Mu'urs' Nationality and Status.

16. Demandants, upon realizing that they had been seized and were not free to leave or continue their business at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, demanded that a CAPTAIN, A "WHITE SHIRT" be summoned upon the scene.

17. At approximately 11:00 p.m. an unidentified, Respondent, John Doe wearing a "WHITE SHIRT" arrived, stormed inside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A without permission, without identifying himself, and yelled directly in Demandant, R.Lynn Hatshepsut Ma'atKare El's face, stating: "you were evicted and taken out personally this afternoon at 12:30p.m.".

18. Demandant, R.Lynn Hatshepsut Ma'atKare El, shocked by such an approach and assault, immediately responded that she had been out of town, in the District of Columbia the entire Day, visiting the Federal Claims Court (FCC) and taking care of Business and that she had NOT been served personally by anyone or personally escorted from her domicile by anyone".

19. At this time, it was apparent, that *allative* Respondents were acting in collusion with each other on various unlawful and fraudulent levels.

20. Shortly, thereafter, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, returned and reentered the domicile of Demandant, R.Lynn Hatshepsut Ma'atKare El, (without permission) and announced: "you are under arrest" and asked: "do you need to get anything"?

21. Respondent, unidentified, John Doe, wearing a "White Shirt" failed to enforce the **Zodiac Constitution, The Treaty of Peace and Friendship, The Constitution for the united States, International law** and control his agents, employees, underlings and instead encouraged them to trespass and violate Treaty, Constitution, and their own united States Corporate Statutes, and international laws protecting Indigenous Peoples.

22. *Allative* Defendants, Moors/Mu'urs were captured, shackled and forced into human trafficking.

23. *Allative* Defendants, Moors/Mu'urs, under threat, duress and coercion were forced under the jurisdiction of the For Profit City of Philadelphia, for Profit Pennsylvania Commonwealth, its employees, agents, contractors, independent contractors, assigns, *Papal Legates*, *et cetera*, herein referred to as Respondents.

24. At approximately 11:00 p.m. *allative* Moors/Mu'urs were captured by the 6th District Policy Enforcement Department aka "Police Department", for booty and prize, (on land pirating) and human trafficking on behalf of and for the *de facto* and *colorable* "government" for whom they are Agents, Employees, Assigns, Contractors, Independent Contractors, *Papal Legates*, Highway men, Mobsters, Gangsters *et cetera*.

25. *Allative* Moors/Mu'urs were captured, kidnapped, falsely arrested and placed under Threat, Duress and Coercion to accept Forced Servitude, accept Intentional Acts of Denationalization, and accept the intentional commands for them to become the slaves and property of the For Profit City of Philadelphia, by and through the intentional and direct acts of *allative* Respondents.

26. *Allative* Moors/Mu'urs were sold into bondage and forcefully transported from Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street.

27. At *allative* times, Demandant Moors/Mu'urs were forced into involuntary servitude.

28. At *allative* times, Demandant Moors/Mu'urs were sold into human trafficking.

29. At *allative* times, *allative* John Does, Policy Enforcer, Uniformed Employees from the 6$^{th}$Precinct District Policy Enforcement Department, knowingly and intentionally refused to acknowledge Demandants' STATUS, and engaged and conspired in continuous and ongoing DENATIONALIZING tactics through use of highway men (pirating) tactics.

30. At *allative* times, the Muur's Status, Treaty Rights, Human Rights, and Constitutionally secured unalienable/inalienable rights were intentionally ignored and intentionally rejected.

31. At *allative* times, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a Policy Enforcer, Uniformed Employees from the sixth (6th) District Precinct Policy Enforcement Department, engaged in colorable Feudal law operations, acted under 'color of law', and applied *allative* means of the Inquisition act:

    a.    The Secret Treaty of Verona;
    b.    The Christian Black Codes of 1724;
    c.    The Buck Act;
    d.    The King Alfred Plan-Executive Order No. 11490; and
    e.    Executive Order No. 12803 of April 30, 1992; 57 FR 19063/May 4th 1992.

32. At *allative* times, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a Policy Enforcer, Uniformed Employees from the sixth (6th) District Precinct Policy Enforcement Department, engaged and conspired in colorable Feudal law operations, acted under 'color of law', and ignored the abolishment of the DOCTRINE OF DISCOVERY 'GENOCIDE' PRACTICES.

33. On December 2, 2014, Pope Francis abolished the Christian, Doctrine of Discovery 'Genocide' Practices, and issued a *Motu Proprio* COMMANDING that all Foreign Occupying Colonial Europeans, *Papal Legates*, including *allative* agents, *et cetera,* Cease the Inquisition 'Genocidal' Acts carried out through the Doctrine of Discovery.

