

## DISTRICT COURT UNITED STATES
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

The NorthWest Amexem, Fez Province, §
Noble -Ajamu :Ayobamidele :Bey intervener §
SUI JURIS Ex relatione: EDWARD DELOACH §

Plaintiff,

vs. §
Tom Wolf, d/b/a Commonwealth
Of Pennsylvania, Governor, Heirs, Assigns §
and Minions; Kathleen Kane, d/b/a
Pennsylvania Attorney General, Heirs, §
Assigns and Minions; Jewell Willaims,
d/b/a sheriff ,Brian Teuder p. Martin
For The For Profit City §
Of Philadelphia, Heirs, Assigns and Minions;
Brian a Hudson S.R.,Victoria W Chen Surety
for Pennsylvania housing Finance agency, co surety
US Bank National Association trustee; Micheal Mckeever
,Jennifer Lynne Frechie Surety for LML law group
TORTFEASORS .

Case: 15-3606
ORGANIC CONSTITUTION LAW
INTERNATIONAL LAW,
INDIGINEOUS and HUMAN
RIGHTS VIOLATIONS

### This supplemental matter is amended and corrected rules 15 +
### AFFIDAVIT CLAIM injury in fact personal stake in the outcome

**NOW COMES**, Demandant, The North West Amexem Embassy, Fez Province, Noble Ajamu Ayobamidele: Bey (hereinafter individually known as "Demandant and privately known as "allodial heir") and files this Federal Affidavit Claim against *allative* Respondents(s), and assert and aver the following:

1) Demandant, **Noble Ajamu Ayobamidele Bey**, is a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North

America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

2) Demandant, **Noble Ajamu Ayobamidele Bey**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

3) Demandant, **Noble Ajamu Ayobamidele Bey,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, North West Amexem Embassy, Fez Province, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

4) Demandant, **North West Amexem Embassy, Fez Province,** is a foreign Embassy, established for the upliftment of fallen humanity, with its principal place of business located on aboriginal title lands occupied by Philadelphus, C/O 7128 Chew Avenue, Fez Province, [Philadelphia Territory], Pennsylvania Commonwealth, Zip Exempt [19], **Phone: 215.247.9413**.

5) Demandant, **Noble Ajamu Ayobamidele Bey**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by the unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the **Zodiac Constitution © AA222141**, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

6) Demandant, **Noble Ajamu Ayobamidele Bey**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu

# Office use only
# Communications and Transmissions are
# Protected via Article 27 23 U.S.T 3441 Vienna Convention on
# Diplomatic Relations

### Diplomatic privileges and immunities act 1967



**Writ of Quo Warranto:** Is a Writ, in the nature of *"A Writ of Right"* for the king or sovereign, or against he or she who would act or exercise the authority of an office, or franchise, or liberty; and to inquire by what authority he or she acts, and for the assumer of any said authority or jurisdiction, to produce the *'documented instrument'* upon which he or she was granted or delegated that authority.

Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

7) Demandant, **Noble Ajamu Ayobamidele Bey**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 429 N. 13th Street, Unit 2A, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [23].

8) Demandant, **Noble Ajamu Ayobamidele Bey**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

9) **Respondent, Tom Wolf, d/b/a Governor of the For Profit Commonwealth of Pennsylvania, conducts** business with its principal place of business (PPB) headquartered at Main Capital Building, Room 225, Harrisburg, Pennsylvania Commonwealth, (17120) *de facto*, in the Commonwealth of Pennsylvania.

10) **Respondent, Kathleen Kane, d/b/a Attorney General of the For Profit Commonwealth of Pennsylvania,** conducts business with its principal place of business (PPB) headquartered at Strawberry Square, 16th Floor, Harrisburg, Pennsylvania Commonwealth, (17102) *de facto*, in the Commonwealth of Pennsylvania.

