## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

The North West Amexern Embassy
Fez Province, © AA222141 Library of
Congress Delilah Passé El,
R.Lynn Hatshepsut Ma'atKare El
Nanya Amir El
Heru Atum Ra El

No.:15-CV-3606

CONSTITUTION LAW,
INTERNATIONAL LAW, INDIGENOUS
and HUMAN RIGHTS VIOLATIONS

                 Demandants,

AMENDED CLAIM

Toni Wolf, d/b/a Commonwealth
Of Pennsylvania, Governor, Heirs,
Assigns and Minions; Kathleen
Kane, d/b/a Pennsylvania Attorney
General, Heirs, Assigns and
Minions; Michael Nutter, d/b/a
Mayor For The For Profit City
Of Philadelphia, Heirs, Assigns and
Minions; Seth Williams,-d/b/a-
District-Attorney for The For Profit
City Of Philadelphia Heirs, Assigns and
Minions; Charles Ramsey d/b/a
Commissioner of the For Profit City
Of Philadelphia "Police" Department
Heirs, Assigns and Minions; *allative*
John Does d/b/a Policy Enforcer, aka
"Police Officers" of The City Of
Philadelphia 6th District Precinct
Agents, Employees, and Policy
Enforcers, Heirs, Assigns and Minions;
Brian Korn, d/b/a Captain of the
Policy Enforcers aka "Police
Officers" of the
For Profit City of Philadelphia,
Corporation, 6th District, *Heirs,*
Assigns and Minions; Michael Haas,
d/b/a/ Policy Enforcer, aka "Police
Officers" of the For Profit City of
Philadelphia, Corporation, 6th District,
Heirs, Assigns and Minions; T. Sweeney
d/b/a Policy Enforcer, aka "Police
Officers" of the For Profit City of
Philadelphia, Corporation,
6th District, Heirs, Assigns and
Philadelphia, corporation, 9th District,
Heirs, Assigns and Minions; Marty
Best; d/b/a Lieutenant, aka "Police

Officer" of the For Profit City of Philadelphia, corporation, 9th District, Heirs, Assigns and Minions; Thomas Tainulis, d/b/a Sergeant of the Policy Enforcer, aka "Police Officer" of the For Profit City of Philadelphia, Corporation, 9th District, Heirs, Assigns and Minions; Paula Robinson, d/b/a Policy Enforcer, aka "Police Officer" of the For Profit City of Philadelphia, Corporation, 9th District, Heirs, Assigns and Minions; Tracy Lewis, d/b/a Policy Enforcer aka "Police Officer" of the For Profit City of Philadelphia, Corporation, 9th District, Heirs, Assigns and Minions; Steven Kiefer, d/b/a Policy Enforcer, aka "Police Officer" of the For Profit City of Philadelphia, corporation, 9th District, Heirs, Assigns and Minions; James Quick, d/b/a Policy Enforcer, aka "Police Officer" of the For Profit City of Philadelphia, Corporation, 9th District, Heirs, Assigns and Minions; Jewell Williams, d/b/a Sheriff of The For Profit City Of Philadelphia, Heirs, Assigns and Minions; Francine Beyer, d/b/a Landlord, Heirs, Assigns and Minions; Aaron Beyer, Heirs, Assigns and Minions; Sirlin, Lesser & Benson, P.C. Jon Sirlin, d/b/a Managing Partner, Heirs, Assigns and Minions; Peter A. Lesser d/b/a Partner, Heirs, Assigns and Minions; Jon D. Benson d/b/a Partner, Heirs, Assigns and Minions; Susan J. Kupersmith d/b/a Counsel, Heirs, Assigns and Minions; Dana S. Plon, d/b/a Associate, Heirs, Assigns and Minions; Dorothy A. Hamill, d/b/a Associate, Heirs, Assigns and Minions; Lisa M. Rtaenberg, d/b/a/ Associate, Heirs, Assigns and Minions; Kierston M. Lange, d/b/a Associate, Heirs, Assigns and Minions; Adam Natchmani, d/b/a Associate, Heirs, Assigns and Minions; Patrick M. Troy, d/b/a Associate, Heirs, Assigns and Minions; 429 N. 13th Development Corporation; Heirs, Assigns and Minions; Alex Genera us, d/b/a President/CEO, Heirs, Assigns and Minions; Thomas Miles, d/b/a Vice President and Treasurer, Heirs, Assigns and Minions; Robert H. Wise, d/b/a

Robert H. Wise Management Company Inc., & President/CEO, Heirs, Assigns and Minions; Donna M. Wise, d/b/a Vice President, Heirs, Assigns and Minions; Judith A. Owens, d/b/a Secretary, Heirs, Assigns and Minions; Robert M. Stango d/b/a Treasurer, Heirs, Assigns and Minions; Todd R.Valleau, Christa Valleau, Heirs, Assigns and Minions; Lynn Shiflet Sony, Heirs, Assigns and Minions; Robert Doe, Heirs, Assigns and Minions; Jane Doe, Heirs, Assigns and Minions; John Featherman, d/b/a agent of Daily News, Heirs, Assigns and Minions; and Dana Defilippo, d/b/a agent for Philadelphia Daily News, Heirs, Assigns and Minions; Charles Hayden d/b/a "Judge" Heirs, Assigns and Minions, Michael Days d/b/a Managing Editor of Philadelphia Daily News, Heirs, Assigns and Minions; Gar Joseph d/b/a News Editor, and Michael Mercanti, d/b/a Photo Editor of the Philadelphia Daily News, Heirs Assigns, and Minions; and Philadelphia Media Network, L.L.C., Heirs, Assigns, and Minions.

        Respondents.

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly enter our appearance on behalf of Defendants Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer, in connection with the above-referenced matter.

Respectfully submitted,

DEASEY, MAHONEY & VALENTINI, LTD.

By: _____
Francis J. Deasey, Esquire
Pennsylvania Attorney Identification No. 25699
Rachel M. Mandell, Esquire
Pennsylvania Attorney Identification No. 209363
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone: (215) 587-9400
Fax:    (215) 587-6456

Attorneys for Defendants,
*Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer*

Dated: July 24, 2015

## Certificate of Service

I, Rachel M. Mandell, Esquire, hereby certify that I caused a true and correct copy of my Entry of Appearance on behalf of Defendants Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer to be filed electronically via the Court's ECF/PACER Electronic Filing System, where it was available for immediate download and viewing. In addition, I certify that a copy of the foregoing was sent by first-class mail to each party whose mailing address presently is listed on the docket. Those persons are *pro se* Plaintiffs:

DELILAH PASSE EL
7128 Chew Ave. 7128 Chew Ave.
Philadelphia, PA 19119

R.LYNN HATSHEPSUT MA'ATKARE EL
7128 Chew Ave.
Philadelphia, PA 19119

NANYA AMIR EL
7128 Chew Ave. 7128 Chew Ave.
Philadelphia, PA 19119

HERU ATUM RA EL
7128 Chew Ave. 7128 Chew Ave.
Philadelphia, PA 19119

THE NORTH WEST AMEXEM EMBASSY, FEZ PROVINCE, LIBRARY OF CONGRESS
c/o 7128 Chew Avenue Philadelphia, PA 19119

Rachel M. Mandell, Esquire

Dated: 7/24/15