| | |
|---|---|
| THE NORTH WEST AMEXEM, FEZ PROVINCE et al., | : UNITED STATES DISTRICT COURT<br>: EASTERN DISTRICT OF<br>: PENNSYLVANIA |
| Plaintiffs, | : |
| v. | : THE HONORABLE<br>: PAUL S. DIAMOND |
| ROBERT H. WISE d/b/a ROBERT H. WISE MANAGEMENT OCMPNAY, INC. & PRESIDENT/CEO, DONNA M. WISE d/b/a VICE PRESIDENT, JUDITH A. OWENS d/b/a SECRETARY, AND ROBERT M. STANGO d/b/a TREASURER | : Civil Action No. 15-3606 |

## **ORDER**

AND NOW, this       day of            , 2015, upon consideration of the Motion to Dismiss of Defendants, Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer, it is hereby ORDERED and DECREED that Defendants' Motion is hereby GRANTED and Plaintiff's Amended Claim is DISMISSED in its entirety, with prejudice.

**BY THE COURT:**

_____
**PAUL S. DIAMOND,                    J.**