| | |
|---|---|
| THE NORTH WEST AMEXEM, FEZ PROVINCE et al., | : UNITED STATES DISTRICT COURT<br>: EASTERN DISTRICT OF<br>: PENNSYLVANIA |
| Plaintiffs, | : |
| v. | : THE HONORABLE<br>: PAUL S. DIAMOND |
| ROBERT H. WISE d/b/a ROBERT H. WISE MANAGEMENT OCMPNAY, INC. & PRESIDENT/CEO, DONNA M. WISE d/b/a VICE PRESIDENT, JUDITH A. OWENS d/b/a SECRETARY, AND ROBERT M. STANGO d/b/a TREASURER | : Civil Action No. 15-3606 |

## NOTICE UNDER LOCAL RULE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA 7.1(c)

TO ALL PARTIES:

Under the above-captioned Local Rule for the Eastern District Court of Pennsylvania 7.1 (c), a Reply Memorandum must be filed within fourteen (14) days of July 24, 2015, the date when Defendants Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer's Motion to Dismiss Plaintiffs' Amended Claim was filed. If no Reply Memorandum is filed as provided by the Rules, the Court shall proceed to disposition of the Motion without said Memorandum.

Respectfully submitted,

DEASEY, MAHONEY & VALENTINI, LTD.

By: _____
FRANCIS J. DEASEY, ESQUIRE
**Attorney ID No. 25699**
**RACHEL M. MANDELL, ESQUIRE**
**Attorney ID No. 209363**
**1601 Market Street, Suite 3400**
**Philadelphia, PA 19103**

Attorneys for Defendants Robert H. Wise, d/b/a Robert H. Wise Management Company, Inc. & President/CEO, Donna M. Wise d/b/a Vice President, Judith A. Owens d/b/a Secretary, and Robert M. Stango d/b/a Treasurer