# EXHIBIT A

# Case Docket View : LT-14-12-05-3548

## Parties

### Complaint claim

| Francine Beyer | Plaintiff | Rhashea Lynn Harmon | Defendant #1 |
|---|---|---|---|
| SUSAN J KUPERSMITH | 632 Pine Street<br>Philadelphia, PA 19106 | R. Lynn Harmon; Rhashea Lynn Harmon Jones<br>Appealed | 429 N. 13th Street, Apt 2-A<br>Philadelphia, PA 19123 |

## Additional Information

| Property Address | Revenue Case ID |
|---|---|
| 429 N. 13th Street, Apt 2-A, Philadelphia, PA 19123 | |

## Docket Entries

| # | Filing Date | Description | Results / Comments | Parties Involved | |
|---|---|---|---|---|---|
| 1 | 12/05/2014 | Landlord Tenant Complaint | Hearing Scheduled: 01/13/2015 09:15 AM Hearing Room 5<br>Fee: $117.00<br>Amount at Issue: $7,350.00<br>Interviewer Code: 113 | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 CE |
| 2 | 12/05/2014 | Plaintiff Instructions LT | Plaintiff Instructions | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 3 | 12/05/2014 | ADA - ADA Notice | ADA | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 4 | 12/05/2014 | LT Instructions all parties | Instructions | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 5 | 12/05/2014 | Legal Information | | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 6 | 12/05/2014 | Non-Military Affidavit | Non-Military Affidavit - Rhashea Lynn Harmon | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 7 | 12/05/2014 | Exhibit | Lease | **ROBERT GREENBAUM** | Filer |
| | | | | Francine Beyer | P |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Rhashea Lynn Harmon | D1 | |
| 8 | 12/05/2014 | Exhibit | Notice to Quit | **ROBERT GREENBAUM** | Filer | |
| | | | | Francine Beyer | P | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 9 | 12/05/2014 | Exhibit | Bus. Priv. Lic | **ROBERT GREENBAUM** | Filer | |
| | | | | Francine Beyer | P | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 10 | 12/30/2014 | Affidavit of Service | Service not made for: Rhashea Lynn Harmon | **CMS User** | Filer | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 11 | 01/05/2015 | Disposition - No Service, Dismissed without Prejudice | | **Marsha H. Neifield** | Filer | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 12 | 01/05/2015 | Relistment - Complaint | Hearing Scheduled: 02/13/2015 8:45 AM Hearing Room 3<br>Fee: $46.30<br>Amount at Issue: $7,350.00 | **ROBERT GREENBAUM** | Filer | |
| | | | | Francine Beyer | P | |
| | | | | Rhashea Lynn Harmon | D1 PWS | |
| 13 | 01/05/2015 | Exhibit | affidavit of no service | **ROBERT GREENBAUM** | Filer | |
| | | | | Francine Beyer | P | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 14 | 01/22/2015 | Affidavit of Service | Service made for: Rhashea Lynn Harmon | **CMS User** | Filer | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 15 | 02/13/2015 | Disposition - Transfer to Another Courtroom | Courtroom Transferred To 02/13/2015 9:15 AM in Room: 6.<br>All parties appeared. | **Marsha H. Neifield** | Filer | |
| | | | | Rhashea Lynn Harmon | D1 | |
| 16 | 02/13/2015 | Disposition - Judgment for Plaintiff | Contested: TapeID: 6 Start Position: 10:33AM End Position: 11:49AM Judgment for Plaintiff. Judgment in the amount of $8,400.00 Rent and/or Utilities, plus $600.00 Attorney fees, plus $0.00 Other fees, plus $163.30 Costs for a Total Amount due of $9,163.30, plus Interest from n/a. Judgment for possession from 02/13/2015. Possession granted on the basis of non-payment of rent and breach of a condition. PER JUDGE HAYDEN IMMEDIATE POSSESSION NO LOCKOUT BEFORE 2/28/15. JUDGE HAYDEN AMENDED THE COMPLAINT TO INCLUDE BREACH OF CONDITION.<br><br>All parties appeared | **CHARLES HAYDEN** | Filer | |
| | | | | Rhashea Lynn Harmon | D1 | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | 02/13/2015 | Notice - LT Judgment in Favor | | **CHARLES HAYDEN** | Filer |
| | | | | Francine Beyer | P |
| 18 | 02/13/2015 | Notice - LT Judgment Against | | **CHARLES HAYDEN** | Filer |
| | | | | Rhashea Lynn Harmon | D1 |
| 19 | 02/20/2015 | Appeal Action - Appeal | Court #: 2015-02-02412. Filed by Defendant. | **CMS User** | Filer |
| | | | | Rhashea Lynn Harmon | D1 |
| 20 | 03/24/2015 | Entry of Appearance | Attorney SUSAN KUPERSMITH filed an entry of appearance for Francine Beyer, replacing previous attorney ROBERT GREENBAUM. | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| 21 | 03/25/2015 | Writ Cover - Cover Writ Possession LT Officer | WRIT COVER | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 22 | 03/25/2015 | Praecipe Writ - Praecipe Writ Of Possession | Praecipe Writ | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 23 | 03/25/2015 | Writ - Possession | Filed | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 24 | 03/25/2015 | Exhibit | SUPERSEDEAS TERMINATION | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 25 | 04/06/2015 | Writ Cover - Cover Alias Writ Possession LT Officer | WRIT COVER | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 26 | 04/06/2015 | Praecipe Writ - Praecipe Alias Writ Of Possession | Praecipe Writ | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 27 | 04/06/2015 | Writ - Alias Writ | | **SUSAN KUPERSMITH** | Filer |
| | | | | Francine Beyer | P |
| | | | | Rhashea Lynn Harmon | D1 |
| 28 | 04/06/2015 | Exhibit | AFFIDAVIT | SUSAN | Filer |

| | | | | |
|---|---|---|---|---|
| | | | KUPERSMITH | |
| | | | Francine Beyer | P |
| | | | Rhashea Lynn Harmon | D1 |
| 29 05/18/2015 Writ - Alias Writ | SERVED | | **Robert H. Messerman, ESQ.** | Filer |
| | | | Rhashea Lynn Harmon | D1 |