# EXHIBIT B




No Items in Cart LOGOUT ptroy

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 150202412 |
| Case Caption: | BEYER VS HARMON |
| Filing Date: | Friday , February 20th, 2015 |
| Court: | MUNICIPAL COURT APPEAL |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | MC - LANDLORD/TENANT |
| Status: | SETTLED PRIOR TO ASSGN TRL JUD |
| Cross Reference: | MA 1412053548 |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR DEFENDANT | COPOULOS, MARK D |
| Address: 1518 WALNUT STREET SUITE 906 PHILADELPHIA PA 19102 (267)535-9776 | | Aliases: | none | |
| 2 | | | JUDGE PRO TEM COORDINATOR | KLITSCH, CHARLES J |

| | | | | |
|---|---|---|---|---|
| **Address:** | PHILADELPHIA BAR ASSOCIATION<br>1101 MARKET ST., 11TH FLOOR<br>PHILADELPHIA PA<br>19107-2911<br>(215)238-6300 | **Aliases:** | none | |
| 3 | 1 | | APPELLANT - DEFENDANT - MC | HARMON, RHASHEA L |
| **Address:** | 429 N. 19TH STREET APT. 2-A<br>PHILADELPHIA PA<br>19123 | **Aliases:** | none | |
| 4 | 5 | | APPELLEE - PLAINTIFF - MC | BEYER, FRANCINE |
| **Address:** | 632 PINE STREET<br>PHILADELPHIA PA<br>19106 | **Aliases:** | none | |
| 5 | | | ATTORNEY FOR PLAINTIFF | GREENBAUM, ROBERT D |
| **Address:** | THE WELLS FARGO BUILDING<br>123 S. BROAD ST,, 28TH FLOOR<br>PHILADELPHIA PA<br>19109<br>(215)772-5060 | **Aliases:** | none | |
| 6 | | | ATTORNEY FOR PLAINTIFF | KUPERSMITH, SUSAN J |
| **Address:** | 123 SOUTH BROAD STREET<br>SUITE 2100<br>PHILADELPHIA PA<br>19109<br>(215)864-9700 | **Aliases:** | none | |

|  | 7 |  |  | JUDGE | MOSS, BRADLEY |
|---|---|---|---|---|---|
| **Address:** | CRIMINAL JUSTICE CENTER SUITE 1319 PHILADELPHIA PA 19107 (215)683-7253 | **Aliases:** | *none* |  |  |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 20-FEB-2015 03:31 PM | ACTIVE CASE |  |  | 20-FEB-2015 03:36 PM |
| **Docket Entry:** | E-Filing Number: 1502038566 | | | |
| 20-FEB-2015 03:31 PM | COMMENCEMENT BY APPEAL | COPOULOS, MARK D |  | 20-FEB-2015 03:36 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | *none.* | | | |
| 20-FEB-2015 03:31 PM | APPEAL FROM MUNICIPAL COURT | COPOULOS, MARK D |  | 20-FEB-2015 03:36 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>R. Harmon - Notice of Appeal.pdf<br>Mediation Landlord<br>Mediation Tenant | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | NOTICE OF APPEAL FROM DECISION RENDERED ON 02/13/2015. | | | |
| 20-FEB-2015 03:31 PM | CASE MANAGEMENT ORDER ISSUED | COPOULOS, MARK D |  | 20-FEB-2015 03:36 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>LandTent Appeal MA | Click HERE to purchase all documents related to this one docket entry | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| 20-FEB-2015 03:36 PM | LISTED FOR TRIAL | | | 20-FEB-2015 03:36 PM |
| **Docket Entry:** | SCHEDULED FOR TRIAL ON JUNE 8, 2015, AT 09:00 AM AT THE CITY HALL, CITY HALL COURTROOM 446. | | | |
| 20-FEB-2015 03:36 PM | LISTED FOR SETTLEMENT CONF | | | 20-FEB-2015 03:36 PM |
| **Docket Entry:** | SCHEDULED FOR SETTLEMENT CONFERENCE ON MAY 26, 2015, AT 09:00 AM AT THE CITY HALL, CITY HALL CONFERENCE ROOM 531. | | | |
| 20-FEB-2015 03:46 PM | SUPERSEDEAS GRANTED | | | 20-FEB-2015 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 20-FEB-2015 03:46 PM | MONIES DEPOSITED/PROTHY ESCROW | HARMON, RHASHEA L | | 20-FEB-2015 12:00 AM |
| **Documents:** | Click link(s) to preview/purchase the documents ESCRO_8.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | $4,500.00 DEPOSITED WITH THE OFFICE OF JUDICIAL RECORDS | | | |
| 23-FEB-2015 01:54 PM | ENTRY OF APPEARANCE | GREENBAUM, ROBERT D | | 25-FEB-2015 10:41 AM |
| **Documents:** | Click link(s) to preview/purchase the documents 00009114.PDF | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF ROBERT D GREENBAUM FILED. (FILED ON BEHALF OF FRANCINE BEYER) | | | |
| 11-MAR-2015 | COMPLAINT FILED | KUPERSMITH, | | 13-MAR-2015 |

