

**Diplomatic privileges and immunities act 1967**



**Writ of Quo Warranto:** Is a Writ, in the nature of *"A Writ of Right"* for the king or sovereign, or against he or she who would act or exercise the authority of an office, or franchise, or liberty; and to inquire by what authority he or she acts, and for the assumer of any said authority or jurisdiction, to produce the *'documented instrument'* upon which he or she was granted or delegated that authority.

The North West Amexem Embassy   §
Fez Province, ©AA222141 Library of Congress
Delilah Passé El,   §
R.Lynn Hatshepsut Ma'atKare El
Nanya Amir El   §      No.:15-CV-3606
Heru Atum Ra El

§      CONSTITUTION LAW,
INTERNATIONAL LAW,
     Demandants,   §      INDIGENOUS and HUMAN
RIGHTS VIOLATIONS

     vs.   §
Tom Wolf, d/b/a Commonwealth
Of Pennsylvania, Governor, Heirs, Assigns   §      JOINDER OF ADDITIONAL
and Minions; Kathleen Kane, d/b/a      DEFENDANTS
Pennsylvania Attorney General, Heirs,   §
Assigns and Minions; Michael Nutter,
d/b/a Mayor For The For Profit City   §
Of Philadelphia, Heirs, Assigns and Minions;
Seth Williams, d/b/a District Attorney for   §
The For Profit City Of Philadelphia Heirs,
Assigns and Minions; Charles Ramsey d/b/a   §
Commissioner of the For Profit City Of
Philadelphia "Police" Department Heirs,   §
Assigns and Minions; *allative* John Does
d/b/a Policy Enforcer, aka "Police Officers"   §
of The City Of Philadelphia 6th District
Precinct Agents, Employees, and Policy   §
Enforcers, Heirs, Assigns and Minions;
Brian Korn, d/b/a Captain of the Policy   §
Enforcers aka "Police Officers" of the
For Profit City of Philadelphia, Corporation,   §
6th District, Heirs, Assigns and Minions;
Michael Haas, d/b/a/ Policy Enforcer, aka   §
"Police Officers" of the For Profit City of
Philadelphia, Corporation, 6th District, Heirs,   §
Assigns and Minions; T. Sweeney d/b/a Policy
Enforcer, aka "Police Officers" of the For   §
Profit City of Philadelphia, Corporation,
6th District, Heirs, Assigns and Minions;   §
*Allative* John Does d/b/a Policy Enforcer,
aka "Police Officers" of The For Profit City Of   §
Philadelphia 9th District Precinct, Heirs,
Assigns and Minions; Raymond Covery,   §
d/b/a Captain and Commanding Enforcer aka
"Police Officers" of the For Profit City of   §
Philadelphia, corporation, 9th District, Heirs,



Assigns and Minions; Marty Best; d/b/a     §
Lieutenant, aka "Police Officer" of the For
Profit City of Philadelphia, corporation,     §
9th District, Heirs, Assigns and Minions;
Thomas Tamulis, d/b/a Sergeant of the     §
Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,     §
Corporation, 9th District, Heirs, Assigns
and Minions; Paula Robinson,     §
d/b/a Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,     §
 Corporation, 9th District,
Heirs, Assigns and Minions;     §
Tracy Lewis, d/b/a Policy
Enforcer aka "Police Officer" of the     §
For Profit City of Philadelphia, Corporation,
9th District, Heirs, Assigns and Minions;     §
 Steven Kiefer, d/b/a Policy Enforcer, aka
"Police Officer" of the For Profit City     §
of Philadelphia, corporation, 9th District,
Heirs, Assigns and Minions; James Quick,     §
d/b/a Policy Enforcer, aka "Police Officer"
of the For Profit City of Philadelphia,     §
Corporation, 9th District, Heirs, Assigns
and Minions; Jewell Williams, d/b/a     §
Sheriff of The For Profit City Of Philadelphia,
Heirs, Assigns and Minions; Francine Beyer,     §
d/b/a Landlord, Heirs, Assigns and Minions;
Aaron Beyer, Heirs, Assigns and Minions;     §
Sirlin, Lesser & Benson, P.C.
 Jon Sirlin, d/b/a Managing Partner,     §
Heirs, Assigns and Minions; Peter A. Lesser
d/b/a Partner, Heirs, Assigns and Minions;     §
Jon D. Benson d/b/a Partner, Heirs, Assigns
and Minions; Susan J. Kupersmith d/b/a     §
Counsel, Heirs, Assigns and Minions;
Dana S. Plon, d/b/a Associate, Heirs, Assigns     §
and Minions; Dorothy A. Hamill,
d/b/a Associate, Heirs, Assigns and Minions;     §
Lisa M. Rutenberg, d/b/a/ Associate, Heirs,
Assigns and Minions; Kierston M. Lange,     §
d/b/a Associate, Heirs, Assigns and Minions;
Adam Natchmani, d/b/a Associate,     §
Heirs, Assigns and Minions; Patrick M. Troy,
d/b/a Associate, Heirs, Assigns and Minions;     §
429 N. 13th Development Corporation;
Heirs, Assigns and Minions;     §
Alex Generalis, d/b/a President/CEO,
Heirs, Assigns and Minions; Thomas Miles,     §
d/b/a Vice President and Treasurer,
Heirs, Assigns and Minions; Robert H. Wise,     §

