phone call, *allative* John Does informed Demandant, "we do not have any change and we do not give out any change".

53. On May 19, 2015, while being held captive, falsely imprisoned, Demandant sat and waited in an approximately 4 foot by 5 foot cage and observed and heard numerous people enter the "cell block" and make phone calls using change provided by John Does and Jane Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct at the "Round House".

54. Demandant, R.Lynn Hatshepsut Ma'atKare El, since July 13, 1976 has never been Rebecca Lyn Harmon intentionally and unintentionally.

55. On May 19, 2015, Demandant, Delilah Passé El, and Heru Atum Ra El were transported and transferred to the 6th District, Precinct Department known as the "Round House", under threat, duress, and coercion.

56. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, conspired to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El.

57. On May 19, 2015, while Demandant Delilah Passé El, was being assaulted, battered, molested, and indecently fondled, mistreated, and undergoing cruel and unusual treatment by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House" in the vicinity observed, aided and abetted and co-conspired to the unlawful, unwarranted, unpermitted, and perverted touching of Demandant.

58. On May 19, 2015, Demandant Delilah Passé El, was forced to pull her jeans down revealing her underclothing in front of *allative* John Does (at least seven (7), d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House"

59. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, proceeded to Assault, Batter, engage and conspire in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El. The exposure was bereft of any common decency in front of *allative* present males.

60. On May 19, 2015, time unknown, upon arrival at the 6th District Precinct Department, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, preceded to Assault, Batter, engage in unwanted and unpermitted touching, and fondling of Demandant, Delilah Passé El and when she requested for some common courtesy she was informed by a Jane Doe d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, " you would not be in this position if you had not done the things that you did".

61. On May 19, 2015, Demandant Delilah Passé El, suffered extreme humiliation, embarrassment and mental distress as the direct and proximate result of the unpermitted and unwanted touching, assault, battery, molestation, fondling, mistreatment and physical abuse forced on her by Jane Doe, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, at the 6th District "Round House".

62. From May 18, 2015, 10:00 p.m. until May 19, 2015 4:00 p.m. Nanya Amir El remained with his kidnappers, *allative* John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 9th District Precinct Policy "Police" Department, under threat, duress, and coercion.

63. At *allative* times, John Does, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, from the 6[th]District Precinct Policy Enforcement "Police" Department, from **10:00 p.m. May 18, 2015** until **4:00 p.m. May 19, 2015**, engaged and conspired in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

64. At *allative* times *allative* John Does, Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, from the 9[th]District Precinct Policy Enforcement "Police" Department, from **11:20 p.m. May 18, 2015**, until **4:00 p.m. May 19, 2015**, , engaged in colorable Feudal law operations, intentionally acted under "color of law" and violated international Treaties, violated numerous Constitutionally secured unalienable/inalienable rights, violated numerous *de facto* and colorable laws used by their very own 'colorable' *de facto* united States (u.S.) Corporation Government.

65. *Allaltive* confiscation of intellectual property of Demandants' fingerprints, handprints, and pictures are intentional violations of Treaties, Constitutions, in direct violation of the Fifth Amendment of the u.S. Constitution (see "Just Compensation Clause") and the *de facto* u.S "government" Corporation's very own 'colorable laws'.

66. At *allative* times, Demandants were under threat, duress and coercion.

67. At *allative* times, Demandants were assaulted; touched, pushed, shoved, threatened *et cetera*.

68. At *allative*times, Demandants were denied due process and continue to be denied procedural and substantive due process.

69. At *allative* times, Demandants were conspired against.

70. At *allative* times, Demandants were denied the protections afforded them by Treaties, Constitution and International Law.

71. At *allative* times, Demandants were deprived of their Rights as Indigenous Peoples and Heirs to the Estate upon which the *de facto* "government" united States Corporation, operates and engages and conducts commerce.

72. *Allative* Demandants' intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were trespassed upon, misappropriated, and stolen.

73. *Allative* Demandants' intellectual private property rights in their fingerprints, handprints, pictures *et cetera* were taken without just compensation in direct violation of the Fifth Amendment of the u.S. Constitution (see "Just Compensation Clause").

74. At *allative* times, Defendants engaged and conspired in intentional tortious acts, including but not limited to: Kidnapping, Assault, Battery, Trespass, Conversion, Fraud, Collusion, Pirating, Human Trafficking, War Crimes, Treason, Arbitrariness and Vile Capricious acts.



75. Demandants' constitutionally secured inalienable/unalienable rights as indigenous peoples of the United States of America Estate in its entirety were violated as they were constantly and persistently told by *allative* Respondent, John Does d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, "**your nationality is not recognized here**."

76. At *allative* times, Demandants' were forced to defend their nationality while undergoing intentional, blatant and egregious disrespect, ridicule, and humiliation that was continuous and ongoing by *allative* Respondents and co-conspirators.