34. At *allative* times, *allative* John Does, Policy Enforcer, Uniformed Employees from the 6thDistrict Precinct Policy Enforcement Department, engaged in 'colorable' Feudal law operations, acted under 'color of law' in violation of International Treaties and established Constitutions for the protection of "We The People", and *allative* 'colorable' laws established by their very own 'colorable' *de facto* united States Corporation Government.

35. At approximately 11:20 p.m., the captured Moors/Mu'urs were transported to the 9th District Precinct Policy Enforcement "Police" Department.

36. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators in furtherance of the kidnapping of *allative* Demandants.

37. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators intentionally continued the ongoing trespass to Demandants' person, private property and right to life, liberty and the pursuit of happiness.

38. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators and intentionally participated and continued the ongoing denationalization tactics and unlawful pattern and practice of violating constitutionally secured

rights, initiated by *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees from the 6th District, Precinct Policy Enforcement Department.

39. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transferred/transported and under threat, duress, and coercion were forced to participate in human trafficking as the property (booty and prize) of *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees of the For Profit City of Philadelphia, "Police" Department.

40. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

41. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant R.Lynn Hatshepsut Ma'atKare El.

42. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and proceeded to take her hands and run her hands up Demandant's skirt until she reached Demandant's vagina.

43. On May 19, 2015, Demandant, R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and "spread your legs" and proceeded take her hands and fingers and run her hands up Demandant's blouse, entering Demandant's bra and running her fingers inside Demandant's bra touching Demandant's bare breast with her hands.

44. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El while captured and being processed for human trafficking was assaulted, battered, molested, and indecently fondled and mistreated by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

45. On May 19, 2015, while Demandant R.Lynn Hatshepsut Ma'atKare El was being assaulted, battered, molested, and indecently fondled mistreated and undergoing cruel, unusual, and humiliating treatment by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed and aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

46. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

47. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage and conspire in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, "Rebecca Lyn Harmon".

48. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees intentionally engaged and conspired in the perversion of truth (Fraud) by intentionally misidentifying and intentionally misclassifying R.Lynn Hatshepsut Ma'atKare El as "Rebecca Lyn Harmon" in a vicious and unlawful effort to force Demandant to surrender her rights as a Moor/Mu'ur National.

49. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, a Moabitess Moor National as "Black Female".

50. On May 19, 2015, protesting, Demandant informed John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees that she was not "Rebecca Lyn Harmon" and was specifically, knowingly and intentionally informed by John Doe(s), d/b/a Policy Enforcer, Uniformed Employees(s) for the For Profit City of Philadelphia, 6th District Precinct, at the "Round House", "that is the name they have on here, so that is the name you must respond to", "we can't change it".

51. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage and conspire in denationalizing and discriminatory tactics, refusing to accept Demandant's nationalized appellation and refusing to provide Demandant with her constitutionally secured unalienable/inalienable right to her phone call.

52. On May 19, 2015, while *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees escorted Demandant to a pay phone, when Demandant requested change to make a phone call, *allative* John Does informed Demandant, "we do not have any change and we do not give out any change".

53. On May 19, 2015, while being held captive, falsely imprisoned, Demandant sat and waited in an approximately 4 foot by 5 foot cage and observed and heard numerous people enter the "cell block" and make phone calls using change provided by John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct at the "Round House".

54. Demandant, R.Lynn Hatshepsut Ma'atKare El, since July 13, 1976 has never been Rebecca Lyn Harmon intentionally and unintentionally.

55. On May 19, 2015, Demandant, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

56. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, conspired to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El.

57. On May 19, 2015, while Demandant Delilah Passé El, was being assaulted, battered, molested, and indecently fondled, mistreated, and undergoing cruel and unusual treatment by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed, aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

58. On May 19, 2015, Demandant Delilah Passé El, was forced to pull her jeans down revealing her underclothing in front of *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House"

59. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage and conspire in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El. The exposure was bereft of any common decency in front of *allative* present males.

60. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, preceded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El and when she requested for some common courtesy she was informed by a Jane Doe d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, " you would not be in this position if you had not done the things that you did".

61. On May 19, 2015, Demandant Delilah Passé El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

62. From May 18, 2015, 10:00 p.m. until May 19, 2015 4:00 p.m. Nanya Amir El remained with his kidnappers, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 9th District Precinct Policy "Police" Department, under threat, duress, and coercion.

63. At *allative* times, John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, from the 6thDistrict Precinct Policy Enforcement "Police" Department, from **10:00 p.m. May 18, 2015** until **4:00 p.m. May 19, 2015**, engaged and conspired in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

64. At *allative* times *allative* John Does, Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, from the 9thDistrict Precinct Policy Enforcement "Police" Department, from **11:20 p.m. May 18, 2015**, until **4:00 p.m. May 19, 2015**, , engaged in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

65. *Allaltive* confiscation of intellectual property of Demandants' fingerprints, handprints, and pictures are intentional violations of Treaties, Constitutions, in direct violation of the Fifth Amendment of the u.S. Constitution (see "Just Compensation Clause") and the *de facto* u.S "government" Corporation's very own 'colorable laws'.