11) **Respondent, , d/b/a Brian Hudson S.R of the For Profit Pennsylvania housing finance agency , Corporation,** conducts business with its principal place of business (PPB)

headquartered at Philadelphus, Hikuptah, [Philadelphia], 21 north front street Harrisburg. Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

12) **Respondent, Jewell Williams, d/b/a Sheriff of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 south broad street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

13) **Respondent, Victoria w. Chen, d/b/a Pirate , KML LAW GROUP GUILD Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 701, Market Street, Room 5000 Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

14) **Respondent, Alyk l. Oflazian , d/b/a Pirate , KML LAW'GROUP GUILD , Corporation, ,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, 701 Market Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

15) **Respondent, Jennifer, Lynne Frencie d/b/a Pirate KML LAW'GROUP GUILD , CORPORATION,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia],701 Market street Room 5000, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

16) **Respondents, *Brian Teuder* d/b/a deputy sheriff of the For Profit City of Philadelphia, Corporation, ,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

17) **Respondent, P' Martin , d/b/a clerk for the courts staff of the For Profit City of Philadelphia, first judicial district of pa room 284 Corporation, 9th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], city hall , Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

## VENUE and JURISDICTION

Jurisdiction and Venue is Satisfactory in the Eastern District of Pennsylvania, Republic as per:
North West Ordinance 1787 Concurrent with the consular court Title 22 CHAPTER 2 14,142 & 143,
Title 28 1350 alien tort act

FOREIGN JUDGMENT ENFORCEMENT RECOGNIZTION ACT , RULES 44,1 claimant grants this court" consent on terms and conditions below"

1) Title 28 U.S.C. §1332, §1357, §1343, 1350 ,1351 §1406, §1603, §1604
2) **THE TREATY OF PEACE AND FRIENDSHIP OF1787- 1836 A.D.** between Morocco and the united States Corporation (u.S. Corporation)
   **Article 21**

   "If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

3) **Hjr 192 March 6th 1933**
4) **General international law**
5) **SALVAGE ACT OF 1980**
6) **WILLS ACT OF 1908**

## FACTUAL BACKGROUND

In support of this Claim, Demandants, Assert and Affirm for the record, on the record and let the record reflect that:

1. Starting from July 31st 2002 June 19th 2006 October 12th 2007 July 10th 2014 October 7th, 2014, January 19th 2015 all defendants above in concert , confederate to produced a bogus note obligation made and sponsored from the signature of the claimant without full disclosure of the fraud usury via a unenforceable foreclosure sales processing commenced regarding an unlawful /MISAPPROPRIATED & appropriation of the name EDWARD DELOACH without lawful permit without compensation using domicile at 733 WEST NEDRO AVENUE , Philadelphus near [Philadelphia Territory], zip exempt [01]. as collateral for the national debt owed to us the moors

2. Being under extreme threat duress and legal coercion from the global Kharian Banking Cartel, the Rothschilds, Rockefellers black nobility [black means pale skinned people of caucus mountains regime who the above defendants work for who has systematically VIA war crimes against humanity created silent war enforced in state courts in which they control defined in behold a pale horse chapter 15 pages 268-332 and carried out to this day in this very cause of action

3. The evidence in that said exhibits proves without any doubt uncontroversial facts, that Claimant was compelled to pay out private funds to satisfy extortion demands from the above defendants acting in collusion and in tortfeasor capacity even after the department of the treasury stamped paid, the defendants continued in reckless disregard of the truth conspired stole property and used estate name without compensation making millions on the market

4. At *allative* times, demandant Noble Ajamu :El an Moor/Mu'ur heir to the Estate North West Amexem was were forced into involuntary servitude by gross misrepresentation of material facts

5. At *allative* times, tortfeasors are occupying our Moors/Mu'urs estate were sold into commerce without compensation of the original sponsor funds July 31st 2002

6. At *allative* times, *allative* defendants , knowingly and intentionally refused to acknowledge Demandents' STATUS, over the legal fiction EDWARD DELOACH and treated the claimant a real party interest as a mere piece of paper not as a sovereign national and heir they defendants jointly engaged and conspired in continuous and ongoing rogue mortgage foreclosure sale eviction by ejection war tactics through use of highway men (pirating tactics).