| 11:53 AM | NOTICE GIVEN | SUSAN J | | 08:37 AM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>Notice-to-Defend.pdf<br>Complaint.pdf<br>Verification.pdf<br>Cert of Service.pdf<br>Exhibits.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF FRANCINE BEYER) ENTRY OF APPEARANCE FILED ON BEHALF OF FRANCINE BEYER. | | | |
| | | | | |
| 24-MAR-2015<br>03:13 PM | TERMINATION OF SUPERSEDEAS | KUPERSMITH, SUSAN J | | 24-MAR-2015<br>12:00 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>TRSPR_11.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | BY ORDER OF THE PROTHONOTARY, THE SUPERSEDEAS IN THE ABOVE CAPTIONED MATTER IS TERMINATED FOR FAILURE TO COMPLY WITH M.C.R.P. 124 {C} {2}. PRAECIPE TO TERMINATE SUPERSEDEAS FILED BY SUSAN KUPERSMITH, ESQUIRE. | | | |
| | | | | |
| 31-MAR-2015<br>11:08 AM | MOTION - REINSTATE SUPERSEDEAS | COPOULOS, MARK D | | 31-MAR-2015<br>03:25 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Harmon - Emergency Motion to Reinstate Supersedeas.pdf<br>Motion CoverSheet Form | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | 35-15034135 EMERGENCY MOTION - REINSTATE SUPERSEDEAS (FILED ON BEHALF OF RHASHEA L HARMON) | | | |
| | | | | |
| 31-MAR-2015<br>01:58 PM | ANSWER TO COMPLAINT FILED | COPOULOS, MARK D | | 31-MAR-2015<br>03:31 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>RLH Ex. A-B.pdf<br>RLH Ex. C-D.pdf<br>RLH Answer and New Matter.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF RHASHEA L HARMON) | | | |

| | | | | |
|---|---|---|---|---|
| 31-MAR-2015 03:45 PM | MOTION ASSIGNED | | | 31-MAR-2015 03:45 PM |
| **Docket Entry:** | 35-15034135 MOTION - REINSTATE SUPERSEDEAS ASSIGNED TO JUDGE: MOSS, BRADLEY . ON DATE: MARCH 31, 2015 | | | |
| 02-APR-2015 02:27 PM | RULE ISSUED | MOSS, BRADLEY | | 02-APR-2015 02:28 PM |
| **Documents:** | Click link(s) to preview/purchase the documents RLFIS_15.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | 35-15034135 AND NOW, THIS 2ND DAY OF APRIL, 2015, UPON CONSIDERATION OF THE FOREGOING MOTION/PETITION TO REINSTATE THE SUPERSEDEAS, A RULE IS HEREBY ENTERED UPON THE RESPONDENT TO SHOW CAUSE WHY THE RELIEF REQUESTED THEREIN SHOULD NOT BE GRANTED. RULE RETURNABLE ON THE 7TH DAY OF APRIL, 2015, AT 4:00 P.M., IN COURTROOM 446 CITY HALL, PHILADELPHIA, PA 19107. ...BY THE COURT: MOSS, J. | | | |
| 02-APR-2015 02:27 PM | NOTICE GIVEN UNDER RULE 236 | | | 02-APR-2015 07:03 PM |
| **Docket Entry:** | NOTICE GIVEN ON 02-APR-2015 OF RULE ISSUED ENTERED ON 02-APR-2015. | | | |
| 02-APR-2015 02:29 PM | MOTION HEARING SCHEDULED | | | 02-APR-2015 02:29 PM |
| **Docket Entry:** | 35-15034135 | | | |
| 04-APR-2015 12:35 AM | NOTICE GIVEN | | | 04-APR-2015 12:35 AM |
| **Docket Entry:** | *none.* | | | |
| 06-APR-2015 02:56 PM | ANSWER (MOTION/PETITION) FILED | KUPERSMITH, SUSAN J | | 07-APR-2015 02:58 PM |
| **Documents:** | Click link(s) to preview/purchase the documents Order.pdf | Click HERE to purchase all documents related to this one docket entry | | |