d/b/a Robert H. Wise Management Company Inc.,
& President/CEO, Heirs, Assigns and Minions;  §
 Donna M. Wise, d/b/a Vice President, Heirs,
Assigns and Minions; Judith A. Owens,  §
d/b/a Secretary, Heirs, Assigns and Minions;
Robert M. Stango d/b/a Treasurer,  §
Heirs, Assigns and Minions; Todd R.Valleau,
 Christa Valleau, Heirs, Assigns and Minions;  §
 Lynn Shiflet Sony, Heirs, Assigns and Minions;
Robert Doe, Heirs, Assigns and Minions;  §
Jane Doe, Heirs, Assigns and Minions; John
Featherman, d/b/a agent of Daily News,  §
Heirs, Assigns and Minions; and Dana Defilippo,
d/b/a agent for Philadelphia Daily News, Heirs,  §
Assigns and Minions; Charles Hayden d/b/a
 "Judge" Heirs, Assigns and Minions,  §
Michael Days d/b/a Managing Editor of
Philadelphia Daily News, Heirs, Assigns and  §
Minions; Gar Joseph d/b/a News Editor, and
Michael Mercanti, d/b/a  §
Photo Editor of the Philadelphia Daily News,
Heirs Assigns, and Minions;  §
and Philadelphia Media Network, L.L.C., Heirs,
Assigns, and Minions; MARK BRENFLECK  §
d/b/a President of Superior Moving & Storage,
Incorporated.
Respondents.

---

## **AFFIDAVIT TO JOIN ADDITIONAL DEFENDANT/RESPONDENT MARK BRENFLECK D/B/A PRESIDENT OF SUPERIOR MOVING AND STORAGE INCORPORATED ARISING OUT OF SAME TRANSACTION AND OCCURANCE OF ORIGINAL CLAIMS FILED AGAINST ALLATIVE DEFENDANTS/RESPONDENTS**

**NOW COMES**, Demandants, The North West Amexem Embassy, Fez Province, "For the Upliftment of Fallen Humanity", Noble Delilah Passé El, Noble R.Lynn Hatshepsut Ma'atKare El, Noble Nanya Amir El, and Noble Heru Atum Ra El (hereinafter individually known as "Demandant and collectively known as "Demandants") and files this Federal Amended Claim against *allative* Respondents(s), and assert and aver the following:

1) Demandant, **Noble Delilah Passé El**, is a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North

Page **4** of 38

America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

2) Demandant, **Noble Delilah Passé El,** a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI of the Constitution for the United States of America (Republic).**

3) Demandant, **Noble Delilah Passé El,** a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 7128 Chew Avenue, North West Amexem Embassy, Fez Province, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

4) Demandant, **North West Amexem Embassy, Fez Province,** is a foreign Embassy, established for the Upliftment of Fallen Humanity, with its principal place of business located in Philadelphus, C/O 7128 Chew Avenue, Fez Province, [Philadelphia Territory], Pennsylvania Commonwealth, Zip Exempt [19], **Phone: 215.247.9413.**

5) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El,** a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by the unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the **Zodiac Constitution © AA222141,** with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

6) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El,** a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central

America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

7) Demandant, **Noble R.Lynn Hatshepsut Ma'atKare El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 429 N. 13th Street, Unit 2A, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [23].

8) Demandant, **Noble Nanya Amir El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

9) Demandant, **Noble Nanya Amir El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VIof the Constitution for the United States of America (Republic)**.