77. On May 19, 2015, at approximately 6:00 p.m. The North West Amexem Embassy Fez Province was contacted and consultation with the Consular Officer, and other officials of Al Morocco/Mu Amexem/Fez Province Government "For the Upliftment of Fallen Humanity" was made.

78. Demandants were advised to immediately contact the International Criminal Courts, INTERPOL, and the United Nations to inform them of the situation and the blatant criminal acts of war committed.

79. Upon contacting the International Criminal Court, Demandants were advised to provide NOTICE and allow an opportunity for the infractions, violations, and inhumane acts to be righted and addressed.

80. Since May 19, 2015 Demandants have communicated with the violators to no avail., by submitting Writs of Discovery and Disclosure.

81. Since May 19, 2015, Respondents have refused to respond or answer any and *allative* Writs of Discovery and Disclosure and are therefore in **DEFAULT**.

82. Since May 19, 2015, *allative* Respondent violators have refused and continue to refuse, continue to acknowledge, and continue to deny *allative* Demandants' secured Constitutional rights, secured Constitutional property rights, and secured rights as Moor Nationals-Indigenes to the Al Morocco/Mu Amexem/America ESTATE.

83. *Allative* Demandants, suffered and continue to suffer extreme deprivation and violation of Human rights, Indigenous rights, and Constitutional rights.

84. *Allative* Demandants have and continue to suffer pain, anguish, and damages as a direct and proximate cause of *allative* Respondents in their personal/individual and professional/agent capacities.

## COUNT I

### Breach and Violation Of Article I Section 10, Article III Section 2, Article III Section 3, Article IV Section 3, Article IV Section 4, Article V, and Article VI Of The Constitution for The United States Of America-Republic *En Allative* Respondents

85. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 78 as if more fully set-forth herein.

86. *Allative* Demandants are Moor/Mu'ur Nationals, the aboriginal and indigenous peoples to Al Morocco/ Mu Amexem/ America 'The North Gate'.



87. On May 18, 2015 a dispute arose regarding an Estate located at 429 N. 13th Street, Philadelphus, Pennsylvania Commonwealth.

88. *Allative* Demandants identified themselves to John Does d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct who arrived on the scene and premises.

89. Respondent Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, entered the private property and domicile of Demandant R.Lynn Hatshepsut Ma'atKare El without permission.

90. Upon entering the premises, Respondent, Michael Haas was provided with an *Allodial* Title Port evidencing *Allodial* Title the said Estate.

91. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, accepted the *Allodial* Title Port in his hand, read the heading and several paragraphs and turned to the other five (5) or six (6) Policy Enforcer, Uniformed Employees in the Hall, and announced "They are Moors/Mu'urs".

92. Further, Demandant, R.Lynn Hatshepsut Ma'atKare El exhibited the Al Morocco/Mu Amexem/America Flag to Respondent, Michael Haas d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct.

93. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, placed the *Allodial* Title Port on the counter and stated: "so you Moors/Mu'urs" think you can do whatever you want?"

94. *Allative* Moors/Mu'urs were ordered to be arrested by Respondent, Michael Haas d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, and a John Doe 'Captain' in a White Shirt.

95. At *allative* times, *allative* Policy Enforcer, Uniformed Employees, Respondents was aware of the Status and Nationality of Demandant Moors/Mu'urs.

96. At *allative* times, *allative* Policy Enforcer, Uniformed Employees, Respondents, had a duty to uphold and defend the Constitution for the United States Republic.

97. At *allative* times *allative* Policy Enforcer, Uniformed Employees, Respondents, Failed to enforce and uphold the Constitution for the United States Republic, being The Supreme Law of the Land.

98. At *allative* times *allative* Policy Enforcer, Uniformed Employees, Respondents, colluded to enforce the Democracy Order of 1933, which is a direct violation of the Organic Constitution for the Republic.

99. Further, such Democracy Order of 1933 is unconstitutional, and consists of artificial entity constructs founded and incorporated to support corruption, bureaucratized forced servitude, unjust wars, Peonage, License, Mobocracy, and Anarchy within the ranks of government.



100. On May 18, 2015, *allative* Respondents d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct intentionally refused to recognize the National Status, National Flag, Birth Right and *Allodial* Title to the Estate. (for Allodial Title see also Resolution 1202 Honoring the Moorish American Society of Philadelphia and Resolution 75 Act of Congress within Journal's of the House of Pennsylvania Commonwealth Printer's Number 1034, ADOPTED ON April 17,1933.)

101. On May 18, 2015, *allative* Respondents d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct conspired, kidnapped and captured Moor/Mu'ur Nationals, knowingly and intentionally failing to acknowledge and recognize their lack of jurisdiction.

102. At *allative* times, *allative* Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct intentionally violated *allative* Demandant Moor/Mu'ur Nationals' Constitutional inalienable/unalienable rights.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondent policy enforcers for engaging in acts of conspiracy and knowingly and intentionally violating Demandants' Constitutional inalienable/unalienable rights, and for committing Treason under Article VI whereby treaties entered into before during and after (this) Constitution shall be "the Supreme Law of the Land", andwhereby failing to present their delegation of authority and failing to present their bonds, they have committed egregious and malicious errors in actions and judgments in violation of Respondents' Oath(s) and/or Affirmation(s) under Art VI to protect "against all enemies foreign and domestic".