66. At *allative* times, Demandants were under threat, duress and coercion.

67. At *allative* times, Demandants were assaulted; touched, pushed, shoved, threatened *et cetera*.

68. At *allative*times, Demandants were denied due process and continue to be denied procedural and substantive due process.

69. At *allative* times, Demandants were conspired against.

70. At *allative* times, Demandants were denied the protections afforded them by Treaties, Constitution and International Law.

71. At *allative* times, Demandants were deprived of their Rights as Indigenous Peoples and Heirs to the Estate upon which the *de facto* "government" united States Corporation, operates and engages and conducts commerce.

72. *Allative* Demandants' intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were trespassed upon, misappropriated, and stolen.

73. *Allative* Demandants' intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were taken without just compensation in direct violation of the Fifth Amendment of the u.S. Constitution (see "Just Compensation Clause").

74. At *allative* times, Defendants engaged and conspired in intentional tortious acts, including but not limited to: Kidnapping, Assault, Battery, Trespass, Conversion, Fraud, Collusion, Pirating, Human Trafficking, War Crimes, Treason, Arbitrariness and Vile Capricious acts.

75. Demandants' constitutionally secured inalienable/unalienable rights as indigenous peoples of the United States of America Estate in its entirety were violated as they were constantly and persistently told by *allative* Respondent, John Does d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, "**your nationality is not recognized here**."

76. At *allative* times, Demandants' were forced to defend their nationality while undergoing intentional, blatant and egregious disrespect, ridicule, and humiliation that was continuous and ongoing by *allative* Respondents and co-conspirators.

77. On May 19, 2015, at approximately 6:00 p.m. The North West Amexem Embassy Fez Province was contacted and consultation with the Consular Officer, and other officials of Al Morocco/Mu Amexem/Fez Province Government "For the Upliftment of Fallen Humanity" was made.

78. Demandants were advised to immediately contact the International Criminal Courts, INTERPOL, and the United Nations to inform them of the situation and the blatant criminal acts of war committed.

79. Upon contacting the International Criminal Court, Demandants were advised to provide NOTICE and allow an opportunity for the infractions, violations, and inhumane acts to be righted and addressed.

80. Since May 19, 2015 Demandants have communicated with the violators to no avail., by submitting Writs of Discovery and Disclosure.

81. Since May 19, 2015, Respondents have refused to respond or answer any and *allative* Writs of Discovery and Disclosure and are therefore in **DEFAULT**.

82. Since May 19, 2015, *allative* Respondent violators have refused and continue to refuse, continue to acknowledge, and continue to deny *allative* Demandants' secured Constitutional rights, secured Constitutional property rights, and secured rights as Moor Nationals-Indigenes to the Al Morocco/Mu Amexem/America ESTATE.

83. *Allative* Demandants, suffered and continue to suffer extreme deprivation and violation of Human rights, Indigenous rights, and Constitutional rights.

84. *Allative* Demandants have and continue to suffer pain, anguish, and damages as a direct and proximate cause of *allative* Respondents in their personal/individual and professional/agent capacities.

## COUNT I

### Breach and Violation Of Article I Section 10, Article III Section 2, Article III Section 3, Article IV Section 3, Article IV Section 4, Article V, and Article VI Of The Constitution for The United States Of America-Republic *En Allative* Respondents

85. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 78 as if more fully set-forth herein.

86. *Allative* Demandants are Moor/Mu'ur Nationals, the aboriginal and indigenous peoples to Al Morocco/ Mu Amexem/ America 'The North Gate'.

87. On May 18, 2015 a dispute arose regarding an Estate located at 429 N. 13th Street, Philadelphus, Pennsylvania Commonwealth.

88. *Allative* Demandants identified themselves to John Does d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct who arrived on the scene and premises.

89. Respondent Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, entered the private property and domicile of Demandant R.Lynn Hatshepsut Ma'atKare El without permission.

90. Upon entering the premises, Respondent, Michael Haas was provided with an *Allodial* Title Port evidencing *Allodial* Title the said Estate.

91. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, accepted the *Allodial* Title Port in his hand, read the heading and several paragraphs and turned to the other five (5) or six (6) Policy Enforcer, Uniformed Employees in the Hall, and announced "They are Moors/Mu'urs".

92. Further, Demandant, R.Lynn Hatshepsut Ma'atKare El exhibited the Al Morocco/Mu Amexem/America Flag to Respondent, Michael Haas d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct.

93. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, placed the *Allodial* Title Port on the counter and stated: "so you Moors/Mu'urs" think you can do whatever you want?"

94. *Allative* Moors/Mu'urs were ordered to be arrested by Respondent, Michael Haas d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, and a John Doe 'Captain' in a White Shirt.