7. At *allative* times, the Muur Noble Ajamu :El Status, Treaty rights, human rights, and Constitutional unalienable/inalienable rights were intentionally ignored and intentionally rejected.

8. At *allative* times, demandant, was forced into peonage, and *allative* Respond, engaged in colorable Feudal law operations conditions , acted under 'color of law', and applied *allative* means of the Inquisition act:

    a. The Secret Treaty of Verona;
    b. The Christian Black Codes of 1724;
    c. The Buck Act;
    d. The King Alfred Plan-Executive Order No. 11490; and
    e. Executive Order No. 12803 of April 30, 1992; 57 FR 19063/May 4th 1992.
    f. Protocals of the wise men of zion

## COUNT I

**Breach and Violation Of Article I Section 10, Article III Section 2, Article III Section 3, Article IV Section 3, Article IV Section 4, Article V, and Article VI Of The Constitution for The United States Of America-Republic *En Allative* Respondents**

9. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through as if more fully set-forth herein.
10. *Allative* Demandant Noble Ajamu:El an Moor/Mu'ur Nationals, the aboriginal and indigenous peoples to Al Morocco/ Mu Amexem/ America 'The North Gate'.
11. On OCTOBER 7th 2014 a collusive concert dispute arose regarding an EDWARD DELOACH Estate My Personal Private unlawfully Depossessed and SOLD after Forced exchanged PAYOFF WAS MADE AGAINST WILL by a void judgment issued ultriveres against estate located at 733 west Nedro Avenue, Philadelphus, near Pennsylvania Republic

**WHEREFORE**, Demandant, Demands that Equitable RELIEF Money Judgment be entered against *allative* Respondent Roque legates for engaging in conspiratory acts and knowingly and intentionally violating Customary norms laws of nations Treaty & Constitutional inalienable/unalienable rights secured liberties , for committing Treason AGAINST the constitution in which they are bound , failing to present their proof of claim and failing to present the where abouts of

their bond oaths . And return property 733 west nedro avenue  back without any debt obligations Per the wills act of 1908

### COUNT II
### Breach and Violation of the Constitution for the United States Republic
### Bill of Rights (Amendments I, II, IV, V, VI, VII, and VIII)
*en* Kathleen Kane, Victoria w chen , Michael Mckeever , Jewell Williams, Brian A. Hudson SR, *Allative* Jennifer Lynne Frechie , Alyk l Oflazian, Brian  Teuten , P Martin   *et cetera*

12. Demandant hereby incorporate by reference *allative* averments in paragraphs 1 through  as if more fully set-forth herein.
13. Allative Demandant estate was unlawfully seized, sold without a lawful or legal cause of action.
14. Allative Demandants were publically ,humiliated  and embarassed, without proper representation of the actual material facts of a system wide conspiracy collusion and suppression of the nature of what a mortage agreement actually are and who actually pays
15. Allative Demandants' personal  property was placed in peonage  bondage,evident of the premeditated  paperwork System manufactured by the Khazarian Bankers Rothchilds Rockerfellas  etc in accord with protocals of the wise men of zion
16. Demandant, domicile was unlawfully invaded in violation of international laws
17. Demandant, personage was converted without valid conditions and liquidated assets stolen by Respondents.
18. Demandant, was intentionally ejected from property to hinder assertive claims against their Tortious actions
19. Demandant,lost in state court was due to the the genesis of the fraud of usury attorney fraud
20. Demandant, paid 47,000 units to distinquish the lien affixed on said estate under duress
21. Demandant, funded the whole transaction a stroke of his signature worth its weight in gold
22. Demandant, .rejects so called rooker feldman doctrine no enacting clause not ratified unconstitutionally impermissible
23. Demandant, rejects  res judicata do to GLOBALIZED  fraud and suppression of truth fraud has no statue of limitations
24. Respondents, are in conflict of law and conflict of interest at all times corpus juris secumdum 7 section 4 and are restraint from using the name EDWARD DELOACH   WITHOUT COMPENSATION
25. Demandant, demands the equity taken and restored in tune with wills act of 1908
26. Demandant,.demands the cusip numbers used from my ancient trust account
27. Demandant, demands return of all accounts used to fund both internal and external
28. At allative times, Demandants .
29. At *allative* times, Demandants organic Constitutional unalienable/inalienable rights were violated by *allative* Respondents.
30. At *allative* times, *allative* Respondents conspired to engage and corrosively erode, violate and reduce Demandants' unalienable/inalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' Constitutionally secured inalienable/unalienable