| | | | | |
|---|---|---|---|---|
| | Memo Of Law.pdf<br>Answer.pdf<br>Cert of Serv.pdf<br>Exhibits.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 35-15034135 ANSWER IN OPPOSITION OF MOTION - REINSTATE SUPERSEDEAS FILED. (FILED ON BEHALF OF FRANCINE BEYER) | | | |
| | | | | |
| 09-APR-2015<br>09:49 AM | MOTION HEARING RESCHEDULED | MOSS, BRADLEY | | 09-APR-2015<br>09:57 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>MTHRR_20.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | A RULE HEARING HAS BEEN CONTINUED TO BE HEARD ON 4-14-15 AT 09:00 A.M. IN COURTROOM 446 CITY HALL, PHILADELPHIA, PA 19107. ¿BY THE COURT: MOSS, J. 4-9-15 | | | |
| | | | | |
| 09-APR-2015<br>09:49 AM | NOTICE GIVEN UNDER RULE 236 | | | 09-APR-2015<br>10:53 AM |
| **Docket Entry:** | NOTICE GIVEN ON 09-APR-2015 OF MOTION HEARING RESCHEDULED ENTERED ON 09-APR-2015. | | | |
| | | | | |
| 09-APR-2015<br>09:58 AM | MOTION HEARING SCHEDULED | | | 09-APR-2015<br>09:58 AM |
| **Docket Entry:** | 35-15034135 | | | |
| | | | | |
| 09-APR-2015<br>10:05 AM | CORRECTIVE ENTRY | | | 09-APR-2015<br>12:00 AM |
| **Docket Entry:** | CORRECTION TO TIME ON DOCKETED RULE ORDER TEXT: HEARING TIME IS AT 4:30 P.M., NOT 9:00 A.M. /AOL | | | |
| | | | | |
| 10-APR-2015<br>04:11 PM | MOTION HEARING RESCHEDULED | MOSS, BRADLEY | | 10-APR-2015<br>04:12 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>MTHRR_24.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| | 35-15034135 AND NOW, THIS 10TH DAY OF APRIL, 2015, UPON | | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | CONSIDERATION OF THE FOREGOING MOTION TO REINSTATE SUPERSEDEAS, A RULE IS HEREBY ENTERED UPON THE RESPONDENT TO SHOW CAUSE WHY THE RELIEF REQUESTED THEREIN SHOULD NOT BE GRANTED. RULE RETURNABLE ON THE 15TH DAY OF APRIL, 2015, AT 3:00 P.M. IN COURTROOM 446 CITY HALL, PHILADELPHIA, PA 19107. ...BY THE COURT: MOSS, J. | | | |
| 10-APR-2015 04:11 PM | NOTICE GIVEN UNDER RULE 236 | | | 10-APR-2015 04:53 PM |
| **Docket Entry:** | NOTICE GIVEN ON 10-APR-2015 OF MOTION HEARING RESCHEDULED ENTERED ON 10-APR-2015. | | | |
| 10-APR-2015 04:13 PM | MOTION HEARING SCHEDULED | | | 10-APR-2015 04:13 PM |
| **Docket Entry:** | 35-15034135 | | | |
| 11-APR-2015 12:31 AM | NOTICE GIVEN | | | 11-APR-2015 12:31 AM |
| **Docket Entry:** | *none.* | | | |
| 14-APR-2015 12:37 AM | NOTICE GIVEN | | | 14-APR-2015 12:37 AM |
| **Docket Entry:** | *none.* | | | |
| 15-APR-2015 02:35 PM | REPLY TO NEW MATTER | KUPERSMITH, SUSAN J | | 15-APR-2015 02:58 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Answer to NM.pdf<br>Cert of Serv- NM.pdf<br>Verification- SJK.pdf | | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF RHASHEA L HARMON FILED. (FILED ON BEHALF OF FRANCINE BEYER) | | | |
| 23-APR-2015 | SETTLED PRIOR TO | MOSS, | | 23-APR-2015 |

| 10:31 AM | ASSGN TRL JUD | BRADLEY | | 10:33 AM |
|---|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>WSPTJ_30.pdf<br>WSPTJ_30_001.pdf | Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | AND NOW, THIS 22ND DAY OF APRIL, 2015, UPON CONSIDERATION OF THE ABOVE SETTLEMENT AGREEMENT, IT IS HEREBY ORDERED THAT THE SETTLEMENT AGREEMENT IS APPROVED. ATTACHED TO THIS ORDER ARE EMAILS THAT EXPLAIN WHY THE DEFENDANT'S ATTORNEY SIGNED THE SETTLEMENT AGREEMENT ON BEHALF OF HIS CLIENT. ...BY THE COURT: MOSS, J. | | | |
| | | | | |
| 23-APR-2015<br>10:31 AM | NOTICE GIVEN UNDER RULE 236 | | | 23-APR-2015<br>01:26 PM |
| **Docket Entry:** | NOTICE GIVEN ON 23-APR-2015 OF SETTLED PRIOR TO ASSGN TRL JUD ENTERED ON 23-APR-2015. | | | |
| | | | | |
| 29-APR-2015<br>11:56 AM | COURT ORDERED PAYOUT OF ESCROW | MOSS, BRADLEY | | 29-APR-2015<br>12:00 AM |
| **Docket Entry:** | CHECK NO.1053 IN THE AMOUNT OF $2,250.00 DISBURSED TO FRANCINE BEYER AND CHECK NO. 1054 IN THE AMOUNT OF $2,250.00 DISBURSED TO RHASHEA L. HARMON BOTH DATED 4/28/2015, PER ORDER OF 4/22/2015, MOSS, J. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[E-Filing System]    [Search Home]