10) Demandant, **Noble Nanya Amir El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O

7128 Chew Avenue, Philadelphus [Philadelphia], Pennsylvania Commonwealth, Zip Exempt [19].

11) Demandant, **Noble Heru Atum Ra El**, a Natural, living, sentient being, *In Propria Persona Sui Juris* (not to be confused with, nor substituted by, *Pro Se* by unauthorized hand of another) is an Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate.

12) Demandant, **Noble Heru Atum Ra El**, a Moor/Mu'ur is a direct heir of the Estate of the United States through possessors of the present Moroccan Empire (Al Morocco/Mu Amexem/America 'The North Gate'); dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the adjoining Islands, including *allative* hereditaments of the entire American Estate - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D., superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the united States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bovines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in **Article VI** of the Constitution for the United States of America (Republic).

13) Demandant, **Noble Heru Atum Ra El**, a true and *de jure* heir and National of the Land Al Morocco/Mu Amexem/America, with legal capacity (not a ward or minority or citizen of the United States Corporation or any of its subsidiary States or Commonwealth) is domiciled at C/O 1101 Elsnore Place, Chester, Pennsylvania Commonwealth, Zip Exempt [13].

14) **Respondent, Tom Wolf, d/b/a Governor of the For Profit Commonwealth of Pennsylvania, conducts** business with its principal place of business (PPB) headquartered at Main Capital Building, Room 225, Harrisburg, Pennsylvania Commonwealth, (17120) *de facto*, in the Commonwealth of Pennsylvania.

15) **Respondent, Kathleen Kane, d/b/a Attorney General of the For Profit Commonwealth of Pennsylvania,** conducts business with its principal place of business (PPB) headquartered at Strawberry Square, 16th Floor, Harrisburg, Pennsylvania Commonwealth, (17102) *de facto*, in the Commonwealth of Pennsylvania.

16) **Respondent, Michael Nutter, d/b/a Mayor of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at

Philadelphus, Hikuptah, [Philadelphia], 1515 Arch Street, #15 Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

17) **Respondent, Seth Williams, d/b/a District Attorney of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], Three (3)South Penn Square, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

18) **Respondent, Charles Ramsey, d/b/a Commissioner of the For Profit City of Philadelphia, Corporation,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], One Franklin Square, 750 Race Street, Room 314Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19106) *de facto*, in the Commonwealth of Pennsylvania.

19) **Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

20) **Respondent, Brian Korn, d/b/a Captain of the Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

21) **Respondent, T. Sweeney, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 6th District,** conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia]. Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

22) **Respondents, *Allative* John Does, involved in the incident on May 18, 2015 d/b/a Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 6th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 235 N. 11th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

23) Respondent, Ray Convery, d/b/a Captain of the Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District, conducts business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21[st]Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

24) Respondents, *Allative* John Does, involved in the incident on May 18, 2015 d/b/a Policy Enforcer, Uniformed Employees [Police Officers] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

25) Respondent, Marty Best, d/b/a Lieutenant Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

26) Respondent, Thomas Tamulis, d/b/a Sergeant, Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

27) Respondent, Paula Robinson, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

28) Respondent, Tracy Lewis, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

29) Respondent, Steven Kiefer, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District, conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N.

21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

30) **Respondent, James Quick, d/b/a Policy Enforcer, Uniformed Employees [Police Officer] of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 401 N. 21st Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19130) *de facto*, in the Commonwealth of Pennsylvania.

31) **Respondent, Jewell Williams, d/b/a Sheriff of the For Profit City of Philadelphia, Corporation, 9th District,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

32) **Respondent, Frank Staub, d/b/a Deputy of the For Profit City of Philadelphia, Corporation,** conductingbusiness with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

33) **Respondent, Calvin Headmen, d/b/a Sergeant of the Sheriffs of the For Profit City of Philadelphia, Corporation, Criminal Justice Center and Sheriff's Office** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 100 South Broad Street, 5th Floor Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

34) **Respondent, David Shuter, d/b/a "Judge "of the For Profit City of Philadelphia, Corporation, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

35) **Respondent, Charles Hayden, d/b/a "Municipal Judge" of the For Profit City of Philadelphia, Corporation, Land Lord Tenant Tribunal,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], **1318 Criminal Justice Center,** 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

36) **Respondent, Richard Brandt, d/b/a Supervisor of Court Criers, of the For Profit City of Philadelphia, Criminal Justice Center Corporation,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert

Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

37) **Respondent, Rich Doe, d/b/a Court Crier on June 2, 2015 of the For Profit City of Philadelphia, Corporation, Criminal Justice Center,** conducting business with its principal place of business (PPB) headquartered at Philadelphus, Hikuptah, [Philadelphia], 1301 Filbert Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19107) *de facto*, in the Commonwealth of Pennsylvania.