<div align="center">

**COUNT II**

**Breach and Violation of the Constitution for the United States Republic**
**Bill of Rights (Amendments I, II, IV, V, VI, VII, and VIII)**
***en* Kathleen Kane, Michael Nutter, Seth Williams, Jewell Williams, John Doe d/b/a**
**Prosecutor, David Shuter, Michael Haas, *Allative* John Does d/b/a Policy Enforcer,**
**Uniformed Employees from the 6th and 9th District Precinct, John Doe d/b/a Charge**
**Magistrate, *et cetera***

</div>

103. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 97 as if more fully set-forth herein.

104. Allative Demandants were falsely imprisoned, arrested, captured and kidnapped, without a warrant.

105. Allative Demandants were falsely imprisoned, arrested, captured and kidnapped, without being read their rights (No Miranda Warnings).

106. Allative Demandants' persons were seized, falsely imprisoned, arrested and placed in bondage, without probable cause.

107. Demandant, R.Lynn Hatshepsut Ma'atKare El's domicile was unlawfully invaded.

[illegible] On May 18, 2015, alleged Respondents d/b/a Policy Enforcers Employed [illegible] Towne in the City of Philadelphia, 6th District Precinct intentionally refused to recognize [illegible] Moorish Nation's National Free Birth Right and [illegible] Divine Right as the [illegible] Moorish [illegible] Resolution 1260 honoring the Moorish [illegible] Treaty [illegible] Resolution 75 Act of Congress within Journals of the House of Representatives [illegible] Number H-5-L ADOPTED ON April [illegible]

[illegible] On May 18, 2015, alleged Respondents d/b/a Policy Enforcers Employed [illegible] in the City of Philadelphia, 6th District Precinct [illegible] Moorish Nationals, Sovereignty and [illegible] their lack of jurisdiction.

[illegible] Numerous times, alleged Respondents d/b/a Policy Enforcers [illegible] in the City of Philadelphia, 6th District Precinct [illegible] Moorish Nationals' Constitutional rights [illegible]

WHEREFORE, Plaintiff now Demand that [illegible] policies which [illegible] operating in acts of [illegible] and [illegible] Moorish Nationals' Constitutional [illegible] intended [illegible] during and after [illegible] knowingly failing to prevent [illegible] Rights [illegible] Amendment [illegible] damages.

COUNT II
Breach and Violation of the Constitution [illegible]
Bill of Rights Amendments I, II, IV, V, VI, VIII, and XIII
vs Kathleen Kane, Michael Nutter, Seth Williams, Lowell Williams, [illegible]
Prosecutor, David Shutter, Michael Hara, [illegible]
Uniformed Employees from the 6th and 7th District Precinct, [illegible]
Magistrate [illegible]

[illegible] Plaintiff [illegible] as if more fully set forth herein.

[illegible] Defendants were [illegible] imprisoned [illegible] warrant.

[illegible] Defendants [illegible] imprisoned [illegible] their [illegible] Miranda Warnings.

[illegible] Defendants [illegible] were seized [illegible] without [illegible]

[illegible] Kysha Thompson, Moorish [illegible]

108. Demandant, R.Lynn Hatshepsut Ma'atKare El's person was assaulted and battered by Respondent Michael Haas.

109. Demandant, R.Lynn Hatshepsut Ma'atKare El's cell phone was unlawfully confiscated by Respondent Michael Haas and intentionally and maliciously smashed destroying the phone.

110. Demandant, R.Lynn Hatshepsut Ma'atKare El was unlawfully searched without a warrant.

111. Demandant, Nanya Amir El's confidential government documents and National Artifacts held within his personal and private possession were fully trespassed upon and compromised.

112. Demandant, Nanya Amir El was unlawfully interrogated.

113. Demandant, Nanya Amir El's person was unlawfully seized and searched.

114. Demandant, Delilah Passé El person was unlawfully searched, and seized.

115. Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, failed to read Demandant, Delilah Passé El her Miranda Rights.

116. Demandant, Delilah Passé El's person was unlawfully interrogated without lawful consult.

117. Demandant, Heru Atum Ra El, was unlawfully interrogated and his arms were forcefully confiscated and remain in the possession of Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia.

118. Demandant, Heru Atum Ra El, was threatened that he would "not get it back…hahaha" by Respondents, d/b/a Policy Enforcer, Uniformed Employees for the For Profit City of Philadelphia, 6th District Precinct, Policy Enforcement "Police" Department.

119. At *allative* times, Demandants were denied Due Process.

120. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to acknowledge Status and establish Jurisdiction.

121. On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, David Shuter refused to enforce the court's *de facto* procedures and require the prosecutor to identify himself for the record.