95. At *allative* times, *allative* Policy Enforcer, Uniformed Employees, Respondents was aware of the Status and Nationality of Demandant Moors/Mu'urs.

96. At *allative* times, *allative* Policy Enforcer, Uniformed Employees, Respondents, had a duty to uphold and defend the Constitution for the United States Republic.

97. At *allative* times *allative* Policy Enforcer, Uniformed Employees, Respondents, Failed to enforce and uphold the Constitution for the United States Republic, being The Supreme Law of the Land.

98. At *allative* times *allative* Policy Enforcer, Uniformed Employees, Respondents, colluded to enforce the Democracy Order of 1933, which is a direct violation of the Organic Constitution for the Republic.

99. Further, such Democracy Order of 1933 is unconstitutional, and consists of artificial entity constructs founded and incorporated to support corruption, bureaucratized forced servitude, unjust wars, Peonage, License, Mobocracy, and Anarchy within the ranks of government.

100. On May 18, 2015, *allative* Respondents d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct intentionally refused to recognize the National Status, National Flag, Birth Right and *Allodial* Title to the Estate. (for *Allodial* Title see also Resolution 1202 Honoring the Moorish American Society of Philadelphia and Resolution 75 Act of Congress within Journal's of the House of Pennsylvania Commonwealth Printer's Number 1034, ADOPTED ON April 17,1933.)

101. On May 18, 2015, *allative* Respondents d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct conspired, kidnapped and captured Moor/Mu'ur Nationals, knowingly and intentionally failing to acknowledge and recognize their lack of jurisdiction.

102. At *allative* times, *allative* Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct intentionally violated *allative* Demandant Moor/Mu'ur Nationals' Constitutional inalienable/unalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondent policy enforcers for engaging in acts of conspiracy and knowingly and intentionally violating Demandants' Constitutional inalienable/unalienable rights, and for committing Treason under Article VI whereby treaties entered into before during and after (this) Constitution shall be "the Supreme Law of the Land", and whereby failing to present their delegation of authority and failing to present their bonds, they have committed egregious and malicious errors in actions and judgments in violation of Respondents' Oath(s) and/or Affirmation(s) under Art VI to protect "against all enemies foreign and domestic".

## COUNT II

### Breach and Violation of the Constitution for the United States Republic
### Bill of Rights (Amendments I, II, IV, V, VI, VII, and VIII)
### *en* Kathleen Kane, Michael Nutter, Seth Williams, Jewell Williams, John Doe d/b/a Prosecutor, David Shuter, Michael Haas, *Allative* John Does d/b/a Policy Enforcer, Uniformed Employees from the 6th and 9th District Precinct, John Doe d/b/a Charge Magistrate, *et cetera*

103. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 97 as if more fully set-forth herein.

104. Allative Demandants were falsely imprisoned, arrested, captured and kidnapped, without a warrant.

105. Allative Demandants were falsely imprisoned, arrested, captured and kidnapped, without being read their rights (No Miranda Warnings).

106. Allative Demandants' persons were seized, falsely imprisoned, arrested and placed in bondage, without probable cause.

107. Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile was unlawfully invaded.

108. Demandant, R.Lynn Hatshepsut Ma'atKare El's person was assaulted and battered by Respondent Michael Haas.

109. Demandant, R.Lynn Hatshepsut Ma'atKare El's cell phone was unlawfully confiscated by Respondent Michael Haas and intentionally and maliciously smashed destroying the phone.

110. Demandant, R.Lynn Hatshepsut Ma'atKare El was unlawfully searched without a warrant.

111. Demandant, Nanya Amir El's confidential government documents and National Artifacts held within his personal and private possession were fully trespassed upon and compromised.

112. Demandant, Nanya Amir El was unlawfully interrogated.

113. Demandant, Nanya Amir El's person was unlawfully seized and searched.

114. Demandant, Delilah Passé El person was unlawfully searched, and seized.

115. Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, failed to read Demandant, Delilah Passé El her Miranda Rights.

116. Demandant, Delilah Passé El's person was unlawfully interrogated without lawful consult.

117. Demandant, Heru Atum Ra El, was unlawfully interrogated and his arms were forcefully confiscated and remain in the possession of Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia.

118. Demandant, Heru Atum Ra El, was threatened that he would "not get it back…hahaha" by Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, Policy Enforcement "Police" Department.

119. At *allative* times, Demandants were denied Due Process.

120. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to acknowledge Status and establish Jurisdiction.

121. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to enforce the court's *de facto* procedures and require the prosecutor to identify himself for the record.

122. In fact, during the alleged "court proceedings" Respondent David Shuter, informed Demandants that the "court proceedings were over" when Demandant Nanya Amir El inquired, for the record the name of the prosecutor.

123. At *allative* times, Respondent David Shuter, failed to perform his duty as "judge" and partially sided with the alleged prosecutor and displayed complete impropriety from the bench "bank".

124. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office refused to identify himself for the record and for Demandants.

125. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Robert Doe (the Witness).

126. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Competent Witnesses with **First- hand knowledge**.

127. At *allative* times, Demandants objected to the apparent miscarriage of justice allative Respondents present colluded, conspired and willingly and intentionally engaged.

128. At *allative* times, Demandants organic Constitutional unalienable/inalienable rights were violated by *allative* Respondents.

129. At *allative* times, *allative* Respondents conspired to engage and corrosively erode, violate and reduce Demandants' secured unalienable/inalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' Constitutionally secured inalienable/unalienable rights, failing to uphold their constitutional oaths and affirmations to serve and defend the Republic, failing to present their delegation of authority and failing to present their bonds.

## COUNT III

**Breach and Violation of the Zodiac Constitution ©AA 222141 Library of Congress, International Treaty of Peace and Friendship of 1836 A.D., Treaty of Tripoli, United Nations Rights of Indigenous Peoples Article 8- 2(a), 22, 26, and 28, United Nations Declaration of Human Rights, Article I, II, III, XV, XVII, XXV *en*Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, John Doe d/b/a Prosecutor, David Shuter, Michael Haas, *allative* John Does d/b/a Policy Enforcer, Uniformed Employees from the 6th and 9th District Precinct, John Doe d/b/a Charge Magistrate, Robert Doe, Francine Beyer, Aaron Beyer, *et allative* Respondents, *et cetera***

130. Demandants hereby incorporate by reference *allative* averments in paragraphs 1through 129 as if more fully and specifically set-forth herein.

131. At *allative* times, *allative* Demandants' secured international lawful rights were ignored, unacknowledged, and forcefully and intentionally and deliberately and corrosively violated.

132. At *allative* times, ignorance of the law was no excuse, however, at *allative* times, *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government were aware and had actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals.

133. At *allative* times, despite *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government having actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals, Respondents intentionally collusively engaged and conspired in acts of dispossession Demandants of their rights. .

134. On various occasions Demandants provided Notice of said violations to *allative* Respondents by personally serving and mailing *Writ of Quo Warrantos*.

135.   On various occasions Respondent, Susan Kupersmith d/b/a Counsel of Sirlin, Lesser, & Benson, P.C., and Attorney for Francine Beyer and Aaron Beyer was provided with notice and intentionally chose to ignore the notice and continue forwarding terroristic threats to R.Lynn Hatshepsut Ma'atKare El regarding dispossessing her of her *Allodial* Title Estate.

136.   Further, each time Respondents were notified and warned of the war crimes committed, intentional international violations, and impending and inevitable law suits, Respondents' arrogance and idiotic and dismissive and rogue behavior proximately caused them to fail to acknowledge and respond to the *de jure Writ of Quo Warranto*.

137.   Further, collusively, Respondents in acts to further intentionally violate international law, contacted and involved Respondent reporters from The Philadelphia Daily News.

**WHEREFORE**, Demandants, Demand that judgment be entered against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties-the Supreme Law of the Land and failing to present their delegation of authority and present their bonds.

## COUNT IV
### CONSPIRATORS, PRINCIPALS, ACCESSORIES, ACCOMPLICES, AIDERS AND ABETTORS
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcer, Uniformed Employees from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer,** *et allative* **Respondents,** *et cetera*

138.   Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 137 as if more fully and specifically set-forth herein.

139.   At *allative* times, *allative* Albion Respondents possessed actual and /or constructive knowledge that they were Foreign Colonial occupying 'Non-Americans'.

140.   At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'ur Nationals.

141.   At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'urs, aboriginal and indigenous to the Al Morocco/Mu Amexem/America 'The North Gate' Estate.

142.   At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in violating *allative* secured rights of Demandants.

143.    At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in denationalizing *allative* Demandants.

144.    At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in dispossessing *allative* Demandants of their lawful *Allodial* Title Estate.

145.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing fraud upon *allative* Demandants.

146.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing human trafficking upon *allative* Demandants.

147.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing slander against *allative* Demandants.

148.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis distributed to the *Motu Proprio* and the abolishment of the Doctrine of Discovery, to further help, assist, aid, and abet *allative* Principals in refusing to enforce the Zodiac Constitution.

149.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme Mobacracy towards *allative* Demandants.

150.    At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme Mobacracy in contradistinction to the Established Law of the Land using 'Ens Legis' sonstructs against *allative* Demandants.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for conspiring, aiding, abetting, and assisting in *allative* forms (before, during, after and constructively) and corrosively violating Demandants' secured international and constitutional inalienable/unalienable rights and failing to present their delegation of authority and present their bonds in an effort to continue their Racketeering, Profiteering, and Human Trafficking under veiled judicial endeavors.