rights, and failing to uphold their constitutional oaths and affirmations to serve and defend the Republic, and failing to present their delegation of authority and failing to present their bonds.

## COUNT III

**Breach and Violation of the Zodiac Constitution ©AA 222141 Library of Congress, International Treaty of Peace and Friendship of 1836 A.D., Treaty of Tripoli, United Nations Rights of Indigenous Peoples Article 8- 2(a), 22, 26, and 28, United Nations Declaration of Human Rights, Article I, II, III, XV, XVII, XXV *en* Tom Wolf, Kathleen Kane, , Brian A. Hudson SR, *Allative* Jennifer Lynne Frechie , Alyk l Oflazian, Brian Teuten , P Martin *et cetera***

### *et allative* Respondents, *et cetera*

31. Demandant hereby incorporate by reference *allative* averments in paragraphs 1through 120 as if more fully and specifically set-forth herein.
32. At *allative* times, *allative* Demandant' secured international lawful rights were ignored, unacknowledged, and forcefully and intentionally and deliberately and corrosively violated.
33. At *allative* times, ignorance of the law was no excuse, however, at *allative* times, *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government were aware and had actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals.
34. At *allative* times, despite *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government having actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals, Respondents intentionally collusively engaged and conspired in acts of dispossession Demandant of his rights. And retaliated because the claimant has such rights
35. On various occasions Demandant provided Notice of said violations to *allative* Respondents by personally serving and mailing *discovery commands*.
36. On various occasions Respondent, were notified whether early or late was provided with notice and intentionally chose to ignore the notice and continue forwarding terroristic threats to estate regarding dispossessing him of his Allodial Title property.
37. Further, Each time Respondents were notified and warned of the war crimes committed, intentional international violations, and impending and inevitable law suits, Respondents arrogance and idiotic and dismissive and rogue behavior proximately caused them to fail to acknowledge and respond to the *de jure discovery commands*
38. Further, collusively, Respondents in acts to further intentionally violate international law, contacted and involved Respondents in house news`papers etc

**WHEREFORE**, Demandant, Demand that judgment be entered against *allative* Respondents for intentionally violating Demandans' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International

Treaties-the Supreme Law of the Land and failing to present their delegation of authority and present their bonds.

## COUNT IV
## CONSPIRATORS, PRINCIPALS, ACCESSORIES, ACCOMPLICES, AIDERS AND ABETTORS
*en* Tom Wolf, Kathleen Kane, Michael Nutter, Jewel Williams, , Brian A. Hudson SR, *Allative* Jennifer Lynne Frechie , Alyk l Oflazian, Brian Teuten , P Martin *et cetera*

,
, *et allative* Respondents, *et cetera*

39. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 128 as if more fully and specifically set-forth herein.
40. At *allative* times, *allative* Albion Respondents possessed actual and /or constructive knowledge that they were Foreign Colonial occupying 'Non-Americans'.
41. At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'ur Nationals.
42. At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'urs, aboriginal and indigenous to the Al Morocco/Mu Amexem/America 'The North Gate' Estate.
43. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in violating *allative* secured rights of Demandants.
44. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in denationalizing *allative* Demandants.
45. At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in dispossessing *allative* Demandants of their lawful *Allodial* Title Estate.
46. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing fraud upon *allative* Demandants.
47. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing human trafficking upon *allative* Demandants.
48. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing slander against *allative* Demandants.
49. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis distributed to the *Moto Proprio* and the abolishment of the Doctrine of Discovery, to further help, assist, aid, and abet *allative* Principals in refusing to enforce the Zodiac Constitution.