38) **Respondent, Jon Sirlin, d/b/a Managing Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

39) **Respondent, Peter Lesser, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

40) **Respondent, Jon D. Benson, d/b/a Partner of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

41) **Respondent, Susan J. Kupersmith, d/b/a Counsel of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

42) **Respondent, Dana S. Plon, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

43) **Respondent, Dorothy A. Hamill, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

44) **Respondent, Lisa M. Rutenberg, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

45) **Respondent, Kierston M. Lange, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

46) **Respondent, Adam Natchmani, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

47) **Respondent, Patrick M. Troy, d/b/a Associate of Sirlin, Lesser, & Benson, P.C., and Attorney** conducting business in the For Profit City of Philadelphia, at 123 South Broad Street, Suite 2100, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19109) *de facto*, in the Commonwealth of Pennsylvania.

48) **Respondent, Francine Beyer, d/b/a Unlicensed Land Lord** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

49) **Respondent, Aaron Beyer, d/b/a unknown,** conducting business in the For Profit City of Philadelphia, domiciled at 632 Spruce Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19110) *de facto*, in the Commonwealth of Pennsylvania.

50) **Respondent, Mary Colvin, d/b/a Real-estate Brokers for Keller Williams,** conducting business in the For Profit City of Philadelphia, domiciled at 1818 Rittenhouse Square, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19103) *de facto*, in the Commonwealth of Pennsylvania.

51) **Respondent, Alex Generalis, d/b/a President/CEO of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street, Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

52) **Respondent, Thomas Miles, d/b/a Vice President and Treasurer of Four Twenty Nine N. Thirteenth Street Development Corporation,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 700 S. 10th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19147) *de facto*, in the Commonwealth of Pennsylvania.

53) **Respondents, Francine Beyer, Meredith Schecter, August Ankum, Deborah Gorth, Sonya Lynn Shiflet, Todd R. Valleau, Christa Valleau, Steve Kleinedler, Leah Strenger, Brian O'Keefe, Arne Joensson, Jen Blazna, Thomas R. Brummett, Dynise Balcavage, Stephen M.**

Rotman, Alexander L. Generalis, Lee, Pak Kin, Ann J. Duffield, Timothy Duffield, Jerrold Adler, Avram J. Steinhardt, Sigita Stravinskaite, Anthony C. Dimarco, Elzbieta Jablonska, Dallas R. Taylor, Vincent Dimaria, Kyle Gibbs, Stephanie Carlisle, Didler Vinamont, Brian Hertzog, Peter Lobl, Larry S. Gold, Victoria J. Gold, *allative* d/b/a **Four Twenty Nine N. Thirteenth Street Condominium Association,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 429 N. 13th Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the For Profit Commonwealth of Pennsylvania.

54) **Respondent, Robert H. Wise, d/b/a President/CEO Robert Wise H. Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the For Profit Commonwealth of Pennsylvania.

55) **Respondent, Donna M. Wise, d/b/a Vice President of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

56) **Respondent, Judith A. Owens, d/b/a Secretary of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

57) **Respondent, Robert M. Stango, d/b/a Treasurer of Robert H. Wise Management Company Inc.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at 1420 Locust Street Philadelphus, Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19102) *de facto*, in the Commonwealth of Pennsylvania.

58) **Respondent, Robert Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and 3BHikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

59) **Respondent, Jane Doe, d/b/a Unknown,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business and residence at 429 N. 13th Street, Unit 3A and 3B Hikuptah, [Philadelphia], Pennsylvania Commonwealth, (19123) *de facto*, in the Commonwealth of Pennsylvania.

60) **Respondent, John Featherman, d/b/a Unknown for the Philadelphia Daily News,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The

Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

61) **Respondent, Dana DiFilippo, d/b/a Daily News Staff Writer,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, SW Corner. 22nd and Arch Street, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, Incorporated in the For Profit State Delaware.

62) **Respondent, Michael Days d/b/a Managing Editor of the Philadelphia Daily News, a Tabloid News Paper, and subsidiary of Philadelphia Media Network, L.L.C.,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, P.O. Box 8263 Philadelphus [Philadelphia], Commonwealth of Pennsylvania, 19101, Incorporated in the For Profit State Delaware.