122. In fact, during the alleged "court proceedings" Respondent David Shuter, informed Demandants that the "court proceedings were over" when Demandant Nanya Amir El inquired, for the record the name of the prosecutor.

123. At *allative* times, Respondent David Shuter, failed to perform his duty as "judge" and partially sided with the alleged prosecutor and displayed complete impropriety from the bench "bank".

124.    On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office refused to identify himself for the record and for Demandants.

125.    On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Robert Doe (the Witness).

126.    On June 2, 2015, during the unlawfully scheduled preliminary hearing, Respondent, John Doe, d/b/a the prosecutor for the For Profit City of Philadelphia, District Attorney's Office, David Shuter, d/b/a magistrate judge for the For Profit City of Philadelphia, failed to present Competent Witnesses with **First- hand knowledge**.

127.    At *allative* times, Demandants objected to the apparent miscarriage of justice allative Respondents present colluded, conspired and willingly and intentionally engaged.

128.    At *allative* times, Demandants organic Constitutional unalienable/inalienable rights were violated by *allative* Respondents.

129.    At *allative* times, *allative* Respondents conspired to engage and corrosively erode, violate and reduce Demandants' secured unalienable/inalienable rights.

   **WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for intentionally violating Demandants' Constitutionally secured inalienable/unalienable rights, failing to uphold their constitutional oaths and affirmations to serve and defend the Republic, failing to present their delegation of authority and failing to present their bonds.

## COUNT III

**Breach and Violation of the Zodiac Constitution ©AA 222141 Library of Congress, International Treaty of Peace and Friendship of 1836 A.D., Treaty of Tripoli, United Nations Rights of Indigenous Peoples Article 8- 2(a), 22, 26, and 28, United Nations Declaration of Human Rights, Article I, II, III, XV, XVII, XXV**
***En*Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
***allative* John Does d/b/a Policy Enforcer, Uniformed Employees from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer, *et allative* Respondents, *et cetera***

130.    Demandants hereby incorporate by reference *allative* averments in paragraphs 1through 129 as if more fully and specifically set-forth herein.

131.    At *allative* times, *allative* Demandants' secured international lawful rights were ignored, unacknowledged, and forcefully and intentionally and deliberately and corrosively violated.



132.     At *allative* times, ignorance of the law was no excuse, however, at *allative* times, *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government were aware and had actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals.

133.     At *allative* times, despite *allative* Respondents, especially those acting and d/b/a, and on behalf of the *de facto* government having actual and/or constructive knowledge of the laws governing, protecting and securing Demandant Moor/Mu'ur Nationals, Respondents intentionally collusively engaged and conspired in acts of dispossession Demandants of their rights. .

134.     On various occasions Demandants provided Notice of said violations to *allative* Respondents by personally serving and mailing *Writ of Quo Warrantos*.

135.     On various occasions Respondent, Susan Kupersmith d/b/a Counsel of Sirlin, Lesser, & Benson, P.C., and Attorney for Francine Beyer and Aaron Beyer was provided with notice and intentionally chose to ignore the notice and continue forwarding terroristic threats to R.Lynn Hatshepsut Ma'atKare El regarding dispossessing her of her *Allodial* Title Estate.

136.     Further, each time Respondents were notified and warned of the war crimes committed, intentional international violations, and impending and inevitable law suits, Respondents' arrogance and idiotic and dismissive and rogue behavior proximately caused them to fail to acknowledge and respond to the *de jure Writ of Quo Warranto*.

137.     Further, collusively, Respondents in acts to further intentionally violate international law, contacted and involved Respondent reporters from The Philadelphia Daily News.

**WHEREFORE**, Demandants, Demand that judgment be entered against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties-the Supreme Law of the Land and failing to present their delegation of authority and present their bonds.

<div align="center">

**COUNT IV**
**CONSPIRATORS, PRINCIPALS, ACCESSORIES, ACCOMPLICES, AIDERS AND ABETTORS**
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcer, Uniformed Employees from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer, *et allative* Respondents, *et cetera***

</div>

138.     Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 137 as if more fully and specifically set-forth herein.

139.     At *allative* times, *allative* Albion Respondents possessed actual and /or constructive knowledge that they were Foreign Colonial occupying 'Non-Americans'.



140.     At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'ur Nationals.

141.     At *allative* times, *allative* Respondents possessed actual and /or constructive knowledge that Demandants were Moor/Mu'urs, aboriginal and indigenous to the Al Morocco/Mu Amexem/America 'The North Gate' Estate.

142.     At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in violating *allative* secured rights of Demandants.

143.     At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in denationalizing *allative* Demandants.

144.     At *allative* times, *allative* Respondents intentionally helped, assisted, aided, and abetted *allative* Principals in dispossessing *allative* Demandants of their lawful *Allodial* Title Estate.

145.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing fraud upon *allative* Demandants.

146.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and abolishing of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing human trafficking upon *allative* Demandants.