COUNT V

**VIOLATIONS OF POSITIVE LAW JURISPRUDENCE- TITLE 5 U.S.C.; TITLE 3 U.S.C. § 301; TITLE 8 U.S.C. § 1503; §1481; TITLE 9 U.S.C. §1, §4, §13, and §201; TITLE 15 §1312; TITLE 18 U.S.C. §241, §242, §249; §302, §876, §912; §1001, §1201§1203; §1341, §1510; §1512; §1621; §1581, §1584; §2332(a)2; §3161; TITLE 22 U.S.C. TITLE 28 U.S.C. 1332; 1335; §1357; §1407; §1604; §1343; TITLE 31 U.S.C. §5118 and Racketeer Influenced and Corrupt Organizations Act (RICO)**
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcer, Uniformed Employees from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer, Susan Kupersmith *et allative* Respondents, *et cetera***

151.  Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 150 as if more fully and specifically set-forth herein.

152.  At *allative* times allative Respondents engaged and conspired in intentional acts, knowingly and with complete disregard for the rights of *allative* Demandants.
As on June 26, 2015, *allative* Respondents continue to engage in: Terroristic Acts/Threats; Misprision; Theft; Extortion; Denationalization; Seizing and Seizure of Private Personal Property; Unlawful Seizure and Arrests; Occupying Private Personal Real Property; Fraudulent Misrepresentation; Abuse of Position/Power; Phone and Mail Fraud; Harassment; Obstructing the Duties And Responsibilities Of The Natural People Of The Land (Moors/Mu'urs), Including Citizens Of The United States Of America-Naturalized and/or Juristic/Statutory (*Allative* Europeans In Treaty-Naturalized); Human Rights Abridgments; Human Rights Trespasses; Genocidal Acts; Human Trafficking; Fraud; Racketeering; and Unlimited and Pervasive and Systemic Governmental Oppressive, Abusive and Unlawful Practices throughout the Complete "Judicial System" in the For Profit City of Philadelphia, Pennsylvania Commonwealth.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally engaging and conspiring to destroy and continue enslaving indigenous peoples through their lies, deceit, and egomaniacal and rogue acts against humanity under a veiled 'government'.

COUNT VI
**DEFAMATION (SLANDER, LIBEL)**
**LIBEL *PER SE*, SLANDER *PER SE***
-and-
**INVASION OF PRIVACY**
*Francine Beyer, Aaron Beyer, Susan Kupersmith, Robert Doe, Jane Doe, En Allative Respondents*

153.  Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 152 as if more fully and specifically set-forth herein.

154. Respondents, John Featherman and Dana Defilippo intentionally and recklessly contrived and provided information for the specific and intentional purpose of Broad Scale Denationalization of Demandants.

155. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information for the specific and intentional purpose of defaming, humiliating, and destroying Demandant R.,Lynn Hatshepsut Ma'atKare El's reputation.

156. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information to the media for the specific and intentional purpose of placing R.,Lynn Hatshepsut Ma'atKare El in a false light.

157. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information and pictures to the media for the specific and intentional purpose of defaming Demdandants.

158. Respondents, John Featherman and Dana Defilippo intentionally, recklessly and maliciously crafted information for the specific and intentional purpose of Broad Scale Denationalization of Demandants.

159. Respondents, John Featherman and Dana Defilippo intentionally, recklessly and maliciously printed, and published false information for Broad Scale Denationalization and Broad Scale Defamation of character by painting Demandants in a negative public light with knowledge of falsity and with the utter reckless disregard of the truth or falsity of such.

160. Subsequent the intentional false printing and publishing accounts labeling Demandants nationality as a "religion" Demandants submitted a corrective editorial to Respondent Defilippo. (*see attached)*

161. Subsequent the intentional false printing and publishing accounts labeling Demandants nationality as a "religion" Demandants submitted historical facts and documents supporting Demandants' rebuttal and demanded editorial corrections by Respondent Defilippo.

162. Demandants provided Respondent Defillipo with 72 hours to correct her defamatory and inflamed words.

163. Respondent Defillipo, intentionally failed to correct her written false defamatory and inflamed words within 72 hours.

164. Collectively and collusively *allative* Respondents conspired to Denationalize, Defame and force Demandants to adhere to Respondents' policies and procedures, which do not govern Moor/Muur Nationals.

165. At *allative* times, Respondents intentionally and proximately caused irreparable, harmful damages from the AntiSemetic News Article Published 6-2-2015.

166. At *allative* times, Respondents maliciously and recklessly published false information concerning Demandants and failed to remedy the false assertions published.

167. At *allative* times, Respondents intentionally printed unprivileged and non-newsworthy conjectured and opinionated subjective lies causing insurmountable injuries and sustaining irreparable damages for which no amount can ever remedy.

**WHEREFORE,** Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally engaging in Defamatory behavior to destroy and continue enslaving indigenous peoples through their lies, deceit, and egomaniacal and rogue acts against humanity under a veiled 'government'.

## COUNT VII
## INTENTIONAL BREACH OF FIDUCIARY TRUST

168. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 167 as if more fully and specifically set-forth herein.