50. At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme Mobacracy towards *allative* Demandants.

**WHEREFORE,** Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for conspiring, aiding, abetting, and assisting in *allative* forms (before, during after and constructively) and corrosively violating Demandant' secured international and constitutional inalienable/unalienable rights and failing to present their delegation of authority and present their bonds.

## COUNT V
## VIOLATIONS OF POSITIVE LAW JURISPRUDENCE- TITLE 5 U.S.C.; TITLE 3 U.S.C. § 301; TITLE 8 U.S.C. § 1503; §1481; TITLE 9 U.S.C. §13; TITLE 15 §1, AND 2 TITLE 28 U.S.C. 1332; 1335; §1357; §1407; §1604; §1343; TITLE 31 U.S.C. §5118 and Racketeer Influenced and Corrupt Organizations Act (RICO)
*en* Tom Wolf, Kathleen Kane, Jewel Williams, , Brian A. Hudson SR, *Allative* Jennifer Lynne Frechie , Alyk l Oflazian, Brian Teuten , P Martin *et cetera*

*et allative* **Respondents,** *et cetera*

51. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 50 as if more fully and specifically set-forth herein.
52. At *allative* times allative Respondents engaged and conspired in intentional acts, knowingly and with complete disregard for the rights of *allative* Demandants.
As of July 9th, 2015, *allative* Respondents continue to engage in: Terroristic Acts/Threats; conversion of chattles; Theft; Extortion; Denationalization; Seizing and Seizure of Private Personal Property; Unlawful Seizure and Arrests; Occupying Private Personal Real Property; Fraudulent Misrepresentation; Abuse of Position/Power; Phone and Mail Fraud; Harassment; Obstructing the Duties And Responsibilities Of The Natural People Of The Land (Moors/Mu'urs), Including Citizens Of The United States Of America-Naturalized and/or Juristic/Statutory (Allative Europeans In Treaty-Naturalized); Human Rights Abridgments; Human Rights Trespasses; Genocidal Acts; Human Trafficking; Fraud; Racketeering; and Unlimited and Pervasive and Systemic Governmental Oppressive, Abusive and Unlawful Practices throughout the Complete "Judicial System" in the For Profit City of Philadelphia, Pennsylvania Commonwealth.

,

## COUNT VI

### DEFAMATION OF CHARACTER, SLANDER OF CHARACTER LIBEL

**LIBEL PER SE , SLANDER PER SE, Brian A. Hudson SR,** *Allative* **Jennifer Lynne Frechie , Alyk l Oflazian, Brian Teuten , P Martin** *et cetera*

**Demandants hereby incorporated by reference allative averments** asserts this claims & against Count The Philadelphia newspapers which falsely posted sale of private property, Broad

Scale Defamation of character By offering the public negative painting of false perceptions which is Caused irreparable harm Fairly Traceable , Culpability palpable , Cognizable to the posted sheriff sales ad in compromised Newspapers which Published which was false unprivileged, causing injuries sustaining damages.

## COUNT VII

DELIBERATE BREACH OF FIDUCIARY TRUST , **Brian A. Hudson SR,** *Allative* **Jennifer Lynne Frechie , Alyk l Oflazian, Brian Teuten , P Martin** *et cetera*

DEMANDANTS asserts claims against said city insurance company risk management deliberate breach of fiduciary trust to settle monetary claims pursuant to 42pa c.s. 8542 (b) (2) care, custody control of personal property at all times city of philadelphia under color of law color of office color of customs falsely maintained total control of the physical body all incorporeal hereditaments Without warrant cause without consent and without claims to lands without immunities.