63) **Respondent, Michael Days, d/b/a Managing Editor of the Daily News,** conducting business in the For Profit City of Philadelphia, with its Principal Place of Business at The Philadelphia Daily News, 801 Market Street, Suite 300 Philadelphus [Philadelphia], Commonwealth of Pennsylvania, (19107).

64) **Respondent, Mark BrenFleck, d/b/a President of Superior Moving and Storage, Incorporated,** with its Principal and Registered Place of Business at C/O FOX ROTHSCHILD O'BRIEN & FRANKEL LLP, 2000 Market Street 10thFloor, Philadelphus [Philadelphia], Commonwealth of Pennsylvania, (19103-0).

## VENUE and JURISDICTION

Jurisdiction and Venue is appropriate in the Eastern District of Pennsylvania, Republic per:

Concurrent with the united States Court of International Trade and the Shaykamexem North West Aboriginal Consular Court Public Law 96-417 Oct 10, 1980 96th Congress Customs Act 1980 Section 102 (a) and Section 293(b) of Title 28 "need arise"

1) **Title 28 U.S.C. §1332, §1357, §1343, 1350 §1406, §1603, §1604**
2) **THE TREATY OF PEACE AND FRIENDSHIP OF1787- 1836 A.D.** between Morocco and the united States Corporation (u.S. Corporation)
   **Article 21**

   "If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

3) **Title 22  Chapter 2 Sections 141, 142 and 143**
4) **General International Law  and The Act of State Doctrine**

## BACKGROUND



In support of this Claim, Demandants Assert and Affirm for the record, on the record and let the record reflect that:

1. On May 18, 2105, a 911 call was placed at 9:40 p.m. regarding an unlawful lockout at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine Thirteenth Street, Philadelphus [Philadelphia Territory], zip exempt [23].

2. On May 18, 2015, during the 911 call, R.Lynn Hatshepsut Ma'atKare El informed the dispatcher John Doe that an illegal lockout had occurred.

3. On May 18, 2015, **R.Lynn Hatshepsut Ma'atKare El** was informed by the 911, John Doe, dispatcher "someone will call you back".

4. On May 18, 2015, at approximately 10:10 p.m., numerous, approximately seven (7) Policy Enforcer, Uniformed Employees arrived from the 6th District Policy Enforcement Department at R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429)North Thirteenth (13th) Street and unlawfully entered and trespassed upon Demandant, R.Lynn Hatsheptsut Ma'atKare El's private premises.

5. On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, without a warrant.

6. On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, armed with deadly guns and weapons.

7. On May 18, 2015, *allative* Policy Enforcer, Uniformed Employees entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, trespassing said premises.

8. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, entered Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, and demanded identification from *allative* Moors/Mu'urs.

9. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, was provided an **ALLODIAL TITLE PORT** evidencing **SUPERIOR LAWFUL OWNERSHIP AND POSSESSORY RIGHTS** to Four Hundred Twenty Nine (429) North Thirteenth Street, Unit 2A; Four Hundred Twenty Nine, Thirteenth Street Building; and Four Hundred Twenty Eight (428) North Thirteenth Street Building in their entirety.

10. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, after reading the front page of the **ALLODIAL TITLE PORT** announced to the *allative* Policy Enforcer, Uniformed Employees: "THEY ARE MOORS/MU'URS".

11. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, next turned to the MOORS/MU'URS and stated: "so you think you can do whatever you want?"

12. At some undetermined time, shortly after the statement, Respondent, Robert Doe, an Albion Tenant and Occupying Foreign European (non-American), appeared outside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A yelling and screaming from the hall stating "you were evicted".

13.     Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, turned to *allative* Moors (inside and outside Demandant, R.Lynn Hatshepsut Ma'atKareEl's Domicile), and commanded for Noble David Prosser El and Demandant, Heru Atum Ra El to "get inside" and for *allative* Demandants to "stay here" and "not move", while he exited Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, to have a discussion with Respondent Robert Doe, an Albion Tenant and Colonial Occupying Foreign (non-American).

14.     At *allative* times and while Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, was arresting and spewing threats, the MOOR/MU'UR National Flag was displayed for clear/unambiguous STATUS and JURISDICTION of the Demandants' and property.