147.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, in furtherance of helping, assisting, aiding, and abetting *allative* Principals in branding and committing slander against *allative* Demandants.

148.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis distributed to the *Motu Proprio* and the abolishment of the Doctrine of Discovery, to further help, assist, aid, and abet *allative* Principals in refusing to enforce the Zodiac Constitution.

149.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme Mobacracy towards *allative* Demandants.

150.     At *allative* times, *allative* Respondents intentionally ignored the Commands of Pope Francis and the abolishment of the Doctrine of Discovery, and became rogue agents, pirates, highway men, and bandits, and knowingly and intentionally acted with extreme



Mobacracy in contradistinction to the Established Law of the Land using 'Ens Legis' sonstructs against *allative* Demandants.

**WHEREFORE**, Demandants, Demand that judgment be entered and ORDERED against *allative* Respondents for conspiring, aiding, abetting, and assisting in *allative* forms (before, during, after and constructively) and corrosively violating Demandants' secured international and constitutional inalienable/unalienable rights and failing to present their delegation of authority and present their bonds in an effort to continue their Racketeering, Profiteering, and Human Trafficking under veiled judicial endeavors.

## COUNT V
**VIOLATIONS OF POSITIVE LAW JURISPRUDENCE- TITLE 5 U.S.C.; TITLE 3 U.S.C. § 301; TITLE 8 U.S.C. § 1503; §1481; TITLE 9 U.S.C. §1, §4, §13, and §201; TITLE 15 §1312; TITLE 18 U.S.C. §241, §242, §249; §302, §876, §912; §1001, §1201§1203; §1341, §1510; §1512; §1621; §1581, §1584; §2332(a)2; §3161; TITLE 22 U.S.C. TITLE 28 U.S.C. 1332; 1335; §1357; §1407; §1604; §1343; TITLE 31 U.S.C. §5118 and Racketeer Influenced and Corrupt Organizations Act (RICO)**
*en* **Tom Wolf, Kathleen Kane, Michael Nutter, Seth Williams, Jewel Williams,**
**John Doe d/b/a Prosecutor, David Shuter, Michael Haas,**
*allative* **John Does d/b/a Policy Enforcer, Uniformed Employees from the**
**6th and 9th District Precinct, John Doe d/b/a Charge Magistrate,**
**Robert Doe, Francine Beyer, Aaron Beyer, Susan Kupersmith** *et allative* **Respondents,** *et cetera*

151. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 150 as if more fully and specifically set-forth herein.

152. At *allative* times allative Respondents engaged and conspired in intentional acts, knowingly and with complete disregard for the rights of *allative* Demandants.
As of June 26, 2015, *allative* Respondents continue to engage in: Terroristic Acts/Threats; Misprision; Theft; Extortion; Denationalization; Seizing and Seizure of Private Personal Property; Unlawful Seizure and Arrests; Occupying Private Personal Real Property; Fraudulent Misrepresentation; Abuse of Position/Power; Phone and Mail Fraud; Harassment; Obstructing the Duties And Responsibilities Of The Natural People Of The Land (Moors/Mu'urs), Including Citizens Of The United States Of America-Naturalized and/or Juristic/Statutory (*Allative* Europeans In Treaty-Naturalized); Human Rights Abridgments; Human Rights Trespasses; Genocidal Acts; Human Trafficking; Fraud; Racketeering; and Unlimited and Pervasive and Systemic Governmental Oppressive, Abusive and Unlawful Practices throughout the Complete "Judicial System" in the For Profit City of Philadelphia, Pennsylvania Commonwealth.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally engaging and conspiring to destroy and continue enslaving indigenous peoples through their lies, deceit, and egomaniacal and rogue acts against humanity under a veiled 'government'.

## COUNT VI
## DEFAMATION (SLANDER, LIBEL)
### LIBEL *PER SE*, SLANDER *PER SE*
### -and-
## INVASION OF PRIVACY

153. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 152 as if more fully and specifically set-forth herein.

154. Respondents, John Featherman and Dana Defilippo intentionally and recklessly contrived and provided information for the specific and intentional purpose of Broad Scale Denationalization of Demandants.

155. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information for the specific and intentional purpose of defaming, humiliating, and destroying Demandant R.,Lynn Hatshepsut Ma'atKare El's reputation.

156. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information to the media for the specific and intentional purpose of placing R.,Lynn Hatshepsut Ma'atKare El in a false light.

157. Respondent Francine Beyer, intentionally, maliciously, and deliberately provided information and pictures to the media for the specific and intentional purpose of defaming Demandants.

158. Respondents, John Featherman and Dana Defilippo intentionally, recklessly and maliciously crafted information for the specific and intentional purpose of Broad Scale Denationalization of Demandants.

159. Respondents, John Featherman and Dana Defilippo intentionally, recklessly and maliciously printed, and published false information for Broad Scale Denationalization and Broad Scale Defamation of character by painting Demandants in a negative public light with knowledge of falsity and with the utter reckless disregard of the truth or falsity of such.