169. At *allative* times Respondents have breached *allative* duties of care.

170. At *allative* times Respondents have breached *allative* duties of loyalty.

171. At *allative* times Respondents have breached *allative* duties of good faith and fair dealing as the Administrators of the United States Trust on behalf of *allative* Indigenous beneficiaries.

172. DEMANDANTS asserts claims against said Respondents as well as City Insurance Company(s), and Risk Management for the deliberate breach of fiduciary trust against *allative* Demandants.

173. In 1871 the Coup subverted the Republic and created Democracy.

174. In 1871 the 'Ens Legis' was established.

175. In 1871the united States Corporation was established.

176. In 1868 the 14th Amendment Corpse was established and is therefore a fraud and unenforceable.

177. Under the Alien Property Custodian Act the Pennsylvania Attorney General is the property custodian of *allative* indigenous Nationals' property.

178. *Allative* indigenous Moors/Mu'urs are beneficiaries of the Estate.

179. *Allative* Respondents confiscated Demandants for booty and prize, and captured and forced them under their care, custody control.

180. *Allative* Respondents treated *allative* Defendants as Chattel (human property and personal property).

181. At *allative* times, the For Profit City of Philadelphia under 'color of law', 'color of office', 'color of customs' along with their co-conspirator Respondents, falsely took and maintained complete and total control of the physical body of *allative* incorporeal hereditaments.

182. At *allative* times, the For Profit City of Philadelphia under 'color of law', 'color of office', 'color of customs', without warrant, without cause without immunities in violation of title 28 §§1350,1351 City of Philadelphia.

183. Respondents were informed and notified of Demandants' Status.

184. On May 26, 2015 Respondents were officially notified of Demandants' Status and personally served with an Affidavit of Facts and Writ of Discovery.

185. Further, on June 1st 2015, Respondents were NOTIFIED that a Writ of Habeas was filed with the Administrative Office of the united States.

186. Further, on June 19, 2015 an Affidavit of Facts to Support Removal to Consular Court was faxed to the Administrative Office of the united States.

187. At *allative* times, Respondents have collectively been in breach of their duties as Colonial Occupying Foreign "non-Americans" d/b/a in Al Morocco/Mu Amexem/ America 'The North Gate'.

188. At *allative* times Respondents failed to use due and reasonable care required under the totality of the circumstances, which resulted in substantial damages to Demandants.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties, International Law and the Constitution for the United States Republic and failing to present their delegation of authority and present their bonds to Demandants.

## DEMAND FOR RELIEF

1. **Demandants demand The Enforcement of the following**:
   a. The Zodiac Constitution © 222141 Library of Congress.
   b. The Divine Constitution and By-Laws of the Moorish Science Temple of America;
   c. The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly;
   d. Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as **Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.**

2. Demandants demand permanent injunctive relief for *allative* Respondents to cease and desist all *ultra vires* lower court actions;

3. Demandants demand *allative* Khazarian controlled media liable for placing Demandants in a false light;

4. Demandtans demand that compensation be assessed based on    injuries sustained against Moor/Mu'ur Nationals private and personal properties including *allative* unauthorized   use of foreign Estates, theft and trespass to  fingerprints, handprints, and palm prints, photographs and *allative*  obtained signatures under threat, duress, and coercion;

5. Demandants demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

6. Demandants demand Defendants, *de facto* State Courts and *allative* employees, agents, contractors, papal legates and individuals; cease their rogue, unlawful and vile abuses imposed under 'colorable' authority.

7. Demandants demand that when found in violation and in breach that any and all criminal charges be filed and that *allative* Respondents be brought to justice.

8. Demandants demand that this United States Federal court accept Demandants (*in Propria Persona* Proper Person) as Moorish American Nationals (Natural Born Sentient Beings of the Land/Estate) and not as a (brand) **NEGRO, BLACK, COLORED, AFRICAN AMERICAN, INDIAN, HISPANIC, ETHIOPIAN** or any other **SLAVE TITLE** or *'nom de guerre'* imposed upon Moors/Mu'urs for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

9. Demandants do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable/Unalienable or Secured by the Constitution, Treaty or International Law, and, hereby Demand that the United States Supreme Court and Circuit and District Courts fulfill their obligation to preserve the rights of these Demandants, (National Moors/Mu'urs) and carry out their Judicial Duty in administering Jurisprudence **'Good Faith'** by **ORDERING** Respondents to be

brought before the Law to answer for their civil violations, criminal violations and natural and divine violations.

10. All **UNCONSTITUTIONAL 'ORDERS'** or 'Actions' associated with it / them, **SHALL** be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent *de jure* 'Court of Law' of International jurisdiction / venue.

11. All Agents, State and Federal Officials, Contractors are informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action, and particularly on the part of the Sheriff as a knowing and willing participant in and for violating the same; and to be made cognizant of the recompense of 'colorable' actions on their part, by not adhering to the Law.