**WHEREFORE**, Demandant, Demands that judgment of default be voided be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties, International Law and the Constitution for the United States Republic and failing to present their delegation of authority and present their bonds.

## DEMAND FOR RELIEF

**The Enforcement of the following**: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as **Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.** & an permanent injunctive relief to cease and desist all ultra vires lower court actions ,khazarian rockerfella and rothchild controlled media liable false light injuries sustained against foreign nationals private & personal properties estate encluding allative unauthorized use of foreign estates coersed signatures and public disclosure of private facts compel the all defendants to make a outta court commercial indemnity settlement of $1,000,000 in credits in lieu of gold silver or buildings or donate to our causes to uplift falling humanity and return free clear estate 733 west nedro avenue back before 2002 Entrapment and fraudulent transfer,

1) Demandant demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) Demandant demand Defendants, *de facto* State Courts and *allative* employees, agents, contractors, papal legates and individuals; cease their rogue, unlawful and vile abuses imposed under 'colorable' authority.

**3)** Demandant demand that when found in violation and in breach that any and all charges be filed and that *allative* Respondents be forced to settle outta court..

**4)** Demandant demand that this District court obey Demandants (*in propria persona* Proper Person) as Moorish American Nationals (Natural Born Citizen of the Land/Estate) and not as a (brand) **NEGRO, BLACK, COLORED, AFRICAN AMERICAN, INDIAN, HISPANIC, ETHIOPIAN** or any other **SLAVE TITLE** or *'nom de guerre'* imposed upon Moors/Mu'urs for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)** Demandants do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable/Unalienable or Secured by the Constitution, Treaty or International Law, and, hereby Demand that the United States Supreme Court and Circuit and District Courts fulfill their obligation to preserve the rights of these Demandants, (National Moors/Mu'urs) and carry out their Judicial Duty in administering Jurisprudence **'Good Faith'** by **ORDERING** Respondents to be brought before the Law to answer for their civil violations, criminal violations and natural and divine violations.

**6)** All **UNCONSTITUTIONAL 'ORDERS'** or 'Actions' associated with it / them, **SHALL** be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent *de jure* 'Court of Law' of International jurisdiction / venue.

**7)** All Agents, State and Federal Officials, Contractors are informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action, and particularly on the part of the Sheriff as a knowing and willing participant in and for violating the same; and to be made cognizant of the recompense of 'colorable' actions on their part, by not adhering to the Law.

**8)** Any Respondent, Corporate (CORPS) or Natural, Party-Claimants, involvements to be found guilty in violation of TREATY, the Organic Constitution, United States Code of 'Positive Law', in accord with the Divine Law is required by Law to **IMMEDIATE** recusal of his or her office and

**9)** *Allative* Respondents, individually and collectively are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

**10)** Respondents, *allative* defendants are individually being sued for 1, 000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

**11)** Respondent, are all liable individually being sued for 1, 000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

**12)** Respondents, *allative* defendants in their official capacity are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the organic united states republic Constitution**.

**13)** *Allative* defendants are jointly and separately liable for 1,000,000 units for compensatory damages and $50, 000,000 units for punitive damages in lawful money as per **constitutional standards**

# FORM OF CERTIFICATE

Commonwealth of Pennsylvania

County of  Montgomery

I, Tiger D Raven Melchiz-El , a notary public, certify that the attached copy of the Verification ///////////////////////////////////////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////// , dated 9 July 2015 ,
is a true, correct and complete copy of the original document presented to me by
Ajamu Ayobamidele Bey              on  9 July 2015            .