15.     At *allative* times during the trespass and capture, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, Company, refused to acknowledge *allative* Moors'/Mu'urs' Nationality and Status.

16.     Demandants, upon realizing that they had been seized and were not free to leave or continue their business at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A, demanded that a CAPTAIN, A "WHITE SHIRT" be summoned upon the scene.

17.     At approximately 11:00 p.m. an unidentified, Respondent, John Doe wearing a "WHITE SHIRT" arrived, stormed inside Four Hundred Twenty Nine (429) North Thirteenth (13th) Street, Unit 2A without permission, without identifying himself, and yelled directly in Demandant, R.Lynn Hatshepsut Ma'atKare El's face, stating: "you were evicted and taken out personally this afternoon at 12:30p.m.".

18.     Demandant, R.Lynn Hatshepsut Ma'atKare El, shocked by such an approach and assault, immediately responded that she had been out of town, in the District of Columbia the entire Day, visiting the Federal Claims Court (FCC) and taking care of Business and that she had NOT been served personally by anyone or personally escorted from her domicile by anyone".

19.     At this time, it was apparent, that *allative* Respondents were acting in collusion with each other on various unlawful and fraudulent levels.

20.     Shortly, thereafter, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, returned and reentered the domicile of Demandant, R.Lynn Hatshepsut Ma'atKare El, (without permission) and announced: "you are under arrest" and asked: "do you need to get anything"?

21.     Respondent, unidentified, John Doe, wearing a "White Shirt" failed to enforce the **Zodiac Constitution, The Treaty of Peace and Friendship, The Constitution for the united States, International law** and control his agents, employees, underlings and instead encouraged them to trespass and violate Treaty, Constitution, and their own united States Corporate Statutes, and international laws protecting Indigenous Peoples.

22.     *Allative* Defendants, Moors/Mu'urs were captured, shackled and forced into human trafficking.

23.     *Allative* Defendants, Moors/Mu'urs, under threat, duress and coercion were forced under the jurisdiction of the For Profit City of Philadelphia, for Profit Pennsylvania Commonwealth, its employees, agents, contractors, independent contractors, assigns, *Papal Legates, et cetera*, herein referred to as Respondents.



24. At approximately 11:00 p.m. *allative* Moors/Mu'urs were captured by the 6th District Policy Enforcement Department aka "Police Department", for booty and prize, (on land pirating) and human trafficking on behalf of and for the *de facto* and *colorable* "government" for whom they are Agents, Employees, Assigns, Contractors, Independent Contractors, *Papal Legates*, Highway men, Mobsters, Gangsters *et cetera*.

25. *Allative* Moors/Mu'urs were captured, kidnapped, falsely arrested and placed under Threat, Duress and Coercion to accept Forced Servitude, accept Intentional Acts of Denationalization, and accept the intentional commands for them to become the slaves and property of the For Profit City of Philadelphia, by and through the intentional and direct acts of *allative* Respondents.

26. *Allative* Moors/Mu'urs were sold into bondage and forcefully transported from Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile at Four Hundred Twenty Nine (429) North Thirteenth (13th) Street.

27. At *allative* times, Demandant Moors/Mu'urs were forced into involuntary servitude.

28. At *allative* times, Demandant Moors/Mu'urs were sold into human trafficking.

29. At *allative* times, *allative* John Does, Policy Enforcer, Uniformed Employees from the 6[th]Precinct District Policy Enforcement Department, knowingly and intentionally refused to acknowledge Demandants' STATUS, and engaged and conspired in continuous and ongoing DENATIONALIZING tactics through use of highway men (pirating) tactics.

30. At *allative* times, the Muur's Status, Treaty Rights, Human Rights, and Constitutionally secured unalienable/inalienable rights were intentionally ignored and intentionally rejected.

31. At *allative* times, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a Policy Enforcer, Uniformed Employees from the sixth (6th) District Precinct Policy Enforcement Department, engaged in colorable Feudal law operations, acted under 'color of law', and applied *allative* means of the Inquisition act:

    a.   The Secret Treaty of Verona;
    b.   The Christian Black Codes of 1724;
    c.   The Buck Act;
    d.   The King Alfred Plan-Executive Order No. 11490; and
    e.   Executive Order No. 12803 of April 30, 1992; 57 FR 19063/May 4th 1992.