160. Subsequent the intentional false printing and publishing accounts labeling Demandants nationality as a "religion" Demandants submitted a corrective editorial to Respondent Defilippo. (*see attached*)

161. Subsequent the intentional false printing and publishing accounts labeling Demandants nationality as a "religion" Demandants submitted historical facts and documents supporting Demandants' rebuttal and demanded editorial corrections by Respondent Defilippo.

162. Demandants provided Respondent Defillipo with 72 hours to correct her defamatory and inflamed words.

163. Respondent Defillipo, intentionally failed to correct her written false defamatory and inflamed words within 72 hours.

164. Collectively and collusively *allative* Respondents conspired to Denationalize, Defame and force Demandants to adhere to Respondents' policies and procedures, which do not govern Moor/Muur Nationals.



165. At *allative* times, Respondents intentionally and proximately caused irreparable, harmful damages from the AntiSemetic News Article Published 6-2-2015.

166. At *allative* times, Respondents maliciously and recklessly published false information concerning Demandants and failed to remedy the false assertions published.

167. At *allative* times, Respondents intentionally printed unprivileged and non-newsworthy conjectured and opinionated subjective lies causing insurmountable injuries and sustaining irreparable damages for which no amount can ever remedy.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally engaging in Defamatory behavior to destroy and continue enslaving indigenous peoples through their lies, deceit, and egomaniacal and rogue acts against humanity under a veiled 'government'.

## COUNT VII
## INTENTIONAL BREACH OF FIDUCIARY TRUST

168. Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 167 as if more fully and specifically set-forth herein.

169. At *allative* times Respondents have breached *allative* duties of care.

170. At *allative* times Respondents have breached *allative* duties of loyalty.

171. At *allative* times Respondents have breached *allative* duties of good faith and fair dealing as the Administrators of the United States Trust on behalf of *allative* Indigenous beneficiaries.

172. DEMANDANTS asserts claims against said Respondents as well as City Insurance Company(s), and Risk Management for the deliberate breach of fiduciary trust against *allative* Demandants.

173. In 1871 the Coup subverted the Republic and created Democracy.

174. In 1871 the 'Ens Legis' was established.

175. In 1871the united States Corporation was established.

176. In 1868 the 14th Amendment Corpse was established and is therefore a fraud and unenforceable.

177. Under the Alien Property Custodian Act the Pennsylvania Attorney General is the property custodian of *allative* indigenous Nationals' property.

178. *Allative* indigenous Moors/Mu'urs are beneficiaries of the Estate.



179. *Allative* Respondents confiscated Demandants for booty and prize, and captured and forced them under their care, custody control.

180. *Allative* Respondents treated *allative* Defendants as Chattel (human property and personal property).

181. At *allative* times, the For Profit City of Philadelphia under 'color of law', 'color of office', 'color of customs' along with their co-conspirator Respondents, falsely took and maintained complete and total control of the physical body of *allative* incorporeal hereditaments.

182. At *allative* times, the For Profit City of Philadelphia under 'color of law', 'color of office', 'color of customs', without warrant, without cause without immunities in violation of title 28 §§1350,1351 City of Philadelphia.

183. Respondents were informed and notified of Demandants' Status.

184. On May 26, 2015 Respondents were officially notified of Demandants' Status and personally served with an Affidavit of Facts and Writ of Discovery.

185. Further, on June 1st 2015, Respondents were NOTIFIED that a Writ of Habeas was filed with the Administrative Office of the united States.

186. Further, on June 19, 2015 an Affidavit of Facts to Support Removal to Consular Court was faxed to the Administrative Office of the united States.

187. At *allative* times, Respondents have collectively been in breach of their duties as Colonial Occupying Foreign "non-Americans" d/b/a in Al Morocco/Mu Amexem/ America 'The North Gate'.

188. At *allative* times Respondents failed to use due and reasonable care required under the totality of the circumstances, which resulted in substantial damages to Demandants.

**WHEREFORE**, Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for intentionally violating Demandants' International rights, failing to honor and perform their duties as Administrators of the Estate in good faith, failing to enforce, follow, honor and uphold International Treaties, International Law and the Constitution for the United States Republic and failing to present their delegation of authority and present their bonds to Demandants.



## COUNT VIII
## VIOLATION OF CULTURAL PROPERTY RIGHTS
## AND THEFT AND CONVERSION OF CULTURAL RELICS, ARTIFACTS AND PRIVATE
## PROPERTY FROM INDIGENOUS ESTATE

189.     Demandants hereby incorporate by reference *allative* averments in paragraphs 1 through 188 as if more fully and specifically set-forth herein.

190.     On or about June 30, 2015 Respondent Francine Beyer, Aaron Beyer, Susan Kupersmith, Jon Sirlin, Peter Lesser, Jon D. Benson, Dana S. Plon, Dorothy A. Hamill, Lisa M. Rutenberg, Kierston M. Lange, Adam Natchmani, Patrick M. Troy and Mark Brenfleck trespassed upon R.Lynn Hatshepsut Ma'atKare's domicile and unlawfully removed *allative* original relics and artifacts from the Indigenous Estate.