12. Any Respondent, Corporate (CORPS) or Natural, Party-Claimants, involvements to be found guilty in violation of TREATY, the Organic Constitution, United States Code of 'Positive Law', in accord with the Divine Law is required by Law to **IMMEDIATE** recusal of his or her office and

13. *Allative* Respondents, individually and collectively are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

14. Respondents, *allative* Jane/John Does, d/b/a Policy Enforcer, Uniformed Employees are individually being sued for 1, 000,000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

15. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employee is individually being sued for 1, 000,000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

16. Respondents, *allative* Jane/John Does, Policy Enforcers, Uniformed Employees in their official capacity are being sued for 1,000, 000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

17. *Allative* Jane/John Doe Policy Enforcer, Uniformed Employees from 6th District, Policy Enforcement Department are jointly and separately liable for 1,000,000 units for compensatory damages and $50, 000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

**WHERE AS**, Demandants, having submitted to this court on May 29, 2015 a Writ to Sue and having failed to file and docket said Writ of Suit, *allative* rights are herein reserved and by filing within this herein United States District Court for the Eastern District of Pennsylvania, Demandants do not waive any Constitutional, Treaty, or International Rights, that would include, voluntarily or involuntarily Denationalizing and subjecting Demandants to the *de facto* and colorable Jurisdiction and therefore *de facto* and 'colorable' Laws of the u.S. Corporation. *All Rights Reserved.*

ASSIGNED BY:

I Am: _Delilah Lamed Passé El_ _____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
***Delilah Lamed Passé El.***

I Am: _____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
***R.Lynn Hatshepsut Ma'atKare El.***

I Am: _____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
***Nanya Amir El.***

I Am: _____. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. **Signature – All Rights Reserved** U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -*
***HeruAmun Ra El.***

## VERIFICATION

I, _D&P El_ _____ hereby verify under penalty of perjury that the foregoing are true and correct.

_____ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _____ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _Heru El_ _____ hereby verify under penalty of perjury that the foregoing are true and correct.

Date: July 1, 2015

## CERTIFICATE OF FILING/SERVICE

I, _____ hereby certify that I caused a true and correct copy of

**Demandants' AMENDED CLAIM and ORIGINAL CLAIM** filed June 26, 2015 to be served

on July ___, 2015 upon the following:

| | |
|---|---|
| **Tom Wolf, d/b/a Pennsylvania Governor**<br>**Main Capital Building**<br>**Room 225**<br>**Harrisburg, Pennsylvania (17120)** | **Jewell Williams, d/b/a Philadelphia Sheriff**<br>**100 S. Broad Street, 5th Floor**<br>**Philadelphia, Pennsylvania (19110)** |
| **Kathleen Kane, d/b/a**<br>**CounselPennsylvania Attorney General**<br>**Strawberry Square, 16th Floor**<br>**Harrisburg, Pennsylvania (17102)** | **Susan J. Kupersmith d/b/a**<br>**c/o Sirlin, Lesser, and Benson, P.C.**<br>**123 South Broad Street, Suite 2100**<br>**Philadelphia, Pennsylvania (19109)** |
| **Craig Straw d/b/a Chief Deputy Solicitor**<br>**City of Philadelphia Law Department**<br>**1515 Arch Street, #15**<br>**Philadelphia, PA (19102)**<br>**Craig.straw@phila.gov** | **Charles Ramsey d/b/a Commissioner**<br>**One Franklin Square**<br>**750 Race Street, Room 314**<br>**Philadelphia, Pennsylvania 19106** |
| **Charles J. Chaput, d/b/a Arch Bishop**<br>**Office of the Bishop**<br>**Archdiocesan Pastoral Center**<br>**Attn: Office for General Counsel**<br>**222 North 17th Street**<br>**Philadelphia, Pennsylvania (19103)**<br>**Email: shepherd@chs-adphila.org** | **Francine Beyer and Aaron Beyer**<br>**632 Spruce Streets**<br>**Philadelphia, Pennsylvania 19106**<br><br>**Robert Wise Management Company**<br>**453 Baltimore Pike**<br>**Springfield, Pennsylvania 19064** |
| **David C. Shuter, d/b/a "Judge"**<br>**1301 Filbert Street**<br>**Criminal Justice Center, Room 1315**<br>**Philadelphia, PA. (19107)** | **429 N. 13th Street Condominium Association**<br>**Attn: All Members and Owners**<br>**Philadelphia, PA 19123** |

Service was effectuated on July ___, 2015 as stated above.

R.Lynn Hatshepsut Ma'atKare El,
Seyaraha
North West Amexem Embassy, Fez
Province,
C/O 7128 Chew Avenue
Philadelphus [Philadelphia Territory]
Pennsylvania Commonwealth
Zip Exempt [19]
Phone: 215.247.9413