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



PAN-8 7-10


PENNSYLVANIA ASSOCIATION OF NOTARIES
Phone: 800-944-8790 • Fax: 800-707-7075 • Web site: www.notary.org • E-mail: pan@notary.org

**WHERE AS**, Demandant, having assigned to this court on July 8th, 2015 a affidavit claim, *allative* rights are herein reserved and by filing within this herein District Court for united states Eastern District of Pennsylvania, Demandants do not waive any Constitutional, Treaty, or International Rights, that would include Denationalizing and subjecting Demandants to the Jurisdiction and therefore *de facto* and 'colorable' Laws of the u.s. Corporation. *All Rights Reserved.*

ASSIGNED BY:

I Am: _Ajamu Ayobamidele Bey_ . Phone: 267.444.4350

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio.* **Signature – *All Rights Reserved*** *U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* ***Ajamu Ayobamidele Bey.***

### VERIFICATION

I, _Ajamu Ayobamidele Bey_ hereby verify under penalty of perjury under my own flag and country above that the foregoing are true and correct.

Date: July 9, 2015

**Commonwealth of Pennsylvania** } ss:
**County of** _Montgomery_

**Personally appeared before me the above-named person** _Ajamu Ayobamidele Bey_ **personally known to me, who, being duly sworn, deposes and says that he/she executed the above instrument and that the statements and answers contained therein are true and correct to the best of their knowledge and belief.**

**Sworn to and subscribed before me this** _9th_ **day of** _July_ **20**_15_

_____
(Notary Public)
(SEAL) My Commission Expires _May 13, 18_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# FORM OF CERTIFICATE

Commonwealth of Pennsylvania

County of  Montgomery

I, Tiger D Raven Melchiz-El , a notary public, certify that the attached copy of the Certificate of Filing / Service ///////////////////////////////////////////////////////////////////////////////////// ///////////////////////////////////////////////////////////////////// , dated 9 July 2015         , is a true, correct and complete copy of the original document presented to me by Ajamu Ayobamidele Bey              on  9 July 2015           .

In witness whereof, I hereunto set my hand and official seal.

*[signature]*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
```
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



PENNSYLVANIA ASSOCIATION OF NOTARIES

Phone: 800-944-8790 • Fax: 800-707-7075 • Web site: www.notary.org • E-mail: pan@notary.org

PAN-8 7-10

# CERTIFICATE OF FILING/SERVICE

I, _Ajamu Ayobamidele Bey_ hereby certify that I caused a true and correct copy of **Demandants' Claim** to be filed July 10th 2015 and served on July 10th, 2015 upon the following:

Tom Wolf, d/b/a Pennsylvania Governor
Main Capital Building
Room 225
Harrisburg, Pennsylvania (17120)

Jewell Williams, d/b/a Philadelphia Sheriff
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania (19110)

Kathleen Kane, d/b/a
Pennsylvania Attorney General
Strawberry Square, 16th Floor
Harrisburg, Pennsylvania (17102)

Charles J. Chaput, d/b/a Arch Bishop
Office of the Bishop
Archdiocesan Pastoral Center
<u>Attn: Office for General Counsel</u>
222 North 17th Street
Philadelphia, Pennsylvania (19103)
Email: shepherd@chs-adphila.org

Craig Straw d/b/a Chief Deputy Solicitor
City of Philadelphia Law Department
1515 Arch Street, #15
Philadelphia, PA (19102)
Craig.straw@phila.gov

Service was effectuated on July 10th, 2015 as stated above.

_____
Noble Ajamu Ayobamidele: Bey
North West Amexem Embassy, Fez Province,
C/O 1433 N. 54th Street Philadelphia
[Philadelphia Territory] Pennsylvania Commonwealth Zip Exempt [19131] Phone: 267.444.4350

Commonwealth of Pennsylvania } ss:
County of _Montgomery_

Personally appeared before me the above-named person _Ajamu Ayobamidele Bey_ personally known to me, who, being duly sworn, deposes and says that he/she executed the above instrument and that the statements and answers contained therein are true and correct to the best of their knowledge and belief.

Sworn to and subscribed before me
this _9th_ day of _July_ 20_15_.

_____
(Notary Public)
(SEAL) My Commission Expires _May 13, 18_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tiger D. Raven Melchiz-El, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires May 13, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Page **15 of 15**