32. At *allative* times, Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, and *allative* Respondents, John Does, d/b/a Policy Enforcer, Uniformed Employees from the sixth (6th) District Precinct Policy Enforcement Department, engaged and conspired in colorable Feudal law operations, acted under 'color of law', and ignored the abolishment of the DOCTRINE OF DISCOVERY 'GENOCIDE' PRACTICES.

33. On December 2, 2014, Pope Francis abolished the Christian, Doctrine of Discovery 'Genocide' Practices, and issued a *Motu Proprio* COMMANDING that all Foreign Occupying Colonial Europeans, *Papal Legates*, including *allative* agents, *et cetera*, Cease the Inquisition 'Genocidal' Acts carried out through the Doctrine of Discovery.

34. At *allative* times, *allative* John Does, Policy Enforcer, Uniformed Employees from the 6[th]District Precinct Policy Enforcement Department, engaged in 'colorable' Feudal law

operations, acted under 'color of law' in violation of International Treaties and established Constitutions for the protection of "We The People", and *allative* 'colorable' laws established by their very own 'colorable' *de facto* united States Corporation Government.

35. At approximately 11:20 p.m., the captured Moors/Mu'urs were transported to the 9th District Precinct Policy Enforcement "Police" Department.

36. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators in furtherance of the kidnapping of *allative* Demandants.

37. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators intentionally continued the ongoing trespass to Demandants' person, private property and right to life, liberty and the pursuit of happiness.

38. At *allative* times, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the City of Philadelphia Policy Enforcement "Police" Department, on shift from 11:20 p.m. to approximately 4:00 a.m., at the 9th District, Precinct Policy Enforcement Department, functioned as accomplices and co-conspirators and intentionally participated and continued the ongoing denationalization tactics and unlawful pattern and practice of violating constitutionally secured rights, initiated by *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees from the 6th District, Precinct Policy Enforcement Department.

39. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transferred/transported and under threat, duress, and coercion were forced to participate in human trafficking as the property (booty and prize) of *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees of the For Profit City of Philadelphia, "Police" Department.

40. On May 19, 2015, at approximately 4:00 a.m., R.Lynn Hatshepsut Ma'atKare El, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

41. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant R.Lynn Hatshepsut Ma'atKare El.

42. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and proceeded to take her hands and run her hands up Demandant's skirt until she reached Demandant's vagina.

43. On May 19, 2015, Demandant, R.Lynn Hatshepsut Ma'atKare El was wearing a skirt and loose fitting blouse, and a Female Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, commanded Demandant to "remove your shoes", "spread your hands on the wall" and "spread your legs" and proceeded take her hands and fingers and run

her hands up Demandant's blouse, entering Demandant's bra and running her fingers inside Demandant's bra touching Demandant's bare breast with her hands.

44. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El while captured and being processed for human trafficking was assaulted, battered, molested, and indecently fondled and mistreated by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

45. On May 19, 2015, while Demandant R.Lynn Hatshepsut Ma'atKare El was being assaulted, battered, molested, and indecently fondled mistreated and undergoing cruel, unusual, and humiliating treatment by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed and aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

46. On May 19, 2015, Demandant R.Lynn Hatshepsut Ma'atKare El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

47. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage and conspire in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, "Rebecca Lyn Harmon".

48. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees intentionally engaged and conspired in the perversion of truth (Fraud) by intentionally misidentifying and intentionally misclassifying R.Lynn Hatshepsut Ma'atKare El as "Rebecca Lyn Harmon" in a vicious and unlawful effort to force Demandant to surrender her rights as a Moor/Mu'ur National.

49. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage in denationalizing tactics, refusing to accept Demandant's nationalized appellation and in its place intentionally and with malice indifference for the truth or veracity of such, branded Demandant, a Moabitess Moor National as "Black Female".

50. On May 19, 2015, protesting, Demandant informed John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees that she was not "Rebecca Lyn Harmon" and was specifically, knowingly and intentionally informed by John Doe(s), d/b/a Policy Enforcer, Uniformed Employees(s) for the For Profit City of Philadelphia, 6th District Precinct, at the "Round House", "that is the name they have on here, so that is the name you must respond to", "we can't change it".

51. On May 19, 2015, *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees continued to engage and conspire in denationalizing and discriminatory tactics, refusing to accept Demandant's nationalized appellation and refusing to provide Demandant with her constitutionally secured unalienable/inalienable right to her phone call.

52. On May 19, 2015, while *allative* John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees escorted Demandant to a pay phone, when Demandant requested change to make a