191.     On or about June 30, 2015 Respondent Francine Beyer, Aaron Beyer, Susan Kupersmith, Jon Sirlin, Peter Lesser, Jon D. Benson, Dana S. Plon, Dorothy A. Hamill, Lisa M. Rutenberg, Kierston M. Lange, Adam Natchmani, Patrick M. Troy and Mark Brenfleck trespassed upon R.Lynn Hatshepsut Ma'atKare El's domicile and unlawfully removed *allative* original and personal documents and property from the Indigenous Estate.

192.     On or about June 30, 2015, Respondent Francine Beyer, Aaron Beyer, Susan Kupersmith, Jon Sirlin, Peter Lesser, Jon D. Benson, Dana S. Plon, Dorothy A. Hamill, Lisa M. Rutenberg, Kierston M. Lange, Adam Natchmani, Patrick M. Troy and Mark Brenfleck trespassed upon R.Lynn Hatshepsut Ma'atKare El's domicile and unlawfully removed *allative* attorney client documents and property from the Indigenous Estate.

193.     On or about June 30, 2015, Respondent Francine Beyer, Aaron Beyer, Susan Kupersmith, Jon Sirlin, Peter Lesser, Jon D. Benson, Dana S. Plon, Dorothy A. Hamill, Lisa M. Rutenberg, Kierston M. Lange, Adam Natchmani, Patrick M. Troy and Mark Brenfleck trespassed upon R.Lynn Hatshepsut Ma'atKare El's domicile and unlawfully took into their possession relics, jewelry, collective cultural pieces, artifacts, and art worth millions from the Indigenous Estate.

194.

         At allative times, Respndents acted with the intent of permanent dispossessing R.Lynn Hatsehpset Ma'atKare El of her indigenous rights and title to *allative* relics, cultural artifacts, and personal property.


         **WHEREFORE,** Demandants, Demand that judgment be entered and **ORDERED** against *allative* Respondents for Intentionally ignoring and violating Demandants' International rights, Indigenous Rights, Treaty Rights, Constitutional Rights and Trespassing and Theft of property from Demandants' Indigenous Estate and that reparations in an amount to be determined and assessed be **ISSUED** along with punitive damages for intentional breach and defiance in recognition of Treaty and Constitutional law.

## DEMAND FOR RELIEF

1. **Demandants demand The Enforcement of the following**:
   a. The Zodiac Constitution © 222141 Library of Congress.
   b. The Divine Constitution and By-Laws of the Moorish Science Temple of America;
   c. The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly;
   d. Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as **Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.**

2. Demandants demand permanent injunctive relief for *allative* Respondents to cease and desist all *ultra vires* lower court actions;

3. Demandants demand *allative* Khazarian controlled media liable for placing Demandants in a false light;

4. Demandtans demand that compensation be assessed based on injuries sustained against Moor/Mu'ur Nationals private and personal properties including *allative* unauthorized use of foreign Estates, theft and trespass to fingerprints, handprints, and palm prints, photographs and *allative* obtained signatures under threat, duress, and coercion;

5. Demandants demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

6. Demandants demand Defendants, *de facto* State Courts and *allative* employees, agents, contractors, papal legates and individuals; cease their rogue, unlawful and vile abuses imposed under 'colorable' authority.

7. Demandants demand that when found in violation and in breach that any and all criminal charges be filed and that *allative* Respondents be brought to justice.

8. Demandants demand that this United States Federal court accept Demandants (*in Propria Persona* Proper Person) as Moorish American Nationals (Natural Born Sentient Beings of the Land/Estate) and not as a (brand) **NEGRO**, **BLACK, COLORED, AFRICAN AMERICAN, INDIAN, HISPANIC, ETHIOPIAN** or any other **SLAVE TITLE** or *'nom de guerre'* imposed upon Moors/Mu'urs for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

9. Demandants do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable/Unalienable or Secured by the Constitution, Treaty or International Law, and, hereby Demand that the United States Supreme Court and Circuit and District Courts fulfill their obligation to preserve the rights of these Demandants, (National Moors/Mu'urs) and carry out their Judicial Duty in administering Jurisprudence **'Good Faith'** by **ORDERING** Respondents to be



brought before the Law to answer for their civil violations, criminal violations and natural and divine violations.

10. All **UNCONSTITUTIONAL 'ORDERS'** or 'Actions' associated with it / them, **SHALL** be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent *de jure* 'Court of Law' of International jurisdiction / venue.

11. All Agents, State and Federal Officials, Contractors are informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action, and particularly on the part of the Sheriff as a knowing and willing participant in and for violating the same; and to be made cognizant of the recompense of 'colorable' actions on their part, by not adhering to the Law.

12. Any Respondent, Corporate (CORPS) or Natural, Party-Claimants, involvements to be found guilty in violation of TREATY, the Organic Constitution, United States Code of 'Positive Law', in accord with the Divine Law is required by Law to **IMMEDIATE** recusal of his or her office and

13. *Allative* Respondents, individually and collectively are being sued for 1,000,000 units for compensatory damages and 50,000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

14. Respondents, *allative* Jane/John Does, d/b/a Policy Enforcer, Uniformed Employees are individually being sued for 1, 000,000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

15. Respondent, Michael Haas, d/b/a Policy Enforcer, Uniformed Employee is individually being sued for 1, 000,000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

16. Respondents, *allative* Jane/John Does, Policy Enforcers, Uniformed Employees in their official capacity are being sued for 1,000, 000 units per each Demandant injured for compensatory damages and 50,000,000 units for punitive damages to be paid in lawful money as per **Art. I section 10 of the U.S. Constitution**.

17. *Allative* Jane/John Doe Policy Enforcer, Uniformed Employees from 6th District, Policy Enforcement Department are jointly and separately liable for 1,000,000 units for compensatory damages and $50, 000,000 units for punitive damages in lawful money as per **Art. I section 10 of the U.S. Constitution**.

**WHERE AS**, Demandants, having submitted to this court on May 29, 2015 a Writ to Sue and having failed to file and docket said Writ of Suit, *allative* rights are herein reserved and by filing within this herein United States District Court for the Eastern District of Pennsylvania, Demandants do not waive any Constitutional, Treaty, or International Rights, that would include, voluntarily or involuntarily Denationalizing and subjecting Demandants to the *de facto* and colorable Jurisdiction and therefore *de facto* and 'colorable' Laws of the u.S. Corporation. *All Rights Reserved.*



ASSIGNED BY:

I Am: _Delilah Lamed Passé El_ . Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207 / U C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **Delilah Lamed Passé El.**

I Am: _____ Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **R.Lynn Hatshepsut Ma'atKare El.**

I Am: _____ Title 22 288 A i, ii ∆ iij. Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **Nanya Amir El.**

I Am: _Heru El_ . Phone: 215.247.9413

*Authorized Representative: Moorish American, National, Natural Free-Holder, Natural Person, Aboriginal / Indigene; In Propria Persona, Sui Juris, and Sui Hæredes – In Solo Proprio. Signature – All Rights Reserved U.C.C. 1-207 / U.C.C. 1-303; U.C.C. 1-103:- Reversioner: -* **HeruAmun Ra El.**

Title 22 288 A i,ii, iii  **VERIFICATION**

I, _____ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _____ hereby verify under penalty of perjury that the foregoing are true and correct.
Title 22 288 A i, ii ∆ iii

I, _Nanya-Amir_ hereby verify under penalty of perjury that the foregoing are true and correct.

I, _Heru El_ hereby verify under penalty of perjury that the foregoing are true and correct.

## CERTIFICATE OF FILING/SERVICE

I, _____ hereby certify that I caused a true and correct copy of Demandants' AMENDED CLAIM and ORIGINAL CLAIM filed June 26, 2015 to be served on July ___, 2015 upon the following:

Tom Wolf, d/b/a Pennsylvania Governor
Main Capital Building
Room 225
Harrisburg, Pennsylvania (17120)

Kathleen Kane, d/b/a
CounselPennsylvania Attorney General
Strawberry Square, 16th Floor
Harrisburg, Pennsylvania (17102)

Craig Straw d/b/a Chief Deputy Solicitor
City of Philadelphia Law Department
1515 Arch Street, #15
Philadelphia, PA (19102)
Craig.straw@phila.gov

Charles J. Chaput, d/b/a Arch Bishop
Office of the Bishop
Archdiocesan Pastoral Center
Attn: Office for General Counsel
222 North 17th Street
Philadelphia, Pennsylvania (19103)
Email: shepherd@chs-adphila.org

David C. Shuter, d/b/a "Judge"
1301 Filbert Street
Criminal Justice Center, Room 1315
Philadelphia, PA. (19107)

Jewell Williams, d/b/a Philadelphia Sheriff
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania (19110)

Susan J. Kupersmith d/b/a
c/o Sirlin, Lesser, and Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, Pennsylvania (19109)

Charles Ramsey d/b/a Commissioner
One Franklin Square
750 Race Street, Room 314
Philadelphia, Pennsylvania 19106

Francine Beyer and Aaron Beyer
632 Spruce Streets
Philadelphia, Pennsylvania 19106

Robert Wise Management Company
453 Baltimore Pike
Springfield, Pennsylvania 19064

429 N. 13th Street Condominium Association
Attn: All Members and Owners
Philadelphia, PA 19123

Service was effectuated on July 28, 2015 as stated above.

R.Lynn Hatshepsut Ma'atKare-El
Seyaraha
North West Amexem Embassy, Fez
Province,
C/O 7128 Chew Avenue
Philadelphus [Philadelphia Territory]
Pennsylvania Commonwealth
Zip Exempt [19]
Phone: 215.247.9413